**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

KENNETHA SHORT and PERNELL JONES, SR.,
in their capacity as administrators of the ESTATE
OF TYSHON JONES,

                                                          Plaintiffs,

– against –

CITY OF ROCHESTER,

                                                          Defendant.

---

**NOTICE OF MOTION FOR
DISCOVERY SANCTIONS**

**Oral Argument Requested**

**NO.: 6:22-cv-06263**

PLEASE TAKE NOTICE that upon the annexed memorandum of law; declaration of

Ian Eppler, duly sworn on August 8, 2025; the exhibits annexed thereto; and upon all the

pleadings and proceedings heretofore had herein; the undersigned will move this Court before

the Honorable Mark W. Pedersen, at the United States Courthouse, 100 State Street, Rochester,

New York, for an order:

a. pursuant to Fed. R. Civ. P. Rule 37(b)(2)(A)(i), directing that the City's
   failure to produce in-service training materials should be taken as
   establishing that RPD officers, including the Involved Officers, did not
   receive any training in any of the specific areas (identified in Plaintiffs'
   June 6, 2024 email to the City) for the relevant period of 2015 to 2023;
   and

b. pursuant to Fed. R. Civ. P. Rule 37(b)(2)(A)(i), directing that the City's
   failure to produce personnel files and evaluations for an Involved
   Officer should be taken as establishing that RPD did not evaluate the
   Involved Officer during any period(s) for which an evaluation was not
   produced; and

c. pursuant to Fed. R. Civ. P. Rule 37(b)(2)(A)(i), directing that, to
   whatever extent the City has failed to produce training certifications for
   less-lethal weapons and service weapon qualifications for the Involved
   Officers, it is established that none of the Involved Officers were
   certified in the use of less-lethal weapons or service weapons between
   2020 and 2023; and

15883676

d.  pursuant to Fed. R. Civ. P. Rule 37(a)(5)(A) and Fed. R. Civ. P. Rule 37(b)(2)(C), directing the City to pay Plaintiffs' reasonable expenses, including attorney's fees, caused by Defendant's failure to comply with the Court's scheduling order in Dkt. 138; and

e.  granting such other further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 7(a)(1) of the Local Rules of this Court, the Plaintiffs intend to file reply papers and therefore, pursuant to Rule 7(b)(2)(B), Defendants are required to serve responding papers, if any, within fourteen (14) days following service of this motion.

Dated:  August 8, 2025

Respectfully submitted,

*Attorneys for Plaintiffs*
*Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones*

By:   /s/ Amy N. Vegari

| | |
|---|---|
| Alanna Kaufman<br>Douglas E. Lieb<br><br>KAUFMAN LIEB LEBOWITZ & FRICK LLP<br>18 E. 48th Street, Suite 802<br>New York, New York 10017<br>(212) 660-2332<br>dlieb@kllf-law.com<br>akaufman@kllf-law.com | Amy N. Vegari<br>David S. Kleban<br>Ian Eppler<br>Madeline More Lane<br>PATTERSON BELKNAP<br>  WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 336-2000<br>avegari@pbwt.com<br>dkleban@pbwt.com<br>ieppler@pbwt.com<br>mlane@pbwt.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Dated:  August 8, 2025

Respectfully submitted,

*Attorneys for Plaintiffs*
*Kennetha Short and Pernell Jones, Sr., in their*
*capacity as administrators of the Estate of Tyshon*
*Jones*

By:   /s/ Amy N. Vegari

| | |
|---|---|
| Alanna Kaufman | Amy N. Vegari |
| Douglas E. Lieb | David S. Kleban |
| | Ian Eppler |
| KAUFMAN LIEB LEBOWITZ | Madeline More Lane |
| & FRICK LLP | PATTERSON BELKNAP |
| 18 E. 48th Street, Suite 802 | WEBB & TYLER LLP |
| New York, New York 10017 | 1133 Avenue of the Americas |
| (212) 660-2332 | New York, New York 10036 |
| dlieb@kllf-law.com | Tel: (212) 336-2000 |
| akaufman@kllf-law.com | avegari@pbwt.com |
| | dkleban@pbwt.com |
| | ieppler@pbwt.com |
| | mlane@pbwt.com |

15883676