UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETHA SHORT and PERNELL JONES, SR., in their capacity as administrators of the ESTATE OF TYSHON JONES,<br><br>                                Plaintiffs,<br><br>– against –<br><br>CITY OF ROCHESTER,<br><br>                                Defendant. | 6:22-cv-06263<br><br>**DECLARATION OF IAN D. EPPLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |

I, IAN D. EPPLER, declare as follows:

1. I am a member in good standing of the bar of the State of New York, and am admitted to practice *pro hac vice* in this District for the above-captioned matter. I am an attorney at the law firm Patterson Belknap Webb & Tyler LLP, counsel for Plaintiffs Kennetha Short and Pernell Jones, Sr. in their capacity as administrators of the Estate of Tyshon Jones. I submit this declaration in support of Plaintiffs' Motion for Sanctions and July 8, 2025 letter regarding discovery deficiencies. I have personal knowledge of the facts set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of a July 23, 2025 letter from Plaintiffs' counsel re: "*Estate of Tyshon Jones v. City of Rochester*, No. 6:22-cv-06263 (W.D.N.Y.)."

3. Attached as **Exhibit 2** is a true and correct copy of a May 21, 2025 letter from Plaintiffs' counsel re: "Estate of Tyshon Jones v. City of Rochester (Case No. 6:22-cv-06263)."

4. Attached as **Exhibit 3** is a true and correct copy of a February 15, 2023 letter from Plaintiffs' counsel re: "*The Estate of Tyshon Jones v. City of Rochester*, Case No. 6:22-cv-06263."

15890011

5.	Attached as **Exhibit 4** is a true and correct copy of a May 19, 2023 email from Plaintiffs' counsel re: "Search Terms."

6.	Attached as **Exhibit 5** is a true and correct copy of a September 8, 2023 email from the City's counsel re: "Short Matter."

7.	Attached as **Exhibit 6** is a true and correct copy of a June 3, 2024 email from Plaintiffs' counsel re: "Short v. City of Rochester – Motion to Stay Oral Argument."

8.	Attached as **Exhibit 7** is a true and correct copy of a June 3, 2024 a document from Plaintiffs' counsel re: "Custodial Search Terms."

9.	Attached as **Exhibit 8** is a true and correct copy of a July 22, 2025 email from Plaintiffs' counsel and a July 22, 2025 email from the City's counsel re: "Short e-mail discovery."

10.	Attached as **Exhibit 9** is a true and correct copy of a July 29, 2025 email from the City's counsel re: "Short e-mail search."

11.	Attached as **Exhibit 10** is a true and correct copy of a June 6, 2025 email from the City's counsel and a June 10, 2025 email from Plaintiffs' counsel re: "Short v. COR."

12.	Attached as **Exhibit 11** is a true and correct copy of a May 7, 2024 email from Plaintiffs' counsel re: "Short v. City of Rochester – PAB Files."

13.	Attached as **Exhibit 12** is a true and correct copy of a June 4, 2024 email from the City's counsel and a June 6, 2024 email from Plaintiffs' counsel re: "Short v. City of Rochester – Motion to Stay Oral Argument."

15890011

14. Attached as **Exhibit 13** is a true and correct copy of a July 28, 2025 email from City's counsel and a July 29, 2025 email from Plaintiffs' counsel re: "Short v. City of Rochester // Status of Discovery // Follow-up Correspondence."

15. Attached as **Exhibit 14** is a true and correct copy of a May 31, 2024 letter from the City's counsel re: "*Kenneth Short and Pernell Jones, Sr. in their capacity as administrators of the Estate of Tyshon Jones v City of Rochester* Case No.: 22-cv-6263."

16. Attached as **Exhibit 15** is a true and correct copy of a June 11, 2024 email from the City's counsel and a June 11, 2024 email from Plaintiffs' counsel re: "Short v. City of Rochester, No. 22-cv-06263 (WDNY)."

17. Attached as **Exhibit 16** is a true and correct copy of a July 9, 2025 email from Sandra Zollars re: "Short v. City of Rochester."

18. Attached as **Exhibit 17** is a true and correct copy of the City's July 9, 2025 Responses to Plaintiffs' Sixth Request for Production, dated April 16, 2024.

19. Attached as **Exhibit 18** is a true and correct copy of the City's July 9, 2025 Responses to Plaintiffs' Seventh Request for Production, dated July 2, 2024.

20. Attached as **Exhibit 19** is a true and correct copy of a June 14, 2023 email from Plaintiffs' counsel re: "Short v. COR – 6/13 M&C Summary."

21. Attached as **Exhibit 20** is a true and correct copy of a April 5, 2024 email from Plaintiffs' counsel "Short v COR – PDS File Documents."

3

22. Attached as **Exhibit 21** is a true and correct copy of a May 2, 2024 email from the City's counsel re: "Short: Training Link."

23. Attached as **Exhibit 22** is a true and correct copy of a June 14, 2024 email from Plaintiffs' counsel and a June 17, 2024 email from the City's counsel re: "Short Discovery Declaration."

24. Attached as **Exhibit 23** is a true and correct copy of a June 18, 2025 email from Plaintiffs' counsel re: "Short v. City of Rochester // Plaintiffs' Second Set of Interrogatories and First Set of Requests for Admission."

25. Attached as **Exhibit 24** is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Defendant City of Rochester, dated June 18, 2025.

26. Attached as **Exhibit 25** is a true and correct copy of a March 14, 2024 email from the City's counsel re: "Short e-mail discovery search terms."

27. Attached as **Exhibit 26** is a true and correct copy of a May 22, 2025 email from the City's counsel re: "Estate of Tyshon Jones v. City of Rochester (Case No. 6:22-cv-06263)."

28. Attached as **Exhibit 27** is a true and correct copy of a Notice of Deposition of Audrey Wicher, dated July 31, 2025.

29. Attached as **Exhibit 28** is a true and correct copy of a Notice of Deposition of Matthew Drake, dated August 5, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

15890011

Dated: August 8, 2025
      New York, New York

                                        <u>/s/ Ian D. Eppler</u>
                                        Ian D. Eppler

15890011