# Exhibit 3



www.pbwt.com

February 15, 2023

Muhammad Faridi
(212) 336-2874

Patrick B. Naylon
City of Rochester Law Department
Corporation Counsel
30 Church Street, Rm. 400A
Rochester, NY 14614

By E-mail Attachment

> Re: *The Estate of Tyshon Jones v. City of Rochester*,
> Case No. 6:22-cv-06263

Dear Mr. Naylon:

      We write to establish the procedures governing the production of Electronically Stored Information ("ESI") in the above-captioned case. As you are aware, to the extent ESI must be searched for materials responsive to a request for discovery, the Local Rules require that the parties "discuss and attempt to reach agreement as to the method of searching, and the words, terms, and phrases to be searched." W.D.N.Y. Local Civ. R. 26(e)(3). This process should occur before the Rule 26(f) conference, which is scheduled in this case for February 28, 2023. W.D.N.Y. Local Civ. R. 16(b)(A).

      Plaintiffs have served the City with multiple Requests for Production that require the City to search ESI for responsive information. We therefore request that the City:

1. Propose search terms that will capture the relevant information sought by the Requests;

2. Identify custodians on whose data the City will be running searches; and

3. Identify the repositories, databases, or other sources of information in which the City will perform the searches.

      We also request that the City confirm that it has instituted a litigation hold for this case and has taken the appropriate steps to preserve all relevant documents and other data. As a reminder, the preservation requirements extend to documents in possession of third parties over which the City has control. *Luellen v. Hodge*, 2014 WL 1315317, at *5 (W.D.N.Y. Mar. 28, 2014). The City's duty to institute such a hold has long since passed, *see Tracy v. NVR, Inc.*, 2012 WL 1067889, at *5 (W.D.N.Y. Mar. 26, 2012), and Plaintiffs request confirmation that the appropriate steps have been taken. This includes but is not limited to the suspension of any

Patrick B. Naylon
February 15, 2023
Page 2

routine document destruction and the disabling of any auto-delete functionality of text messages on the personal devices of subject individuals.

   Please confirm the litigation hold by February 24. In addition, please identify the custodians, search terms, and repositories of information to be searched by February 27.

   Finally, on January 30, 2023, the City produced as part of its response to Plaintiffs' First Request for Production via download link: (1) one 578-page PDF file ("PSS File"); and (2) 23 audio and video files, related metadata text files and files in other formats. Although the PSS File pages were Bates numbered (COR_000001 to COR_000578), the production did not include Bates numbering identifying the other 23 documents. Please provide slip sheets listing Bates numbers for the following documents:

1. 210 W. Main - Audio - Channel 2.wav
2. 210 W. Main - Audio - Channel 4.wav
3. 210 W. Main Surveillance.mp4
4. 00888_MD195620210310030319_0004.MP4
5. 00888_MD195620210310030319_0004.txt
6. 00896_AJ263420210310030346_0006.MP4
7. 00896_AJ263420210310030346_0006.txt
8. 911 Call - 210 W. Main.wav
9. 911 Call - 280 E Broad.wav
10. 00942_SG222720210310030339_0004.MP4
11. 00942_SG222720210310030339_0004.txt
12. 00942_SG222720210310030918_0005.MP4
13. 00942_SG222720210310030918_0005.txt
14. 01602_81794120210310030409_0007.MP4
15. 01602_81794120210310030409_0007.txt
16. Doc1.docx
17. f1.mp4
18. Gates PD.project
19. NVR_ch2_main_20210310030000_20210310032200.dav
20. Officer Furia.MP4
21. Officer Ventrella.MP4
22. SmartPlayer.exe
23. Tower 280 Video.g64x

We look forward to our upcoming meet and confer telephone conference.

               Best regards,

               Muhammad Faridi