# Exhibit 4

# Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Opoku-Gyamfi, Kevin (x2665) |
| **Sent:** | Friday, May 19, 2023 11:22 AM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Erroll, David (x2009); Bloomfield, Andrew (x2809) |
| **Subject:** | Search Terms |
| **Attachments:** | Revised Search Terms.DOCX |

Hi Pat,

Attached is a revised list of search terms. Let us know if you accept these terms. Also, please identify the custodians from whom you will be collecting documents and running searches.  Thank you.

Regards,
Kevin