# Exhibit 5

# Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov> |
| **Sent:** | Friday, September 8, 2023 3:01 PM |
| **To:** | More, Maddy (x2292); Opoku-Gyamfi, Kevin (x2665); Erroll, David (x2009) |
| **Subject:** | RE: Short Matter |

*Caution: External Email!*

Hey Maddy,

I agree on cleaning up the AD on the GML & that was a legitimate concern.  It is the various language changes/additions/deletions added to my paragraphs responding to the specific allegations of the complaint that are in issue.

I don't see how any basis for objecting to an amendment because one disagrees with the wording of a response to a claim in the complaint. You have the opportunity to prove otherwise, but in terms of responses to specific allegations, I can't agree to plaintiff's counsel dictating the responses to allegations, any more than I could dictate what is contained in the complaint. More importantly, disagreement over how the response to an allegation is worded I don't believe in and of itself would be a legitimate reason to object to the Amendment.

Be that as it may, I'll send a final version of what I would propose for your review & if you are unable to consent the ball will be in my court.

On a lighter note the e-mail search resulted in approximately 169,000 hits.  I sent you the "index", if you will, created by IT to explain the general categories of the e-mail search.  I'll use them to explain  how many e-mails hit for each category:, not including attachments

Query 1: Tyshon Jones:  188 e-mails
Query 2 on the officers: 2798 e-mails
Query 3 by locations   6206 e-mails
Query 4 by CR #: 4 e-mails
Query 5 demographics:  68,898
Query 6 Mental Health  71,349
Query 7 Policing  36,285
Query 8 Training Reform  21846

First 4 don't seem to be too big a problem, with a total of 9192 and we can start going through them. Obviously the search related to Tyshon's name will be done very quickly.

Unfortunately, the category 5 – 8 results explode creating seemingly unmanageable havoc to review.  In fact, the e-mails from 5,6,7 & 8 haven't even downloaded to Law's file yet, presumably due to the volume  slowing things down.

I will have to talk to IT to see why they received so many hits and/ or if they have a suggestion on search terms that might whittle things down.

I'm sure we will be chatting.

Pat

1



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Friday, September 8, 2023 12:59 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>; Opoku-Gyamfi, Kevin (x2665) <kopokugyamfi@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** RE: Short Matter

Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Hi Pat,

When you first raised a proposed amended answer, you had a call with Kevin and David during which (1) the City agreed to withdraw the affirmative defense that Plaintiffs have failed to comply with the GML Notice of Claim requirements—which is also memorialized in the first e-mail in this e-mail chain sent by you on March 17—and (2) you suggested that Plaintiffs provide a list of proposed amended answer responses that raised concerns to Plaintiffs after which you would clarify the basis for those changes. Please see the attached e-mail for confirmation of that discussion. Accordingly, Plaintiffs sent the City a redline version of the proposed amended answer making the agreed-upon change and explaining Plaintiffs' position on other proposed changes. We heard nothing further from you until last month when you once again asked if we would consent to the filing of your original proposed amended answer, without any mention of our previously-agreed upon changes and other proposed revisions. We'd like to understand the reason for the City's change in position on the affirmative defense regarding Plaintiffs' failure to comply with the GML Notice of Claim requirements and hear your thoughts on Plaintiffs' other proposed revisions, which we are open to discussing. We are available on Monday after 11:30am, on Tuesday after 2pm, or on Wednesday from 10am-11am and from 3-4pm – please let us know if there is a time that works for you.

Best,
Maddy

**Madeline More**

She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Wednesday, September 6, 2023 4:49 PM
**To:** Opoku-Gyamfi, Kevin (x2665) <kopokugyamfi@pbwt.com>
**Cc:** More, Maddy (x2292) <mmore@pbwt.com>
**Subject:** RE: Short Matter

*Caution: External Email!*

Dear Kevin,

At this point I am just asking for your consent to file the attached Amended Answer.
Your proposed changes to the mere wording of some of the responses is really not a valid reason to object to the Amended Answer.
As you know, it would be your burden on a motion to establish either futility or prejudice. I don't think there is any merit to either of those arguments.

Accordingly, please advise if you will consent as if not, I'll bring the motion.

Thanks very much.

Pat



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

3

**From:** Opoku-Gyamfi, Kevin (x2665) <kopokugyamfi@pbwt.com>
**Sent:** Wednesday, March 29, 2023 12:03 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>; Erroll, David (x2009) <derroll@pbwt.com>
**Cc:** More, Maddy (x2292) <mmore@pbwt.com>
**Subject:** RE: Short Matter

Dear Pat,

As discussed in our 3/17 meet and confer, attached is a revised amended answer incorporating the agreement reached between the parties concerning the GML notice and other proposed revisions to the City's answer. If you accept our edits as included in the attached document, you Plaintiffs' consent to file the amended answer. Otherwise, we are happy to discuss any questions you may have with respect to our revisions.

Regards,
Kevin

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Friday, March 17, 2023 11:20 AM
**To:** Opoku-Gyamfi, Kevin (x2665) <kopokugyamfi@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** Short Matter

*Caution: External Email!*

Dear Kevin and David,
This correspondence is to confirm that in requesting you stipulate to my amending the Answer, I agree to withdraw and not include the affirmative defense that the plaintiffs have failed to comply with the GML Notice of Claim requirements.

Pat



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended

recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---