# Exhibit 6

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | More, Maddy (x2292) |
| **Sent:** | Monday, June 3, 2024 1:29 PM |
| **To:** | Naylon, Patrick B. |
| **Subject:** | RE: Short v. City of Rochester - Motion to Stay Oral Argument |
| **Attachments:** | RE: Short v. City of Rochester - PAB Files; 2024.06.03 Revised Search Terms.docx; SRR Report 3Q 2020.pdf; SRR Report Annual 2020.pdf |

Hi Pat,

I hope you had a nice weekend.  I am following up on the below; June 26th does not work for Plaintiffs for the oral argument on the City's motion for a stay.  Please let me know whether July 2 or July 3 work for the City instead.

In addition, in an effort to consolidate the number of e-mails sent by my office per day, I am also following up here on a few other items.

First, please find attached a revised custodial search term list.  We have incorporated the additional comments from the IT Department and the website you provided on the Barracuda system, and anticipate that this list of terms should provide the City with the relevant e-mails to review.

Second, please provide an update on the status of the City's collection of the underlying training materials used in conjunction with the trainings listed in my May 7th e-mail (attached here).  Please let us know when Plaintiffs can expect these materials.

Finally, the City's production of the materials produced to the Attorney General contained RPD Professional Standards Section Quarterly Subject Resistance Reports for 2015 – 2020.  In lieu of a fourth quarter report, the documents contain an Annual Subject Resistance Report.  Attached as examples are the report for the 3rd Quarter of 2020 and the 2020 Annual Subject Resistance Report.  Such reports are responsive to Plaintiffs' RFP 41.  Please produce these reports for 2021 – present.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** More, Maddy (x2292)
**Sent:** Wednesday, May 29, 2024 10:08 AM
**To:** 'Naylon, Patrick B.' <Patrick.Naylon@CityofRochester.Gov>
**Cc:** _cg TyshonJones <TyshonJones@pbwt.com>; Alanna Kaufman <akaufman@kllflaw.com>; Doug Lieb <dlieb@kllflaw.com>
**Subject:** Short v. City of Rochester - Motion to Stay Oral Argument

Hi Pat,

I realized that June 26th does not work for Plaintiffs to argue the City's motion for a stay. Does July 2 or July 3 work for you instead? If so, I can e-mail the Court Deputy and request that the argument be rescheduled for one of those two days.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com