# Exhibit 7

Custodial Search Terms
6/3/2024

## **Training**

- Custodians (Professional Development Section and Chiefs of Police)

    - Charles Gorman
    - Michael Ciulla
    - Michael Ciminelli
    - Mark Simmons
    - Laron Singletary
    - Cynthia Harriott-Sullivan
    - David Smith

- Search Terms

    - Train* AND ("deescalat*" OR (de ~2 escalation) OR (de ~2 escalate) OR (de ~2 escalating) OR (de ~2 escalated) OR (de ~2 escalates) OR ("Crisis Intervention") OR ("Americans with Disabilities Act" OR "ADA") OR (kni* OR "firearm" OR "bean bag" OR "pepper ball" OR taser OR "pepper spray" OR "capsaicin" OR "less lethal weapon" OR LLW) OR ("EDPRT" OR "emotionally disturbed person response team") OR ("Person in Crisis" OR PIC) OR (MHL OR "Mental Hygiene Law" OR "Mental Hygiene Arrest" OR "Mental Health Arrest") OR (diversity OR bias OR cultur*) OR ("Use of force" OR "excessive force" OR "deadly force" OR "lethal force"))
    - "Reality based training" OR "role play"

## **Policies / Statistics**

- Custodians (Research and Evaluation Section and Chiefs of Police)

    - Kevin Costello
    - Korey Brown
    - Mark Wiater
    - Mark Simmons
    - Joseph Hayes
    - Michael Ciminelli

- - o Laron Singletary
  - o Cynthia Harriott-Sullivan
  - o David Smith
- Search Terms
  - o ("Deescalat*" OR (de ~2 escalation) OR (de ~2 escalate) OR (de ~2 escalating) OR (de ~2 escalated) OR (de ~2 escalates))
  - o "Crisis Intervention"
  - o ("Americans with Disabilities Act" OR "ADA") AND (policy OR policies)
  - o "EDPRT" OR "emotionally disturbed person response team"
  - o "Person in Crisis" OR PIC
  - o MHL OR "Mental Hygiene Law" OR "Mental Hygiene Arrest" OR "Mental Health Arrest"
  - o "Use of force" AND (race OR racial OR mental OR minorit*) AND disparit*
  - o Force ~3 (excessive OR deadly OR lethal)
  - o ("Police accountability" AND "use of force") AND (screen* OR assessment)
  - o (Policy OR policies) AND ("Bean bag" OR "pepper ball" OR taser OR "pepper spray" OR "capsaicin" OR "less lethal weapon" OR LLW)
  - o Reform AND ("Black" OR "African American")
  - o ((Reasonable ~3 accommodation) OR (Reasonably ~3 accommodate)) AND ("use of force" OR "excessive force" OR "deadly force")

**Discipline and Investigations**
- Custodians (Professional Standards Section and Chiefs of Police)
  - o Michael Callari
  - o Mark Simmons
  - o Henry Favor
  - o Steven Swetman
  - o Laszlo Tordai

- o  Jason Barton
- o  Michael Ciminelli
- o  Laron Singletary
- o  Cynthia Harriott-Sullivan
- o  David Smith

- Search Terms

    - o  ("OIS" OR "Officer involved shooting" OR "use of force" OR "excessive force" OR "deadly force") AND (Black* OR "African American")

    - o  ("OIS" OR "Officer involved shooting" OR "use of force" OR "excessive force" OR "deadly force") AND ("emotionally disturbed" OR "emotional distress" OR "mental illness" OR "mentally ill" OR "mentally disabled" OR "mentally impaired" "suicid*" OR "self ~2 harm" OR "mental disability" OR depress* OR schizophren* OR bipolar OR "mental health crisis" OR psycho* OR crazy)

    - o  ("PIC" OR "person in crisis") AND ("emotionally disturbed" OR "emotional distress" "mental illness" OR "mentally ill" OR "mentally disabled" OR "mentally impaired" "suicid*" OR "self ~2 harm" OR "mental disability" OR depress* OR schizophren* OR bipolar OR "mental health crisis" OR psycho* OR crazy)

    - o  (Kni* OR weapon*) AND ("emotionally disturbed" OR "emotional distress" "mental illness" OR "suicide*" OR "self ~2 harm" OR "mental disability" OR depressed OR schizophren* OR bipolar OR psycho* OR crazy)

    - o  (bias OR discriminat* OR profil*) AND ("African American" OR Black OR minority)

    - o  "misconduct" ~5 "excessive force"