# Exhibit 8

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | Eppler, Ian (x2205) |
| **Sent:** | Tuesday, July 22, 2025 8:45 PM |
| **To:** | Naylon, Patrick B. |
| **Subject:** | RE: Short e-mail discovery |

Pat,

Thank you for your email. It was a pleasure meeting you in person today.

As you know, the Court's discovery deadline passed two weeks ago, and the City has had the Plaintiffs' proposed search terms for over a year. The Plaintiffs are therefore highly reluctant to begin the process of renegotiating search terms at this late date. However, in an effort to accommodate the City's concern about discovery burden and to reach a mutually acceptable compromise, the Plaintiffs invite the City to provide (1) hit counts for the Plaintiffs' proposed search terms, broken down by term and custodian, and (2) any alternative search terms that the City would like the Plaintiffs to consider, broken down by term and custodian. We can only entertain a counterproposal if we have sufficient time to consider and discuss it before the August 8 deadline for motions to compel.  Accordingly, please provide this information by **the end of the day Thursday, July 24**.

Best,
Ian

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Tuesday, July 22, 2025 2:21 PM
**To:** Eppler, Ian (x2205) <ieppler@pbwt.com>
**Cc:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** Short e-mail discovery

**External: Think before you click.**


Dear Ian,

I wanted to get back to you regarding the e-mails.
The City ran a search on the first set of custodians, with the search terms were provided.
The search was ran with a code so that there would not be duplicates, i.e., de-dupted. So this means if there was an e-mail between A & B, it would not come up twice, i.e, once for A & once for B, though the same e-mail.  The search was run with a date restriction of 3/10/16 to 3/10/2021 just to see what the draw

was.  Also, the search was of the e-mail body, not subject line. The result was 16,145 e-mails. That was of seven custodians.
With 19 custodians and 18 searches remaining, one can surmise we would be dealing with well over 150,000 e-mails, likely considerably more than that. I know our IT people say this all the time in these situations: 'tell me what you are looking for and I'll tell you how to find it……..." I don't expect that to be an answer for you, but clearly it seems we need to do something to reduce the number of hits.

Safe trip back to NYC. You caught a good day up here as we have had the horrible heat that NYC has had and just received relief the last couple of days.

Pat

I think se need to do some honing. Certainly a date restriction, maybe reduce some custodians. Perhaps we should run some tests eliminating certain words and see if that makes a difference.