# Exhibit 9

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov> |
| **Sent:** | Tuesday, July 29, 2025 12:12 PM |
| **To:** | Eppler, Ian (x2205); Kleban, David S. (x2641) |
| **Subject:** | Short e-mail search |
| **Attachments:** | Index of Emails Previously Produced (Short).xlsx |

**External: Think before you click.**

Dear Ian & David,

As we are looking internally at the rest of your deficiency letter, I wanted to follow-up briefly with respect to e-mails.
Frankly, I had to regroup to address my confusion about the when, where, what and how of e-mail searches and production in this matter given the time frames involved.

Back in 2024 your office provided search terms which our IT folks broke the responses or hits down into eight categories and we obtained the following results:

Searches for Tyshon Jones lead to 123 hits
Searches for individual officers lead to 2869 hits
Searches for the location lead to 6206 hits
Searches for the CR# revealed 4 hits
Searches for demographics  hit 68,898
Searches for mental health hit 71,349
Searches for policing revealed 36,285
Searches for training reform revealed 21,846

It was agreed that the first second and third categories would be reviewed and e-mails for those categories were reviewed, culled if appropriate, and provided.
At the time there was a general agreement that the additional 204,500 or so other e-mails was far too burdensome to review. I think the third category with respect

to location was probably addressed more succinctly with our response providing all the reports related to CR#s that came back to the actual location.

Otherwise, IT felt there were too many terms which would come up repeatedly in police communications resulting in the overly broad reach and consequent result. Just to verify we are on the same page, I've produced an index of the e-mails we have produced. Ultimately, certainly additional searches were not being conducted during the stay.

I certainly understand that your searches are seemingly designed to find what might be there versus a design to locate anything specific, but in so doing obviously the results of hundreds of thousands of e-mails aren't of much use to anyone.
As indicated, my suggestion is a meeting with our paralegal and litigation folks who actually conduct these searches to get a better idea how to approach this, which ultimately will be quicker in the long run than going through me. They typically will tell you what they tell me, 'if you just say what you are looking for, we can do our best to come up with terms to provide it."   Ultimately, you can imagine

We have produced a plethora of documents and we are reviewing your deficiency letter so we are in position to respond by either producing documents or verifying that nothing was located after a thorough search. Likewise we don't want to  Nevertheless, we are looking into your deficiency letter to ascertain whether there any additional documents not produced or documents referenced that have already been produced as there appears to us to be some overlap.

I hope to have an update regarding other issues raised asap.

Pat


.

3