# Exhibit 10

## Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Eppler, Ian (x2205) |
| **Sent:** | Tuesday, June 10, 2025 4:28 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Zollars, Sandra; _cg TyshonJones; Doug Lieb; Alanna Kaufman |
| **Subject:** | RE: Short v COR |

Pat,

The Plaintiffs have reviewed the City's June 6, 2025 production and have the following comments and questions.

1. In your June 6 email, you said that the sharefile link contains "the e-mails we agreed to produce back on 3/28/2024." Can you clarify which emails you believe are covered by that agreement?
2. The City has produced emails in a single, consolidated PDF file. This form of production is not consistent with the Federal Rules, which require that a party producing electronically stored information must produce it in the "form or forms in which it is ordinarily maintained or in a reasonably usable form or forms." Fed. R. Civ. P. 34(b)(2)(E)(ii); *see also Home Instead, Inc. v. Florance*, 2013 WL 5979629, at *3 (D. Neb. Nov. 8, 2013) (holding that "creat[ing] a single PDF for delivery" of all responsive documents was inconsistent with the requirements of Rule 34(b)(2)(E)(ii)). Please confirm that the City will reproduce the responsive emails in a manner consistent with its obligations under the Federal Rules. We are available to meet and confer regarding the appropriate technical specifications for a production.
3. In your June 6 email, you represented that "there are very few redactions and those that exist will appear obvious. In short, in lieu of a privilege log, the documents are included with legal opinion redacted." However, it appears that certain documents redact non-privileged information. For example, documents COR_011209-COR_011212 redact information from an email thread involving only non-lawyer police officers. Similarly, document COR_011588 redacts the sender, recipients, and subject of an email, all of which is non-privileged information that must be included on a privilege log. *See* Local Rule 26(d)(1)(B) (explaining that a party "assert[ing] a claim of privilege . . . shall provide . . . the general subject matter of the document[,] . . . the author of the document, the addressees of the document, and any other recipients shown in the document"). Please confirm that the City will reproduce these documents, as well as all similar documents, without these unsupported redactions.
4. It is our view that Local Rule 26(d) requires the City to provide a privilege log to support any assertions of privilege and does not permit the City to produce documents "with legal opinion redacted" "in lieu of a privilege log." However, based on your representation that the City has not withheld any documents based on its assertion of privilege, the Plaintiffs are willing to accept the production of redacted documents in lieu of a privilege log in this instance (subject to the above demand that the City reproduce documents with meritless redactions removed). The Plaintiffs reserve the right to demand privilege logs for future productions if the City withholds documents on the basis of privilege, or redacts documents in a way that deprives the Plaintiffs of metadata of the type that would be found on a privilege log.

Best,
Ian

---

**From:** Eppler, Ian (x2205)
**Sent:** Friday, June 6, 2025 4:20 PM
**To:** 'Naylon, Patrick B.' <Patrick.Naylon@CityofRochester.Gov>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** RE: Short v COR

1

Pat,

Received. We'll let you know if we have any questions. Have a great weekend.

Best,
Ian

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Friday, June 6, 2025 2:36 PM
**To:** Eppler, Ian (x2205) <ieppler@pbwt.com>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** Short v COR

**External: Think before you click.**

Hey Ian,

Below is a link to a sharefile of the e-mails we agreed to produce back on 3/28/2024.
You will note there are very few redactions and those that exist will appear obvious. In short, in lieu of a privilege log, the documents are included with legal opinion redacted.
The entire production is marked confidential as the e-mails are inter or intra department e-mails and not subject to FOIL.

Should you have any questions, or issues opening, please let me know.

https://cityofrochester.sharefile.com/d-s78503704264046548a72efe93b1f56de

Very truly yours,

Pat



2

**Patrick B. Naylon**
Municipal Attorney
Law Department
City Hall 30 Church St. Room 400A
Rochester, New York 14614
Office: 585-428-6906
www.cityofrochester.gov