# Exhibit 11

## Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Lane, Maddy (x2292) |
| **Sent:** | Tuesday, May 7, 2024 6:20 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Eppler, Ian (x2205); Erroll, David (x2009); Zollars, Sandra |
| **Subject:** | RE: Short v. City of Rochester - PAB Files |

Hi Pat,

Thank you for letting us know and we appreciate you following up with the PAB about the redactions.

In addition, upon review of the 2015 – 2023 training orders produced by the City, Plaintiffs have identified the following trainings as relevant to this case:

De-Escalation Tactics for Military Veterans
Military De-escalation & Reintegration
Ceasefire University Workshop
Law Enforcement Forecasting Group
Situational Judgment Test Development Workshop
Leadership, Planning, and Decision-Making: Operational and Tactical Command
Ethical Awareness Moderator Course
Force Science Certification Course
Blue Team Training
Aggressive Deadly Behavior In-Service Training
Use of Force Updates
Winning Interdiction Traffic Stops
Communicating When It Counts
Bola Wrap Demonstration and Training
Baton Training
Taser Operator In-Service Training
Aerosol Subject Restraint Instructor School
Pepper Ball Certification Training
Crisis Negotiation Training (CNT)
Hostage Negotiation Training (HNT)
EDPRT In-Service
CIT Inservice
CIT School
Group Crisis Intervention
Effectively Responding to Emotional Crisis Training
Assisting Individuals In Crisis Training
Autism Recognition, Response & Risk Management Training
Mental Health First Aid Training Course
Effectively Responding to Emotional Crisis
Suicide Prevention, Intervention & Postvention
Assisting Individuals in Crisis
New member Mobile Field Force Training
Field Force Operations
MFF Grenadiers Training
K9 Patrol Tracking Course

Bleeding Control Train the Trainer
Use of Force Refresher (T-18-017)
Critical Legal Issues for Police Supervisors and Executives (T-18-020)
Winter 2018 In-Service Program (T-18-022)
TASER Instructor training (T-18-038)
Crisis Intervention Team School (T-18-039, 056)
Blue Courage Train the Trainer (T-18-049)
Procedural Justice In-Service Instructors (T-18-051)
Mental Health First Aid Train the Trainer Seminar (T-18-061)
Officer Survival Tactics (T-18-070)
Crisis Intervention Team Basic School (T-18-099)
TASER Operator In-Service (T-18-104)
Field Force Operations (T-18-130)
Advanced Tactics and Close Quarter Combat (T-18-156)
Mental Health First Aid for Public Safety (T-18-194, 217, 234, 245, 247)
Master Taser Instructor School (T-18-213)
Close Quarter Tactics (T-18-221)

Accordingly, please produce all training materials (presentations, pre-tests, post-tests, evaluations, role playing exercise materials, worksheets, and all other written materials) used in conjunction with these trainings. Upon receipt of the additional training files (2007 – 2015) Plaintiffs will inform the City of the additional trainings for which they seek the underlying materials.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

**From:** Naylon, Patrick B.
**Sent:** Tuesday, May 7, 2024 3:53 PM
**To:** More, Maddy (x2292)
**Cc:** Eppler, Ian (x2205) ; Erroll, David (x2009) ; Zollars, Sandra ; Naylon, Patrick B.
**Subject:** RE: Short v. City of Rochester - PAB Files

**External: Think before you click.**

Hey Maddy,

I'm just coming up for air here & I think you have some prior e-mails which I'll get to. However, e-mail comes from the top down & I'm going through e-mail as this popped up, so this one gets a response first.

You receive the documents exactly as I received them from PAB. I think I mentioned to you in the conversation before they were sent, that they don't tell you much. Those were PAB redactions. I don't know if I mentioned it to you or not, but they were received with an e-mail saying, 'here you go, by the way its my last day at PAB." Hence, I had no ability to determine why the redactions were made. Generally, I believe it is to protect the identify of the complainants and/or witnesses, but frankly that is an assumption.

I will endeavor to get information as to which complaint applies to which officers as well as what the redactions were which were made. As to the PAB 22 – 0162; again it was provided as received. I'll inquire. My inclination is perhaps that investigation is pending and hence the limited disclosure.

I also know there are some prior e-mails I need to take a look at. Should be able to handle those tomorrow.
Pat

---

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Tuesday, May 7, 2024 2:48 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Cc:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** Short v. City of Rochester - PAB Files

> Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Hi Pat,

I hope you had a nice weekend. We received the initiating documents filed from the Police Accountability Board. As the City represented in its April 1 email to the Court, we understand that these files relate to incidents involving officers Carello, Jackson and Jones.

Upon review, we found:

- The PAB files do not clearly indicate the RPD officers involved in each incident. Only one PAB file can be related to a specific Known Officer (2023-0008, which names Officer Jones in the narrative).

- The PAB files include unexplained redactions, including redactions of information not clearly irrelevant to the matter or intended to protect personally identifying information (*e.g.*, 8 of 9 files redact the response to "How do you know of the incident that you are reporting?")

- One PAB file references a "PSS IA #" but includes little other information, including notation that the incident did not include a RPD officer (COR_010827).

Please:

1. Provide a list of all officers involved in each of the incidents described in each PAB file.

2. If the redactions were made by the City, please provide a log setting forth the City's asserted basis for each redaction and a description of the redacted data. If the redactions were made by the PAB, please inform us of this.

3. For the PAB file with a PSS IA number (2022-0162) please explain the process by which this PAB file was initiated.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.