# Exhibit 12

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | More, Maddy (x2292) |
| **Sent:** | Thursday, June 6, 2024 9:55 AM |
| **To:** | Naylon, Patrick B. |
| **Subject:** | RE: Short v. City of Rochester - Motion to Stay Oral Argument |

Hi Pat,

Thank you for confirming your availability for the oral argument on the City's motion for a stay.

With respect to the Subject Resistance Reports, we agree that the City can produce only the annual reports for 2021 – 2023 at this time; we reserve our rights to request the Quarterly reports should it become necessary.

We do not agree to hold our request for training materials pending resolution of the City's motion to stay.  As the Court made clear during the May 29th conference and again in the Docket #103 Minute Order, discovery in this case is not stayed pending determination on the motion.  Accordingly, the City should produce the requested training materials.  In the spirit of compromise, we agree at this time to reduce the list of trainings for which we request the underlying materials to the below:

De-Escalation Tactics for Military Veterans
Military De-escalation & Reintegration
Ceasefire University Workshop
Law Enforcement Forecasting Group
Situational Judgment Test Development Workshop
Leadership, Planning, and Decision-Making: Operational and Tactical Command
Ethical Awareness Moderator Course
Aggressive Deadly Behavior In-Service Training
Use of Force Updates
Communicating When It Counts
CIT Inservice
Effectively Responding to Emotional Crisis Training
Assisting Individuals In Crisis Training
Autism Recognition, Response & Risk Management Training
Mental Health First Aid Training Course
Suicide Prevention, Intervention & Postvention
Crisis Intervention Team Basic School (T-18-099)
TASER Operator In-Service (T-18-104)
Mental Health First Aid for Public Safety (T-18-194, 217, 234, 245, 247)
Master Taser Instructor School (T-18-213)
Close Quarter Tactics (T-18-221)

Specifically, we request all attendance records or sign-in sheets, presentations, pre-tests, post-tests, evaluations, role playing exercise materials, worksheets, and all other written materials used in conjunction with these trainings.  Plaintiffs also reserve their rights to additionally request the underlying materials from additional trainings, including the remainder of the trainings identified in my May 7th e-mail.

On your question regarding our position on the elements of a *Monell* claim, I think there may be a misunderstanding as to what I said during the conference; in any event, Plaintiffs' view on the relevant law will be explained in detail in our opposition to any motion the City decides to file.

1

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Tuesday, June 4, 2024 5:05 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>
**Subject:** RE: Short v. City of Rochester - Motion to Stay Oral Argument

<mark>**External: Think before you click.**</mark>

Follow up to my initial e-mail.
FYI, I received an auto reply from Alex indicating he is out of the office until 6/10. Complicating matters is that the City's CIT or Director of IT, retired and a new IT Director was just put in place via promotion leaving that department down a bit too.  I requested that Alex review the terms and give me an estimate on a response to that I can at least let you know that. If he returns the 10th, I imagine mine is not likely to be the first e-mail he gets to.
Pat

---

**From:** Naylon, Patrick B.
**Sent:** Tuesday, June 4, 2024 4:44 PM
**To:** 'More, Maddy (x2292)' <mmore@pbwt.com>
**Cc:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short v. City of Rochester - Motion to Stay Oral Argument

Hello Maddy,

I'm apologize, I didn't get to your e-mail yesterday. I was tied up on other matters until late this afternoon. Thank you for your efforts at limiting the sources of "incoming," if you will.

I am forwarding the new search terms after I finish this e-mail and will request an estimate on a time frame for a response. Interestingly, unrelated, but in this other matter I mentioned it came up in an inquiry that the e-mail system simply doesn't coordinate well with any particular case or issue making search results cumbersome. Whether that has or will improve, I simply don't know. Apparently just a cumbersome system.

I can do July 2 all day, July 3rd I am tied up in the morning at this point, but should be available after noon.

For 2020 & 2021, are you looking for annual or quarterly subject resistance reports?

As for the training materials, that extensive demand is among the requests that convinced me it was time to file an MSJ & seek a stay. The dept is down nearly 100 officers. PDS does not have a huge staff and they have one clerk. The request for all that material is significantly over burdensome and seemingly not proportional to the needs of the case. I propose that you hold that request pending the determination of the motion for a stay.

I was interested in your comment to Judge Pedersen that you do not believe you need to have an underlying constitutional claim to have a *Monell* claim. Given that, is your position, then the question becomes why you would need the depositions of the "involved" officers?

In any event, let me know about the date & just clarify the annual versus quarterly reports question. My assumption is that if there is an annual, you probably wouldn't need the quarterly. Nevertheless please clarify.

Thank you.

Pat

---

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Monday, June 3, 2024 1:29 PM

**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short v. City of Rochester - Motion to Stay Oral Argument

Hi Pat,

I hope you had a nice weekend.  I am following up on the below; June 26th does not work for Plaintiffs for the oral argument on the City's motion for a stay.  Please let me know whether July 2 or July 3 work for the City instead.

In addition, in an effort to consolidate the number of e-mails sent by my office per day, I am also following up here on a few other items.

First, please find attached a revised custodial search term list.  We have incorporated the additional comments from the IT Department and the website you provided on the Barracuda system, and anticipate that this list of terms should provide the City with the relevant e-mails to review.

Second, please provide an update on the status of the City's collection of the underlying training materials used in conjunction with the trainings listed in my May 7th e-mail (attached here).  Please let us know when Plaintiffs can expect these materials.

Finally, the City's production of the materials produced to the Attorney General contained RPD Professional Standards Section Quarterly Subject Resistance Reports for 2015 – 2020.  In lieu of a fourth quarter report, the documents contain an Annual Subject Resistance Report.  Attached as examples are the report for the 3rd Quarter of 2020 and the 2020 Annual Subject Resistance Report.  Such reports are responsive to Plaintiffs' RFP 41.  Please produce these reports for 2021 – present.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** More, Maddy (x2292)
**Sent:** Wednesday, May 29, 2024 10:08 AM
**To:** 'Naylon, Patrick B.' <Patrick.Naylon@CityofRochester.Gov>
**Cc:** _cg TyshonJones <TyshonJones@pbwt.com>; Alanna Kaufman <akaufman@kllflaw.com>; Doug Lieb <dlieb@kllflaw.com>
**Subject:** Short v. City of Rochester - Motion to Stay Oral Argument

Hi Pat,

I realized that June 26th does not work for Plaintiffs to argue the City's motion for a stay.  Does July 2 or July 3 work for you instead?  If so, I can e-mail the Court Deputy and request that the argument be rescheduled for one of those two days.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.