# Exhibit 16

Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov> |
| **Sent:** | Wednesday, July 9, 2025 10:15 AM |
| **To:** | Eppler, Ian (x2205); 'akaufman@kllf-law.com' |
| **Cc:** | Naylon, Patrick B. |
| **Subject:** | Short v. City of Rochester |
| **Attachments:** | 2025-07-09 Response to Plaintiffs Sixth RFP.pdf; 2025-07-09 Response to Plaintiffs Seventh RFP.pdf |

**External: Think before you click.**

Attached herein in the above-referenced matter are Defendant's responses to Plaintiff's 6th and 7th Request for Production. Please do not hesitate to contact this office with any questions or concerns.

Thank you,



**Sandra J. Zollars, ACP**
NALA Advanced Certified Paralegal
Law Department
30 Church Street| Room 410A
Rochester, New York 14614
Office: 585-428-6775
www.cityofrochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.