# Exhibit 18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETHA SHORT and PERNELL JONES, SR., In their capacity as administrator of the ESTATE OF TYSHON JONES,<br><br>             Plaintiff<br> v.<br><br>CITY OF ROCHESTER,<br>             Defendant. | DEFENDANT'S RESPONSES TO SEVENTH REQUEST FOR PRODUCTION<br><br>Case No. 6:22-cv-06263 |

**DEFENDANT, CITY OF ROCHESTER, RESPONSES TO PLAINTIFFS' SEVENTH REQUESTS FOR PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 26 of the Local Rules of the United States District Court for the Western District of New York (the "Local Rules") and Rule 34 of the Federal Rules of Civil Procedure, Defendant provides the following responses and production to Plaintiffs' Request for Production dated July 2, 2024.

**OBJECTIONS TO DEFINITIONS**

The Defendant objects generally to the definitions and instructions to the extent they exceed the requirements of the Federal Rules of Civil Procedure. Defendant further raises the specific objections below:

1. Defendant objects to the Plaintiffs' incorporation by reference of definitions set out in five prior requests for production.

2. Defendant objects to the term and definition of "service weapon training session" and "service weapon qualification session" as overly broad, vague and ambiguous. Defendant objects to the definition of the term "you" to include any and all officers, directors, employees,

1

partners, subsidiaries, agents or affiliates as the Defendant's attorneys cannot possibly know who is or is not included and what information they may have.

3. Defendant objects to the definition of the term "policy" as it is a legal term in the context of the Complaint and this action.

## OBJECTIONS TO INSTRUCTIONS

1. Defendant objects to the instructions relevant time period of 20 years prior to the subject incident as overly burdensome and not reasonably related to the needs of the case. To the extent that they include the requirement to produce documents in the possession of others not in Defendant's control.

2. Defendant objects to the instructions which are confusing, vague and ambiguous to the extent that where documents are stored in "electronic databases or similar repositories" the Plaintiffs request "data" in lieu of the documents themselves.

3. Defendant objects to the instruction relative to destroyed or discarded as incongruent, overly broad and burdensome and beyond the requirements of the FRCP.

**WITHOUT WAIVING THE FOREGOING OBJECTIONS, THE DEFENDANT RESPONDS TO PLAINTIFFS' SEVENTH REQUEST FOR PRODUCTION AS FOLLOWS:**

**DEMAND**

86: All subsequent versions of the RPD Overview of TASER Electronic Control Device Program document published by RPD from August 13, 2012, to the present.

**RESPONSE**

86. *COR_012356 – COR_12413, COR_2894 – COR_02902*

**DEMAND**

87. All documents associated with the following Crime Report number:

A. 11 – 115294

B. 11-116435

C. 11-116780

D. 11-140617

E. 11-162811

F. 11-166506

G. 11-182203

H. 11-204333

I. 11-207871

J. 11-219957

K. 11-244978

**RESPONSE**

87. Defendants object to the demand for reports relating to incidents occurring ten years prior to the subject incident upon the grounds of relevancy and overburden someness and out of proportion to the needs of the case. In particular, the defendant searched its LERMS (Law Enforcement Records Managemetn Systems) data base and while some of the documents have been converted and stored digitally, some have not. Those that are in the LERMS system and hence are accessible via electronic search are provided. However, those not located in the LERMS system have not been digitally converted and hence would require a hand search, location, copying and production.

Without waiving the objection, the following is a response for each specific CR#:

A. 11 – 115294: not located in LERMS

B. 11-116435 not located in LERMS

C. 11-116780 not located in LERMS

D. 11-140617: *COR_011829 – COR_011839*

E. 11-162811 not located in LERMS

F. 11-166506: *COR_011840 – COR_011844*

G. 11-182203: *COR_011845 – COR_011848*

H. 11-204333 not located in LERMS

I. 11-207871 not located in LERMS

J. 11-219957 not located in LERMS

K. 11-244978 not located in LERMS

**DEMAND**

88. All written reports prepared by the Commanding Officer of the Bureau of Organizational Development and Administration of the RPD as chair of the Internal Advisory Committee of the RPD from January 1, 2016, to the present, as provided for by RPD Administrative Order 8.

**RESPONSE:** The RPD no longer has a Bureau of Organizational Development and Administration. However, the Office of the DCA is searching to see if any such documents exist.

**DEMAND**

89. All completed inspectional reports, from January 1, 2016, to the present, maintained by the Research & Evaluation Section of the RPD in the Laserfiche computer system

4

for the following regular periodic inspections provided for by RPD Administrative Order 12:

    A. Department's Annual Report; *COR_011883 – COR_012219*

    B. Analysis of grievances filed against Department; *COR_011869 – COR_011877*

    C. Documented Incident Command System Training Exercises; *COR_012271 – COR_012280*

    D. Updating of Department Goals and Objectives; *COR_012223 – COR_012270*

    E. Report of progress towards previous year's Goals and Objectives; *COR_012286 – COR_012299*

    F. Non-lethal training; *COR_012281 – COR_012285*

    G. Summary of In-service training programs and confirmation totaling 21 hours; *COR_012300 – COR_012311*

    H. Summary of Department performance evaluations conducted; The RPD has not located any such document.

    I. Analysis of Subject Resistance Reports; and *COR_011878 – COR_011882*

    J. Evaluation of Recruitment/Selection process. *COR_012220 – COR_012222*

    The above-referenced documents can be found at the following link:

https://cityofrochester.sharefile.com/d-s6041fba761654646998f9d450090e364.

Dated: July 9, 2025  
    Rochester, N.Y.                      **PATRICK BEATH**  
                                            **CORPORATION COUNSEL**

                                            s/ *Patrick B. Naylon*  
                                            Patrick B. Naylon, Esq., Of Counsel  
                                            *Attorneys for Defendant*  
                                            City Hall Room 400A, 30 Church Street  
                                            Rochester, NY 14614-1295  
                                            Telephone: (585) 428-6906  
                                            patrick.naylon@cityofrochester.gov

To:    Ian Eppler
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, New York 10036
202 336 2000
kopokugayamfi@pbwt.com

Alanna Kaufman
Kaufman Lieb Lebowitz & Frick, LLP
18 3. 48th St.
Suite 802
New York, New York, 10017
akaufman@kllf-law.com