# Exhibit 19

# Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Erroll, David (x2009) |
| **Sent:** | Wednesday, June 14, 2023 5:20 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Opoku-Gyamfi, Kevin (x2665) |
| **Subject:** | Short v. COR - 6/13 M&C Summary |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Pat,

We wanted to provide a summary of our discussion on June 13, 2023 regarding discovery matters.

USB Drive
We discussed the USB drive that holds audio and video files related to our discovery requests. You stated that you believed the USB drive had been sent, but would check the status with your paralegal.

Please provide an update on this by Friday, June 15.

ESI Search Terms
Regarding ESI document searches, to date, the City has proposed searching the Barracuda/OUTLOOK email database, text messages, the LERMS database, and the IAPro database. You acknowledged that the City's email policy is to "save everything forever" and that you will confer with the responsible entities to determine the coverage dates for all of the repositories the City intends to run searches on.

As discussed in your June 9, 2023 email, RPD currently keeps SRRs in PDFs that are images, and therefore not searchable. However, you stated that RPD Business Intelligence is in charge of the SRR digitization project being conducted with RPI and DOJ, and that you will send the final agreed-to set of search terms to RPD BI. You further agreed to (i) send a response to our proposed search terms by Friday, 6/15 and (ii) contact RPD BI to determine whether the City has access to the digitized SRR reports for search purposes and the date when an ESI search can be expected to be completed by.

**As discussed, please send a response to our proposed search terms by Friday, 6/15.**

**Please inform us by Friday, June 22 of the results of both: (1) the dates covered by the four repositories the City has proposed to search for ESI; and (2) the date by which the SRR search can be completed.**

Communication with the Mayor/City
We raised the City's objection regarding the number of people whose communications we appear to have requested to search, and noted that we have proposed narrowing the scope, but the City is in the best position to understand who is most likely to communicate with City officials.

You agreed to provide a proposed list of individuals, titles, and ranks who would be likely to have communicated with City officials during the relevant time period, and we agreed that when limited to this list, the time scope from 2001 is not unduly burdensome.

**As discussed, please send a list of people in these types of positions by Friday, 6/15.**

1

"PIC"/"EDP Response Team"
We discussed the use of the "person in crisis" and "emotionally disturbed" terms, and agreed that these will not be treated as legal definitions.

We agreed that the City will provide documents regarding instances where the PIC or EDPRT was engaged, but also agreed that not all responsive documents would be produced if the City's response was limited to where the PIC or EDPRT were engaged.

To address the difficulty in determining RPD calls and responses involving people with mental issues we agreed to determine an additional set of terms/phrases from reports of from "mental hygiene detainments" that the City will use to capture individuals exhibiting signs of mental disability.

Personnel Records
We raised the fact that the City produced only the PSS file for Drake and agreed that records for other Involved Officers (as defined in the RFPs) will be provided.

We discussed the nature of personnel files and agreed that the City will determine the process to produce relevant portions of Involved Officers' personnel files.

We also agreed that the City will produce the Involved Officers' training records held by Professional Development and the curriculum for initial training from the Monroe Community College.

LLWs
Although we agree on many of the LLWs that the City will produce documents for (e.g., Tasers, OC spray, bean bag guns and batons) we were not able to reach an agreement on the entire universe of included LLWs.

We agreed to have a future call to discuss this further and other outstanding issues.

We look forward to your scheduled responses tomorrow.

Best regards,
David


**David Erroll**
He | Him | His
Practice Area Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

T 212.336.2009
derroll@pbwt.com