# Exhibit 20

## Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Erroll, David (x2009) |
| **Sent:** | Friday, April 5, 2024 4:03 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Eppler, Ian (x2205); Kleban, David S. (x2641); Lane, Maddy (x2292) |
| **Subject:** | Short v COR - PDS File Documents |

Pat,

Thank you for facilitating last Friday's discussion regarding the capabilities and limitations of the Professional Standards Section's IAPro database. To facilitate review and production of a reasonable, narrowly tailored set of PSS files, please provide the following documentation or information:

1. Any user manual or documentation for the IAPro database describing what type of database IAPro is and the search functionality for IAPro; and

2. A list of the searchable fields in IAPro.

This information will assist Plaintiffs in formulating workable searches and thereby reduce any unnecessary burden on everyone involved.  Please provide a response to this proposal by Wednesday, April 10.

In addition, in partial response to Plaintiffs' RFPs 11 and 30, the City produced certain records on Sept. 13, 2023 related to the Professional Development Section files for Investigator Cassidy and Officers Carello, Drake, Glynn, Jackson, and T. Jones (Bates numbers COR_002093 to COR_002591).

Upon review, Plaintiffs have determined that there are unexplained gaps in the PDS files.  Specifically, the production is missing:

1. Forms 1265 (RPD Annual Evaluation) that cover the following time periods for each officer:
    1. Officer Carello for:
        1. 5/7/2020 – 9/30/2020;
        2. 3/24/2021 – 12/31/2021; and
        3. 1/1/2022 – 6/23/2022
    2. Officer Drake for:
        1. 1/1/2012 – 9/10/2012;
        2. 9/12/2013 – 12/31/2013;
        3. 1/1/2014 – 8/30/2014;
        4. 9/1/2015 – 12/31/2015;
        5. 1/1/2020 – 12/31/2020;
        6. 1/1/2021 – 12/31/2021; and
        7. 1/1/2022 – 12/31/2022.
    3. Officer Glynn for:
        1. 1/1/2013 – 9/30/2013;
        2. 11/1/2015 – 12/31/2015; and
        3. 1/1/2021 – 12/31/2021.
    4. Officer Jackson for:
        1. 12/1/2017 – 12/31/2017;
        2. 4/1/2018 – 7/31/2018; and
        3. 1/1/2021 – 9/28/2021.

   5. Officer T. Jones for:
      1. 1/1/2021 – 12/31/2021.
   6. Investigator Cassidy for:
      1. 1/31/2005 – 4/30/2005
      2. 1/2/2006 – 2/28/2006
      3. 1/1/2011 – 10/31/2012
      4. 5/1/2014 – 1/31/2015

2. Forms 1369 (Career Development Worksheet) for:
   1. Officer Drake:
      1. Completed in or around January-February 2021;
      2. Completed in or around January-February 2022;
      3. Completed in or around January-February 2023.

Please produce these documents.

Additionally, while documents COR_002093 to COR_002591 were produced on September 13, 2023, the RFPs are ongoing. Consequently, the City is required to produce the following PDS file documents that, in accordance with General Order 207 sections V.A.3. and V.A.6., should have been generated between September 13, 2023 and the present:

3. Forms 1265 (RPD Annual Evaluation) for the period 1/1/2023 – 12/31/2023 for:
   1. Investigator Cassidy;
   2. Officer Carello;
   3. Officer Drake;
   4. Officer Glynn;
   5. Officer Jackson; and
   6. Officer T. Jones.

4. Forms 1369 (Career Development Worksheet) completed in or around January-February 2023 for:
   1. Investigator Cassidy;
   2. Officer Carello;
   3. Officer Drake;
   4. Officer Glynn;
   5. Officer Jackson; and
   6. Officer T. Jones.

5. All other training, re-training, certification, re-certification, qualification, re-qualification, or other skill, education, disciplinary, evaluation or other performance-related documents added to the files of the above-listed investigator and officers between Sept. 13, 2023 and the present.

Finally, pursuant to RFP 61, please produce a copy of each version of the Performance Assessment Manual referred to in General Order 207 section V.E.2. in effect during the period from January 1, 2008 through the present.

Best regards,
David

**David Erroll**
He | Him | His
Practice Area Associate

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas

2

New York, NY 10036

T 212.336.2009
**derroll@pbwt.com**