# Exhibit 21

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov> |
| **Sent:** | Thursday, May 2, 2024 4:13 PM |
| **To:** | Lane, Maddy (x2292) |
| **Cc:** | Zollars, Sandra; Eppler, Ian (x2205); Erroll, David (x2009); Naylon, Patrick B. |
| **Subject:** | RE: Short: Training Link |

External: Think before you click.

Hey Maddy,

As far as the gaps in training, there will likely be a gap in the response as last Thursday as I was in a meeting with Lt. Ciulla when he had to leave for home as his wife was about to deliver their baby. So I do not have an answer on that. That goes both for the gaps and the in-service records. I sent an e-mail to the Lt. today hoping his OOO response was on indicating when he is returning. If I do not hear from him by Friday, I will go up the chain of command to ascertain who can accomplish this in his absence.

Sandra can update you on the exact search terms, but my understanding is that it was run as "Open Door Mission" and "210 W. Main."  I understand that there was an error running " 210 West Main."  In any event, it seems the "Open Door Mission" search was broader as it captured both 210 W. Main incidents as well as reports from other locations.

As ODM has several facilities, as indicated above just on the initial 11 reports of the total of approximately 31 CR#s that came up, not all of the reports relate to the 210 W. Main St. address. That search pulled reports from other locations owned or operated by ODM or where they may have been listed as a victim. Each report will have to be reviewed by me for disclosure because, as indicated, in the initial 11 reviewed, several do not involve 210 W. Main. Others appear entirely irrelevant. For example, one involves a post-incident burglary of tools of a contractor doing construction work on an expansion at 230 W. Main St., owned by ODM.  In any event, I will list all the CR#s, dates and what was located, excluding the subject incident obviously. Obviously I will provide anything close to relevant,

but a 2022 burglary report of an outside contractors tools taken from 230 W. Main would seem to be a good example of something that is of no value or relevance. I will complete the review and send bates stamped copies of all responsive reports with a list of any report located but not produced.

FYI the search term results only tell us the CR# for the job. Accordingly, until pulled and reviewed, we have no idea what those jobs are and whether some of those reports were subject to a purge, sealing, or even whether they relate to 210 W. Main St. versus ODM's other locations, is likewise unknown. Unfortunately, or fortunately as the case may be, access to LERMS is limited and I have no authorization to search and obtain the documents directly. As indicated, we are at least a third of the way done and the process is in the works and on-going. While I hoped to have a complete response by the end of the day today, it is obvious that isn't going to happen. I can't imagine it would be longer than a week for complete disclosure, but I say that with a caveat. There is no way to know the volume of reports based on the search result which provides only the CR#. Thus far, the majority are either trespass cases (i.e. ODM calls to have an individual removed from the premises) which are short and readily reviewed for production. Notably, however, a case such as the instant one, generates considerably more documentation as per our previous production. Obviously I'm not going to reproduce the documents already provided relative to this incident.

I will follow-up with Alex today regarding the additional search terms forwarded to him upon receipt. I have no response from him to date. I'll let you know what his response is to my inquiry.

Pat

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Wednesday, May 1, 2024 11:17 AM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** RE: Short: Training Link

Hi Pat,

2

Thanks for letting us know.  There are no gaps in the Bates stamping.  The last Bates number that we have is COR_01118, from the Other Identified Incidents produced last week.

We will wait to receive the responsive documents to the terms "Open Door Mission" and "210 W. Main" in LERMS.  Just to confirm, did you also run "210 West Main Street"; "210 W. Main Street"; and "210 West Main St."?

Plaintiffs are also waiting on:
- An update from the City on the status of the gaps in the PDS files
- The remaining e-mails responsive to Query 2 referenced in your March 28 e-mail
- Responsive e-mails to our new custodial search terms sent last week
- In-service training documents from 2007 – 2015 (or at least from 2009 – 2015 if the City no longer possesses files from 2007 – 2009).

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Tuesday, April 30, 2024 2:49 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

**External: Think before you click.**

Just found below stuck in my drafts……….

Ah, shoot. That is because I have the original……….& I simply pulled that folder into sharefile.
Sandra is still assisting with the trial…..so let me see if I can move this along…….

3

On what you received, I just want to be certain that there is also a "jump" in the Bates stamping……….in other words, are the two 2018 docs you received in Bates Stamp numerical order from the end of 2017 to beginning of 2019 or is there an approximate 400+ gap in the bates stamping? With Sandra out, I need to know whether this is a new numbering project versus locating & copying what we have.

Also, FYI, the LERMS was run for 201 W. Main & Open Door Mission & we got the same hits………screen is tough to read, but it looks like 32 hits between 2010 & the end of 2022.
Sandra will pull those up to view to ascertain what in fact the responses were. We are shooting for production by next Friday, but both Sandra & I are out of the Office tomorrow & Monday…


Pat

---

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Wednesday, April 24, 2024 6:01 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Cc:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** RE: Short: Training Link

Hi Pat,

Thank you very much - we received the 492 items. It does not appear, however, that the documents are Bates stamped. Would you please Bates stamp them and then send them to us again?

