# Exhibit 22

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | More, Maddy (x2292) |
| **Sent:** | Tuesday, June 18, 2024 12:52 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | Erroll, David (x2009) |
| **Subject:** | RE: Short Discovery Declaration |

Hi Pat,

Your response relates to only one of the investigations we requested the City undertake. Can you please also confirm that each officer has searched their personal files for the requested evaluations?

Even though we have gone back and forth on this issue, it is still not clear to us why PDS does not have the evaluations, and Lt. Ciulla's declaration does not clarify the situation. Can you please explain whether (1) the requested evaluations were created during the time period they cover and at this point in time they do not exist in the officers' PDS files, or (2) the requested evaluations were never created in the first place?

In addition, can you provide the name of the Personnel Management Supervisor in the Chief's Office?

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Monday, June 17, 2024 2:33 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>
**Cc:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short Discovery Declaration

**External: Think before you click.**

Maddy,

As for the "personnel file" review, that refers to what is kept in the Chief's office. I was advised by the Personnel Management Supervisor in the Chief's Office that they do not keep evaluations. In fact, she specifically referred me to Lt. Ciulla @

PDS as the source to obtain them. Regardless of what the GO says or doesn't say, they are not maintained in the personnel files.

I accept her word. So no, I am not going to go over to the Chief's Office over at RPD to do a personal search which would create a suggestion that I do not accept their explanation, word or capabilities and hence need to look for myself.

Pat



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

**From:** More, Maddy (x2292) <mmore@pbwt.com>
**Sent:** Friday, June 14, 2024 9:13 AM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** RE: Short Discovery Declaration

> Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Hi Pat,

We are in receipt of Lt. Ciulla's declaration. In paragraph 1, he identifies himself as the "commanding officer of the Professional Standards Section." Previously, you had informed us that Lt. Ciulla was the department head of the Professional Development Section. Can you please clarify whether Lt. Ciulla has changed positions, and if that is the case, when this change took place?

To ensure that the remaining locations in which the missing evaluations could be stored have been thoroughly investigated, we believe it is incumbent on the City to (1) review each officer's personnel file to ascertain whether it contains the requested evaluations as required by GO 207 and (2) confirm that each officer has searched their personal files for the requested evaluations. Please let us know whether the City agrees to undertake this additional investigation.

To be clear, it is not Plaintiffs' "position" that General Order 207 indicates that "personnel" should get a copy of these types of files, but is rather stated expressly in the General Order itself. *See* RPD GO 207 § VII.B.2.

Best,
Maddy

**Madeline More**
She | Her | Hers
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
T: 212.336.2292
mmore@pbwt.com

---

**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Wednesday, June 12, 2024 1:43 PM
**To:** More, Maddy (x2292) <mmore@pbwt.com>
**Cc:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Subject:** Short Discovery Declaration

> External: Think before you click.

Maddy,

We will file Lt. Ciulla's declaration regarding the search of the PDS files for the evaluations.
In an abundance of caution, given your position re the G.O. indicating that "personnel" should get a copy of evaluations, I checked with the Chief's Office

which maintains officer "personnel" records.  Their response was that they do not have evaluations in those files and that they are  "maintained by PDS."

Pat



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.