# Exhibit 23

# Matthew, Jabari (x2203)

| | |
|---|---|
| **From:** | Eppler, Ian (x2205) |
| **Sent:** | Wednesday, June 18, 2025 4:20 PM |
| **To:** | Naylon, Patrick B. |
| **Cc:** | _cg TyshonJones; Alanna Kaufman; Doug Lieb |
| **Subject:** | Short v. City of Rochester // Plaintiffs' Second Set of Interrogatories and First Set of Requests for Admission |
| **Attachments:** | 2025.06.18 Pls First Set of RFAs to the City.pdf; 2025.06.18 Pls Second Set of Interrogatories.pdf |

Pat,

Please find attached the Plaintiffs' Second Set of Interrogatories and First Set of Requests for Admission in the above-referenced matter.

Best,
Ian

**Ian D. Eppler**
He | Him | His
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: 212.336.2205
ieppler@pbwt.com