# Exhibit 24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETHA SHORT and PERNELL JONES, SR., in their capacity as administrators of the ESTATE OF TYSHON JONES,<br><br>                                 Plaintiffs,<br><br>– against –<br><br>CITY OF ROCHESTER,<br><br>                                 Defendant. | 6:22-cv-06263 |

**PLAINTIFFS' SECOND SET OF INTERROGATORIES TO
DEFENDANT CITY OF ROCHESTER**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Rule 26 of the Local Rules of Civil Procedure of the Western District of New York ("W.D.N.Y. Local R.Civ.P." and together with Fed.R.Civ.P., the "Rules"), Plaintiffs direct the following Interrogatory to Defendant City of Rochester and request that within 30 days after service of this Interrogatory (or such earlier time as the parties may agree or the Court may order) that Defendant provide a response to the Interrogatory in writing and under oath.

**DEFINITIONS**

1. The definitions and rules of construction set forth in Local Rule 26(c) ("Uniform Definitions in Discovery Requests") of the W.D.N.Y. Local R.Civ.P are incorporated by reference. The definitions set forth in subsection (3) of Local Rule 26(c) and the rules of construction set forth in subsection (4) of the Rule shall apply to these Interrogatories.

2. The "Incident" means the interaction between Tyshon Jones and Defendants that occurred on March 10, 2021 and is the subject of the Complaint.

      3.      "Less-than-Lethal Weapon" means a weapon or device intended to provide an officer a reasonable less-lethal force option to the service weapon, including but not limited to any conducted electrical weapon, kinetic energy impact projectile device, pepper ball launching system, and/or oleoresin capsicum spray.

      4.      "Known Officers" means Officers Matthew Drake, Sir Glynn, Trevor Jones, and Audrey Wicher (formerly Audrey Jackson).

      5.      The term "including" means including but not limited to.

      6.      "You" or "Your," regardless of capitalization, means Defendant City of Rochester, in the broadest sense consistent with the Rules, including but not limited to all persons or entities acting on the defendant's behalf or as its representative or agent (including attorneys representing the defendant).

      7.      The words "all," "any," and "each" encompass any and all.

## **INSTRUCTIONS**

      1.      If You contend that any Interrogatory is objectionable in whole or in part, state with particularity each objection, the basis for it, and the categories of information to which the objection applies, and respond to the Interrogatory insofar as it is not deemed objectionable.

      2.      The Interrogatories shall be deemed continuing, and the responses to them must be supplemented pursuant to Rule 26(e) of the Federal Rules of Civil Procedure in the event that You obtain additional knowledge or information responsive to the Interrogatories.

      3.      Unless otherwise specified, the relevant time period (the "Relevant Period") for the Interrogatories is March 10, 2006 to March 10, 2021.

3

## INTERROGATORIES

### INTERROGATORY NO. 6:

Identify the manufacturer and model number of any Less-than-Lethal Weapon that any Known Officer possessed (whether on their person or in their vehicle) during the Incident.

|  | By:   /s/ David S. Kleban |
|---|---|
| Alanna Kaufman<br>Douglas E. Lieb<br><br>KAUFMAN LIEB LEBOWITZ<br>& FRICK LLP<br>18 E. 48th Street, Suite 802<br>New York, New York 10017<br>(212) 660-2332<br>dlieb@kllf-law.com<br>akaufman@kllf-law.com | David S. Kleban<br>Ian Eppler<br>Madeline More Lane<br>PATTERSON BELKNAP<br> WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 336-2000<br>dkleban@pbwt.com<br>ieppler@pbwt.com<br>mlane@pbwt.com<br><br>*Attorneys for Plaintiffs*<br>*Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones* |

Dated: June 18, 2025