# Exhibit 25

Matthew, Jabari (x2203)

| | |
|---|---|
| **Subject:** | FW: Short e-mail discovery search terms |
| **Location:** | Via Telephone |
| **Start:** | Thu 3/21/2024 2:00 PM |
| **End:** | Thu 3/21/2024 3:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Naylon, Patrick B. |

-----Original Appointment-----
**From:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Sent:** Thursday, March 14, 2024 2:55 PM
**To:** Naylon, Patrick B.; Koroleski, Alex; More, Maddy (x2292)
**Subject:** Short e-mail discovery search terms
**When:** Thursday, March 21, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Via Telephone

*Caution: External Email!*

Below is a link for a TEAMS meeting for 3/21/2024 @ 2:00 PM

Maddy, if you do not wish to proceed via TEAMS and want to set up an alternate, that is good with me.

Pat



**Patrick B. Naylon**
Municipal Attorney
City of Rochester – Law Department
City Hall – Room 400A
30 Church Street
Rochester, New York 14614
p: (585)428-6906
Patrick.Naylon@CityofRochester.gov

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential and privileged information. Unauthorized use or disclosure is strictly prohibited. If you are not the intended

1

recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

_____

Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 245 637 582 391
Passcode: Q7abcG
Download Teams | Join on the web



Learn More | Meeting options

_____