# Exhibit 26

**Matthew, Jabari (x2203)**

| | |
|---|---|
| **From:** | Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov> |
| **Sent:** | Thursday, May 22, 2025 8:26 AM |
| **To:** | Eppler, Ian (x2205) |
| **Cc:** | _cg TyshonJones; Doug Lieb; Alanna Kaufman |
| **Subject:** | RE: Estate of Tyshon Jones v. City of Rochester (Case No. 6:22-cv-06263) |

**External: Think before you click.**

Good Morning Ian,

Thank you for your correspondence. It appears to be  helpful for me. I will thoroughly review the outstanding requests and issues forthwith. I am not prepared to meet and confer today as I have a lot to digest to get back up to speed.

Unfortunately, I have commitments which interfere with my ability to prepare, meet, and confer until the afternoon of Thursday May 29 sometime after noon as I'm booked that AM as well. There is always the possibility of scheduled depositions cancelling, so I will let you know if that occurs. In any event, prior to 5/29, I will endeavor to get you a written position as to each of the categories referenced in your correspondence.

As indicated, I have a bit of work to do to get up to speed regarding our responses, I would note that in any event the initial date of requested production of 6/23 would be problematic as I have a trip  to the West coast from 6/19 returning to the office to 6/29. Accordingly, I would ask we extend that date to 7/8. To the extent there are responsive documents that can be produced earlier, I would produce on a rolling basis as available.

I look forward to hearing from you.

Pat

1



**Patrick B. Naylon**
Municipal Attorney
Law Department
City Hall 30 Church St. Room 400A
Rochester, New York 14614
Office: 585-428-6906
www.cityofrochester.gov

**From:** Eppler, Ian (x2205) <ieppler@pbwt.com>
**Sent:** Wednesday, May 21, 2025 7:10 PM
**To:** Naylon, Patrick B. <Patrick.Naylon@CityofRochester.Gov>
**Cc:** _cg TyshonJones <TyshonJones@pbwt.com>; Doug Lieb <dlieb@kllflaw.com>; Alanna Kaufman <akaufman@kllflaw.com>
**Subject:** Estate of Tyshon Jones v. City of Rochester (Case No. 6:22-cv-06263)

> Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Pat,

Please see the attached correspondence regarding the above-captioned matter.

Pursuant to Judge Pedersen's order (Dkt. No. 147), please provide your availability on Thursday, May 22; Friday, May 23; and Tuesday, May 27 to meet and confer regarding a discovery schedule.

Best,
Ian

**Ian D. Eppler**
He | Him | His
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: 212.336.2205
ieppler@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.