# Exhibit 27

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETHA SHORT and PERNELL JONES, SR., in their capacity as administrators of the ESTATE OF TYSHON JONES,<br><br>Plaintiffs,<br><br>    v.<br><br>CITY OF ROCHESTER,<br><br>Defendants. | **NOTICE OF DEPOSITION TO AUDREY WICHER**<br><br>22-cv-06263 |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones ("Plaintiffs"), by and through their attorneys, will take the live, in-person deposition of Audrey Wicher (f/k/a Audrey Jackson). It shall commence at 9:30 a.m. ET on September 30, 2025 at Regus, 510 Clinton Square, Rochester, NY 14604, or at such other time and place as the parties may agree. If the deposition is not completed on September 30, 2025, it will continue until completed with such adjournment as to time and place as may be necessary.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure and will be videotaped and transcribed stenographically. The deposition will be taken for discovery, for use at trial or hearings, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated: July 31, 2025

15877937v.1

|  |  |
|---|---|
|  | By: \_\_\_/s/ David S. Kleban\_\_ |
| Alanna Kaufman<br>Douglas E. Lieb<br><br>KAUFMAN LIEB LEBOWITZ<br>& FRICK LLP<br>18 E. 48th Street, Suite 802<br>New York, New York 10017<br>(212) 660-2332<br>dlieb@kllf-law.com<br>akaufman@kllf-law.com | Amy Vegari<br>David S. Kleban<br>Ian Eppler<br>David Erroll<br>Madeline More Lane<br>Andrew Bloomfield<br>PATTERSON BELKNAP<br> WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 336-2000<br>avegari@pbwt.com<br>dkleban@pbwt.com<br>ieppler@pbwt.com<br>derroll@pbwt.com<br>mlane@pbwt.com<br>abloomfield@pbwt.com<br><br>*Attorneys for Plaintiffs*<br>*Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones* |

15877937v.1