# Exhibit 28

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETHA SHORT and PERNELL JONES, SR., in their capacity as administrators of the ESTATE OF TYSHON JONES,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROCHESTER,<br><br>Defendants. | **NOTICE OF DEPOSITION TO MATTHEW DRAKE**<br><br>22-cv-06263 |

      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones ("Plaintiffs"), by and through their attorneys, will take the live, in-person deposition of Matthew Drake. It shall commence at 9:30 a.m. ET on September 15, 2025 at Regus, 510 Clinton Square, Rochester, NY 14604, or at such other time and place as the parties may agree. If the deposition is not completed on September 15, 2025, it will continue until completed with such adjournment as to time and place as may be necessary.

      PLEASE TAKE FURTHER NOTICE that the deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths and record testimony pursuant to Rule 28 of the Federal Rules of Civil Procedure and will be videotaped and transcribed stenographically. The deposition will be taken for discovery, for use at trial or hearings, and for any other purpose permitted under the Federal Rules of Civil Procedure.

Dated:  August 5, 2025

15883991v.1

<div style="display:flex">

Alanna Kaufman
Douglas E. Lieb

KAUFMAN LIEB LEBOWITZ
& FRICK LLP
18 E. 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
dlieb@kllf-law.com
akaufman@kllf-law.com

By: ___/s/ David S. Kleban___

Amy Vegari
David S. Kleban
Ian Eppler
David Erroll
Madeline More Lane
Andrew Bloomfield
PATTERSON BELKNAP
 WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
avegari@pbwt.com
dkleban@pbwt.com
ieppler@pbwt.com
derroll@pbwt.com
mlane@pbwt.com
abloomfield@pbwt.com

*Attorneys for Plaintiffs
Kennetha Short and Pernell Jones, Sr., in their capacity as administrators of the Estate of Tyshon Jones*

</div>

15883991v.1