UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH SHORT and PERNELL JONES, SR.,
In their capacity as administrator of the ESTATE OF
TYSHON JONES,

                                    Plaintiff

    v.

CITY OF ROCHESTER,

                                  Defendant.

**NOTICE OF MOTION**

**(Oral Argument Requested)**

Case No. 6:22-cv-06263

| | |
|---|---|
| MOTION BY: | City of Rochester, Defendant |
| DATE AND TIME: | To Be Ordered by the Court |
| RELIEF REQUESTED: | Motion for Summary Judgment Dismissing the Complaint and Action in its Entirety pursuant to Federal Rules of Civil Procedure Rule 56 |
| GROUNDS: | No Underlying Constitutional Violation<br>No Viable *Monell* Claim |
| LOCATION: | Hon. Elizabeth Wolford, Chief Judge<br>United States District Court for the<br>Western District of New York<br>100 State Street<br>Rochester, New York 14614 |
| SUPPORTING PAPERS: | Statement of Uncontested Facts<br>Attorney Declaration of Patrick B. Naylon dated July 17, 2026 with Exhibits<br>Matthew Drake Declaration dated 6/10/2024 with Exhibits<br>Matthew Drake Declaration of July 7, 2026 with Exhibit<br>Audrey Wicher Declaration dated 6/12/2024 with Exhibit<br>Jared Carello Declaration dated May 28, 2024 with Exhibit<br>Lt. Robert Trosinsky Declaration of July 1, 2026<br>Officer Mark Brongo Declaration of July 6, 2026<br>Sgt. Michael Collins Declaration of July 15, 2026<br>Chief David Smith Declaration of July 14, 2026 |

John Black Declaration of July 7, 2026 with Exhibits
Lt. Michael Cuilla Declaration of July 17, 2026
Memorandum of Law


Defendants reserves the right to reply to any responding papers.


DATED:  July 17, 2026                    **PATRICK BEATH, Corporation Counsel**

*s/Patrick B. Naylon*

Patrick B. Naylon, Esq., of Counsel
Attorneys for Defendant
30 Church Street, Room 400A City Hall
Rochester, New York 14614
Telephone: (585) 428-6906