UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH SHORT and PERNELL JONES, SR.,
In their capacity as administrator of the ESTATE OF TYSHON
JONES,

JOHN BLACK
DECLARATION

                                 Plaintiffs

Case No. 6:22-cv-06263

       -v-

CITY OF ROCHESTER,

                             Defendant

John Black, under penalty of perjury by the laws of the united States declares:

1. I was retained by an expert in the above matter by the City of Rochester with respect to the subject action.

2. Annexed hereto as Exhibit A is a true and accurate copy of my report dated April 20, 2026.

3. As indicated in the report itself at page 42 paragraph 3, my report was stated to a reasonable degree of certainty within my area of expertise and made under penalty of perjury.

4. This Declaration is to clarify that the penalty of perjury stated in the report includes the penalty of perjury by the laws of the United States.

Date: 07/07/2026

_____
John Black