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Wednesday, April 24, 2024 2:44 PM

**To:** More, Maddy (x2292) <mmore@pbwt.com>
**Subject:** RE: Short: Training Link

**External: Think before you click.**

Maddy,

Please let me know if the sharefile link works for the 1018 training memos.

It apparently downloaded 492 items and claims to have sent an e-mail with the link, but given the volume of materials, I want to check to see you actually receive & can download it.

Pat

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Tuesday, April 23, 2024 1:33 PM
**To:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>; Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Cc:** Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Subject:** RE: Short: Training Link

Hi Pat,

Based on our initial review of the training orders, it appears that the production includes only one training order with an effective date between January 1, 2018 and December 1, 2018 (COR_0008248 Scuba). Can you please confirm that this was the only training offered in 2018, or, alternatively, produce the additional training orders?

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

**From:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Sent:** Wednesday, April 10, 2024 2:55 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>; Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

**CAUTION: This email originated outside of the organization. Do not click links or open attachments unless you are expecting them from the sender.**

Attached is the sharefile link to the training video, with bates stamps, that is now text-searchable.

https://cityofrochester.sharefile.com/d-sd77a486ca9674ea4994f257cfbea6079

Thanks,



**Sandra J. Zollars,** ACP
NALA Advanced Certified Paralegal
City of Rochester, New York - Law Department
City Hall - Room 408A
30 Church Street
Rochester, New York 14614
p: (585) 428-6775 / f: (585) 428-6950
zollars@cityofrochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

---

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Tuesday, April 9, 2024 4:03 PM
**To:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>; Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

Thank you again, Sandra!

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Sent:** Tuesday, April 9, 2024 3:58 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>; Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

**CAUTION: This email originated outside of the organization. Do not click links or open attachments unless you are expecting them from the sender.**

Correct. I am making the documents I just sent word-searchable, and will forward the same to you.

---

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Tuesday, April 9, 2024 3:51 PM
**To:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>; Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

Hi Sandra,

Thank you very much for your assistance. Just to confirm, will the documents you're preparing to be sent tomorrow also be Bates-stamped?

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Sent:** Tuesday, April 9, 2024 3:32 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>; More, Maddy (x2292) <mmore@pbwt.com>
**Subject:** RE: Short: Training Link

**CAUTION: This email originated outside of the organization. Do not click links or open attachments unless you are expecting them from the sender.**

Maddy –

I apologize for the mix-up. I re-bates stamped the files (https://cityofrochester.sharefile.com/d-sb4f4e4611be04bccb11d2c8bad014410).

We produced the files in the same format as they were saved/provided to us and, as a result, not all of the documents were word-searchable. I certainly understand how frustrating it is to work with such documents and am in the process of correcting that for you. As this is a lengthy process, I will set it to run this evening. I should have the word-searchable format ready send to you tomorrow.

Thank you,



**Sandra J. Zollars,** ACP
NALA Advanced Certified Paralegal
City of Rochester, New York - Law Department
City Hall - Room 408A
30 Church Street
Rochester, New York 14614
p: (585) 428-6775 / f: (585) 428-6950
zollars@cityofrochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Tuesday, April 9, 2024 12:01 PM
**To:** 'More, Maddy (x2292)' <mmore@pbwt.com>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

Hey Maddy,
I will have to get back to you on the issue of some of the documents not being searchable. The documents were produced as provided so I have no idea what the cause of that could be.
Obviously we will have to re-bates stamp. I will need to get back to you with a time frame as Sandra is tied up with an on-going trial but I anticipate she will make this a priority.
Thank you.

Pat

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Monday, April 8, 2024 12:59 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Cc:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** RE: Short: Training Link

Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Hi Pat,

These documents have been produced with the same starting Bates number as the City's previous production (both begin with COR_006732).  Can you please provide us with a new production of these documents that does not contain any overlapping Bates numbers with prior productions?  In addition, it appears that not all of the documents in this production are searchable; can you please ensure the new production is entirely searchable?

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Friday, April 5, 2024 4:42 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>; Eppler, Ian (x2205) <ieppler@pbwt.com>; Erroll, David (x2009) <derroll@pbwt.com>
**Cc:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>; Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Subject:** FW: Short: Training Link

*Caution: External Email!*

Dear Maddy,

As promised, here is the link to the Orders for In-service training from 2015 forward.

Pat

**From:** Zollars, Sandra <Sandra.Zollars@CityofRochester.Gov>
**Sent:** Friday, April 5, 2024 4:31 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** Short: Training Link

https://cityofrochester.sharefile.com/d-sa75dbb561a064120afbd4d06254aee75



**Sandra J. Zollars,** ACP
NALA Advanced Certified Paralegal
City of Rochester, New York - Law Department
City Hall - Room 408A
30 Church Street
Rochester, New York 14614
p: (585) 428-6775 / f: (585) 428-6950
zollars@cityofrochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise

immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.