Ex A

# DR. JOHN R. BLACK (D.B.A.)

CURRICULUM VITAE
UPDATED: DECEMBER 2025

**Personal Contact Information**

Address (Work):    915 SW. Rimrock Way; Ste. 201 – 403

Redmond, OR 97756

PH: +1 (503) 707-5107

Email: johnblack@aragonnational.com

Website: www.aragonnational.com

**Occupation(s)**

**Current:** Recognized expert witness for physical use of force (UoF) in international, federal, and state courts. Focus areas include police practices, proper investigation of UoF events (including deadly force), related human performance factors, police policy, police training, civilian self-defense, excessive force, and officer-involved shootings. I am a certified video analyst focusing on using video to understand and analyze UoF events.

My doctoral research area focused on exploring the link between visualizing intelligence, giving it meaning (sensemaking), critical thinking, insight generation, and decision-making. My post-doctoral master's degree in psychology continued this research. I apply the knowledge from my research alongside human performance factors and video analysis to evaluate physical UoF events within their context and environment.

Full-time consultant. Consult in areas and problems involving systems thinking, sensemaking, complexity/wicked problems, big data (visualization to insight), intelligence, data-driven decision-making, and socio-cultural intelligence/information modeling. Consultant and advisor to health analytics and related social determinates (systems approach/ complexity/wicked problem approach).

Areas of experience include international humanitarian assistance and disaster relief (HA/DR), DoD Joint Technology research evaluation and development, and the extraction of practical insight from intelligence in support of strategic decision-making. 23+ years (ret.) in law enforcement operations, including patrol, corrections, investigations, training, and command, combined with 30+ years with U.S. Army Special Operations and Peacekeeping (Special Forces, Civil Affairs, and Psychological Operations).

**Police (retired):** Retired from the Washington County Sheriff's Office (WCSO) in 2017 after 23 years of service. For the last two years, I was the primary/lead investigator of an agency-wide internal affairs (I.A.) investigation, resulting in multiple criminal convictions of police officers and terminations. My final assignment was as the Investigations Lieutenant (Lt.) of Enforcement-West for approximately six years. The WCSO is composed of four divisions: Patrol, Investigations Services, and Jail, with approximately 540 employees. The WCSO serves as the lead agency for the region and the state and oversees calls ranging from simple citizens needing assistance to gang-related homicides, regional drug interdiction, and multi-million-dollar fraud cases.

Special projects and collateral duties included (partial list):

- Oversight of the Special Investigations Unit (SIU), property crimes, violent crimes, child & sex abuse crimes, fraud & identity theft crimes, and the forensic science unit sections. (Investigations Division)

- WCSO Representative to RegJIN Analytical Working Group (Portland Metro Region)

- Statewide Mental Health & Law Enforcement Synchronization Project (Advisor & Lead)

- Training Liaison (Patrol, Investigations & Jail Divisions)

- Intelligence Development & Oversight (Investigations & Patrol Division)

- Crisis Negotiations Unit (C.N.U.) Commander (Interagency), From 2010-to 2017

- Incident Command System (I.C.S.) integration (Investigations &Patrol Division)

- Police Use of Force Oversight and Review Committee (WCSO)

- Crisis Negotiation Team Commander (WCSO)

- Mobile Response Team Commander (WCSO)

- Washington County Human Rights Committee Member

- Field Training Program Oversight (Patrol, Investigations & Jail Divisions)

- Search & Rescue Commander (WCSO)

- Veterans/Military Liaison (WCSO)

- Domestic Violence Response Team (DVRT)

**Military Consultant:**

Prior advisor and consultant in support of related efforts and initiatives involving the United States Central Command (USCENTCOM), the United States Africa Command (USAFRICOM), the United States Civil Affairs and Psychological Operations Command (USACAPOC(A)), as well as the United States Special Operations Command (USSOCOM) for the advancement of concept technologies related to socio-cultural problem sets encountered by the warfighter and their decision-makers. Consulted with SunTek Inc. and Gramercy Hill Partners for business intelligence, Sensemaking, and operational expertise and management, often related to a governmental or DoD problem set. Previously employed for similar entities designing analytical requirements that move data to workable decisions and understanding the interrelated systems of systems analysis required for workable decisions to be formed. The primary focus is on the decision process, reducing fragmentation. Additionally, consult/advise related to doctoral research areas of wicked problems and Sensemaking with entities associated with the Department of Justice (DoJ), Department of Homeland Security (D.H.S.), Law Enforcement (L.E.), and Humanitarian Aid (H.A.)/Disaster Response and Recovery (D.R.).

**Expert Witness:**

Qualified as an expert witness in state and federal courts related to police practices, police use of force, decision-making, officer-involved shootings, police tactics, police training, incident command, and police/jail operations. Also qualified with similar expertise for civilian self-defense and use of force events.

**Military (Ret.):**

Retired U.S. Army Sergeant Major (SGM) after 30+ years of service. Served in both the active and reserve forces. Primary specialties include job specialties of Special Forces Senior Operations SGM (18Z), Special Forces Communications (18E), Special Forces Operations and Intelligence (18F), Civil Affairs (38B), and Psychological Operations (37F).

**Additional:**

Board of Directors (board member), Institute for the Prevention of In-custody Deaths (IPICD) *(Current)*.

Director; Public Safety Center of Excellence for Artificial Intelligence under the Institute (IPICD) *(Current)*.

Strategic advisor/Steering committee, International Law Enforcement Training (ILET) Network *(Current)*.

Adjunct College Instructor *(Prior)*:

Prior instructor within the Criminal Justice Program for Portland Community College (P.C.C.) for transportation security and Criminal Intelligence. The developer of a curriculum for a future criminal justice leadership certificate program.

## Experience Summary (Additional)

### Law Enforcement

I have served in varied assignments with the WCSO. I was as Jail Operations Lt., responsible for all operations within a 572-bed jail that processes approximately 19,000 bookings annually. It utilized an approximate 20-million-dollar annual budget. Additionally, as Jail Lt., I oversaw court security, medical needs/special needs pods, and transports. The Jail Operations Lt. oversaw all use of force reviews in the jail, inmate grievances, and related policy recommendations. Prior Assignment as Services Lt. (who commanded the division then). The services division manages the civil process, the crime prevention unit, the training office, the professional standards unit (including hiring and the promotional process), criminal records, weapons licensing, and the public information office. Served as the lead public information officer for the agency and built the current public information team and concept now in place. Served as Patrol Sergeant with collateral duties of Mobile Response Team (M.R.T.) Intelligence & Operations Sgt. Functioned as task force liaison between agencies (F.B.I., O.G.A., U.S. Army, Joint Services, Special Operations). Conducted internal affairs investigations.

Directly advised Sheriff /Undersheriff as required. Acted as a civil investigator for officer-involved shootings and administrative reviews as needed. Reviewed annual use of force summary reporting and recommended changes as appropriate. Conducted performance evaluations, counseling, and discipline. Mentored and trained junior deputies. Responsible for critical investigations, procedures, and notifications to Executive WCSO Staff.

Hired as Recruit Deputy for Washington County in 5/94; Deputy status since 5/95 with Intermediate DPSST Certification awarded in 7/96. Served as the sole full-time trainer for the patrol division from 08/98 until 03/00. Promoted to Corporal 2/99. Promoted to Patrol Sergeant 6/02. Served as P.S.U. Sgt and Patrol Sgt until 10/05 when promoted to Lt. and assigned to Services division. Assigned to the jail as operations Lt. in 2008. Reassigned as patrol operations Lt. in 2010 and assigned as Investigations Lt. in 2012.

Extended leave of absence in 1999 to serve for eight months in Bosnia Herzegovina as part of the NATO Stabilization Forces (SFOR) headquarters in Sarajevo.

Extended leave of absence in 2004 in support of Operation Enduring Freedom, Afghanistan, as an intelligence analyst and operator for the national-level task force. Extended leave of absence in 2008 and again in 2009 in support of Horn of Africa Operations.

Prior Adjunct Senior Instructor for the Oregon Police Academy; Department of Public Safety, Standards, and Training (DPSST). Qualified to teach in:

- Defensive Tactics
- Firearms
- Use of Force
- Building Clearing
- Vehicle Stops
- Range 2000
- Confrontational Simulation (CONSIM)

Prior Senior Instructor for HITMAN Training Systems. Qualified to teach all courses geared to U.O.F., officer defensive tactics, and similar.

Additional (*prior responsibilities*):

- As prior M.R.T. Sgt, responsible for intelligence threat analysis, training, equipment research and procurement, policy, and alternate command of the team on the ground during potential riots and crowd disturbances.
- Lead instructor for the WCSO Defensive Tactics program. Creator and reviewer of critical Use of Force policies for the county. The initial reviewer of all Patrol Use of Force reports and lead planner in developing a Use of Force database.
- Served as field training officer as assigned.
- MRT Operations & Intelligence Sgt./Team Commander (2004-2011)
- Lead or assistant investigator for (2003-2005) internal complaints and affairs investigations.
- Lead investigator for officer-involved shooting review (Multiple events, multiple years).
- CALEA policy reviewer for all related Use of Force policies for WCSO.
- Lead facilitator and developer for Media presentation on Use of Force and decision-making. Presented in the Fall of 2001 and attended by Local TV, radio, and newspaper, featured in subsequent reports and articles. Classes designed to educate and debunk current misperceptions on police use of force issues.

- Design Use of Force (U.O.F.) dBase for reporting and training projections; standardization to address statewide reporting, implemented in 11/02 and designated as the future standard for all divisions.

- Reviewed U.O.F. reports for WCSO; over 300+ annually from 08/98 until 2016.

- Co-author of WCSO UOF and defensive tools policies; part of the annual audit committee and CALEA certification.

- Lead Defensive Tactics instructor for WCSO.

- Lead instructor for Reserve Academy defensive tactics program, develop all lesson plans for certification, and act as the primary instructor.

- Lead author for Annual In-service patrol training defensive tactics program; developed all lesson plans for certification and acted as the primary instructor.

- Field Training Officer for WCSO Patrol.

- Creator of the WCSO Defensive Tactics Association. Instruct defensive tactics and martial arts during non-duty time.

- As Lead Instructor/member of Defensive Tactics and M.R.T., developed and conducted testing and oral interviews of prospective candidates.

**Military** (Retired in 2011)

Deployed to the Horn of Africa to support concept technology development, allowing the warfighter to understand and develop relevant courses of action incorporating socio-cultural factors and the civil considerations required to understand counterinsurgencies. The team was awarded the Joint Concept Technology Demonstration (J.E.T.) of the Year in 2010 for the Mapping the Human Terrain (MAP-HT) project. Part of the core team dealing with the Secretary of Defense, U.S. Army Intelligence, and Office of Integration. Briefed and coordinated at national levels.

Prior deployment and missions (classified and unclassified) throughout the Middle East, including Afghanistan, as a Special Forces Operations and Intelligence Sergeant. Hold a Top Secret (T.S.) / S.C.I. clearance. Senior non-commissioned officer for the intelligence section of the national-level task force. Develop intelligence products directed at understanding, monitoring, and predicting the political interplay of Afghanistan's key persons of influence, including warlords, government officials, and district-level administrators. Develop and maintain link analysis products with specific emphasis on Afghanistan culture, norms, tribal relationships, and effects-based measurement of events. Monitor and track transnational terrorist influence and groups, including Al-Qaida, Islamic Movement of Uzbekistan (IMU), Lashkar-e-Tayeba (L.E.T.), and related Islamic Fundamentalist terrorist groups.

Assisted as a key designer of the US Army-wide tactical collection platform prototype. Researched and authored intelligence assessments on terrorist groups, geographical areas, and future sites of Provincial Reconstruction Teams (P.R.T.s). Functioned as field implementation team leader of prototype software. Briefed and trained all incoming soldiers, including foreign forces assigned to the task force, Afghanistan culture, Islam, threats, enemy tactics, current weaponry and explosives used, improvised explosive devices, and current intelligence of their operational area. Function as liaison between F.B.I., C.I.A., Special Operation Forces, and U.S. Army developmental battle lab. Brief at General Officer staff levels.

Retired at the highest enlisted grade of Sergeant Major (SGM) and was assigned as the Senior Operations Sgt for the 364th Civil Affairs Brigade. Primary job description included senior

operations Sgt for the Brigade, force protection officer, trainer, and mentor for junior soldiers (officer, non-commissioned officer, and enlisted.) Advised at national and strategic levels on civil-military assistance and operations. Conducted disaster preparedness management assistance (DPMA) visits to Pacific Rim countries. Final DPMA products and plans are briefed back at ministerial and ambassadorial levels.

Also served as the First Sergeant of the 364th Civil Affairs Brigade, Headquarters Company. The unit consists of approximately 140 soldiers. Unit is designed to interact with the local population and help rebuild governmental and civilian infrastructures, economic systems, and culture.

Completed an eight-month overseas deployment to Bosnia Herzegovina in 1999-2000. Stationed in Sarajevo at the NATO headquarters. Served as the senior U.S. Non-commissioned officer in charge of Psychological Operations. The task force consisted of ten different nationalities and all services.

Served as the First Sergeant for the 320th Psychological Operations Battalion (USAR). Led 72 enlisted/non-commissioned officers from 1997 until 2000. Served as Team Leader for the 364th Civil Affairs Battalion 1993 – 1994.

Over thirty years of experience in U.S. Army military special operations. Specifically trained to teach and conduct small to large unit force-on-force scenarios. Unit and school trained to plan and execute small unit strikes and raids, counter-terrorist operations, unconventional warfare, and foreign internal defense missions. The primary mission of the U.S. Army Special Forces is to instruct. Uniquely qualified to oversee missions requiring the teaching of military and related subjects such as strikes, raids, counterterrorism, and counterintelligence operations.

Qualified in high-risk security force evaluation and realistic high-risk environment training. Instructed and coached 12 to 50 men groups in special operations and tactics, instructional methods, intelligence gathering, and reaction team concepts. Supervisor in several overseas classified operations. Trained over 480 personnel annually in specialized operations. Obtained Top Secret S.C.I. and SPECAT national clearances. Familiar with several languages, including Arabic-based.

## Additional Positions Held

Consultant to American Protective Services (Governmental and Nuclear Energy Division) from 1992-1994. Primary job duties included:

- Member of the Nuclear Power plant inspection team to determine plant security personnel's capability to defend against an armed terrorist threat.

- Primary trainer for simulated terrorist teams to evaluate plant defenses. Trained small team concepts in tactics, planning, breaching, weapons, and demolition/disabling targets resulting in plant destruction or nuclear-breached containment.

- Contributing author to the national newsletter for nuclear responders in training and management.

Developed scenarios, lesson plans, and instruction schedules/programs for specific skills required by responders. Created CONSIM training facilities as required.

Functioned as a senior instructor to NATO personal security forces. Taught select individuals in defensive combatives, including close-quarter combat. Instructed in a multi-national environment and to select foreign soldiers.

Instructed over 480 personnel annually in waterborne special operations, combat diving, and dive supervision. Course curriculum included small boat navigation, boat handling/deployment, helicopter operations, underwater ship search techniques, combat SCUBA, rebreather diving, dive planning, and dive supervision. Developed, edited, and implemented lesson materials and plans. Advised and researched changes to curriculum and evaluation at company headquarters. Analyzed division-level short-range and long-range training plans. Recognized as one of the top instructors for the last two years by both students and cadre.

Instructor to U.S. Army, U.S. Air Force, and Marines special operational units - and liaison to U.S. Navy special operations.

Senior course advisor responsible for designing, conducting, and evaluating force against the environment or force against force scenarios in the following instances:

- Small rubber boat infiltration to all types of coastlines during varying periods of visibility and weather conditions.

- Small force strikes and raid scenarios against multiple types of targets.

- Experienced with several airborne insertion methods common to land and water targets, i.e., helicopter rappelling and helo-casting.

Analyzed possible targets for demolition and practiced emplacement and use of explosives. Qualified in assessing the force's requirements, emplacing the charge, and the ability and best methods for the opposing force to detect and neutralize the charge.

**Automated Security:**

Instructed personnel in password access, media control, physical controls, LAN controls, and virus detection. Automated and uploaded the data collection for 480 training records online to the main headquarters annually. Served as subject matter expert for automated data processing systems. Served as Foreign Disclosure Officer (F.D.A.). Served as a security officer for all computer and related systems security. Received 100% on the security audit.

Previous experience in other types of detection security (seismic detection, infrared imaging, CCTV pixel movement detection, fiber optics, and similar) combined with computer security.

Advised and instructed a 300-man section on physical, communication, and cryptographic security. Monitored and updated security analysis of foreign facilities, transportation systems, telecommunications, and power generation systems. Conducted security awareness training. Maintained classified reports to foreign countries and high-risk areas. Presented threat briefings at the division level. Updated terrorist threats in areas of operations to include levels of weaponry, force cohesion, personality factors, methods of operations, type of target typically chosen, and probable windows of opportunity for terrorist strike operations.

**Live Operations (MACOM level):**

Served on a real-world, national level, crisis, and emergency team staff. Monitored and analyzed world situations for potential crises, terrorist threats, and possible international travel threats.

Secured initial stages of crisis reaction and activated reaction teams. Expanded programs that allowed the operations center to achieve a 100% readiness rating.

- Familiar with the flow and actual sequence of events in real-world attacks.

- Knowledge of implementing programmed response drills to emergencies.

- Able to recognize human factors in planning responses during extreme stress situations and allow them to develop strategies and tactics.

**Communications:**

Served as a chief communications operator. Planned, prepared, and conducted training for both American and foreign personnel. Developed team physical training program. Trained with different nationalities and groups ranging from small-specialized teams to 100 men elements. Functioned as a cultural liaison in several overseas operations. Direct U.S. representative in several Mid-East countries.

Provided training and security as a senior member of a national-level classified operation that received American and foreign awards. Received numerous awards and citations, including Special Operations Command Soldier of the quarter.

Extensive years of overseas deployments, including classified operations. Worked out of many different Mid-East countries and worked under other U.S. parent organizations in a concealed sponsor activity. Taught troops on varied subjects, both conventional and unconventional in nature. Worked with and trained some of their specialized units designed for counterterrorism operations. Exercises were conducted in this arena and secondary missions of gathering intelligence and order of battle.

## Formal Education & Certifications

### Agentic Artificial Intelligence for Leaders, Maven (Virtual Led)

#### Agentic AI Masterclass (Certificate)          **2025**

Master class led by Google's first Chief Decision Scientist (Cassie), Microsoft's former Global Head of Autonomous AI Co-Innovation (Brian), and McKinsey's former leader of AI & Automation (Pascal), who are no advisors to CEOs and the authors of the first comprehensive book on agentic AI: Agentic Artificial Intelligence (as well as the bestsellers Intelligent Automation and Autonomous Transformation). Executive level course level education specifically focused on agentic AI implementation and strategy.

### MIT Sloan School of Management & Executive Education, MA

#### Making AI Work: Machine Intelligence for Business and Society          **2024**

The program examined the true impact of AI. It explored the power and limitations of machine learning, providing guiding principles for avoiding unintended consequences of its deployment. Areas studied included the potential and vulnerabilities of AI systems, and ways to identify and mitigate key failures of machine learning processes—emphasis on designing and implementing effective and responsible AI solutions.

### Cabrera Research Laboratory, Cornell University, NY

#### Certified Thinking Leader (CTL) Course          **2024-Pres.**

Course offered focusing on advanced thinking using the DSRP theory and its related corollaries. The course is personally instructed by the Drs. Cabrera and the research lab within Cornell University.

#### Cabrera Lab Certified Coach (CLCC)          **2024**

A cohort-based program focusing on advanced coaching techniques using the DSRP theory and its related corollaries. The course is personally instructed by the Drs. Cabrera and the research lab within Cornell University.

### Cabrera Research Laboratory, Cornell University, NY

#### Certified Trainer in Systems Thinking, Mapping, and Leadership          **2022-2023**

Certified trainer in using the DSRP conceptual construct for systems thinking and the VMCL model for organizations.

### Brunel University, UK

#### Post Doctoral M.Sc. (Psychology)          **2022-2023**

The thesis research explored the attention-perception-sensemaking dimension using an SM-DM framework and a Discursive Psychology lens related to police use of force narratives and accounts of decision making.

### COGNITIVE EDGE, DE

#### CYNEFIN FOUNDATIONS COURSE

**2020-2021**

Cynefin Framework courses (now changed to Cynefin Basecamp) *update completed in December 2021*

### CAPELLA UNIVERSITY, MN

#### DOCTOR OF BUSINESS ADMINISTRATION (BUSINESS INTELLIGENCE)

**2013-2018**

School of Business and Management

Dissertation area focus: Sensemaking and decision making related to Business Intelligence, Big Data Visualization, Critical Thinking, Insight Generation, and Wicked problems.

### WALDEN UNIVERSITY, MN

#### PH.D. CANDIDATE (ABD)

**2010-2013**

School of Public Policy and Administration; Terrorism, Mediation, and Peace

Transferred to Capella University; dissertation area; Wicked problems and decision making.

### AMERICAN MILITARY UNIVERSITY, WV

#### M.A. IN HOMELAND DEFENSE

**2009**

Area of Emphasis: Terrorism/Counterterrorism

### LIBERTY UNIVERSITY,

#### B.SC. GENERAL STUDIES

**1992**

### POLICE & RELATED CERTIFICATIONS

DEPARTMENT OF PUBLIC SAFETY STANDARDS AND TRAINING (DPSST), OREGON

**1995 to present**

| | |
|---|---|
| Management Level Police Officer | 2007 |
| Supervisory level Police Officer | 2003 |
| Advanced Police Officer | 2000 |
| Intermediate Police Officer | 1996 |
| Basic Police Officer | 1995 |

NATIONAL INSTITUTE OF CORRECTIONS (N.I.C.), CO

**2010**

Executive Leadership Academy

National Emergency Management Institute (E.M.I.), MD

**2011**

Train-the-trainer for type III All-Hazard Incident Command

Americans for Effective Law Enforcement (AELE)

**2016**

Certified Litigation Specialist (C.L.S.) – Police *(Partial Fulfillment-in progress)*

Force Science Institute (F.S.I.)

2019-2021

Force Science Institute analysis certified – Police *(Original in 2011)*

Force Science Institute analysis certified – Advanced *(2021)*

InputAce (Ocham Video Solutions)

2019-2021

InputAce-Operator, Examiner & Metrologist certification (s)

Amped FIVE

2023-2024

Amped Software Trained User (Forensic Video and Image Enhancement) and Amped Authenticate

## Schools and Courses (Police, preceding 15 yrs.& prior certifying)

*(COURSES LISTED ARE THOSE IN ADDITION TO STANDARD IN-SERVICE TRAINING SUCH AS FIREARMS, DEFENSIVE TACTICS, ETC.)*
Critical Incident Review (CIR), 2021
Force Science Institute Advanced Certification course (F.S.I.), 2021
Force Science Institute Certification course (F.S.I.), 2019
Investigation, Management, and Use of Lethal and Less Lethal Force (AELE), 2019
Association of Threat Assessment Professionals (ATAP), 2017
The Western States Hostage Negotiators Association (WSHNA) 2016
Combined Less Lethal and Management, Oversight, and Monitoring of Use of Force, 2016
Leadership Academy & Conference, 2016
Criminal Intelligence Training, 2015
Crisis Negotiation, 2015
Law Enforcement Camera-based System Symposium, 2015
Use of force decision-making, 2015
Crime Analysis for Chief Executives, 2015
Oregon Peace Officers Association 45th Annual Training Conference, 2014
I.S.S. World America's National Conference, 2014
Management, Oversight, and Monitoring of Use of Force, 2014
Washington State Fusion Centers Conference, 2014
Enhancing Analysis (HSIN), 2013
Violence Risk & Threat Assessment, 2013
Western States Hostage Negotiators Association (WSHNA) 2013
International Association of Criminal Analysts (IACA) 2012 National Conference

F.B.I. Hostage Negotiators COURSE, 2012

Narcotics, Vice, & Street Crimes Supervisor Training, 2012

Cognitive Interviewing Course, 2011

Force Science Certification Course, 2011

Train the trainer Type 3 Incident Command (All Hazards), 2011

Terrorism Trends, 2011

Bureau of Labor and Industries, Documentation and Discipline, 2011

Incident Command Type 3, 2011

Hostage & Prison Riot Exercise & Scenario planning, 2010

Leadership Academy, 2010

National Corrections Institute Executive Leadership Academy, 2010

Defensive Tactics Instructor Updates, 2008

Command College, 2007

Public Information Officer Training, 2007

WAR-160 and terrorism, trends in suicide bombing, 2006

AWR-160 and Use of Force Instruction, 2005

Incident Command Systems (I.C.S.), 2003

DPSST Firearms Instructor Course, 1999

TASER Instructor Certification Course, 1999

Ground Fighting Instructor Certification Course, 1999

RIPP Instructor Course, 1998

O/C Instructor course, Aero-trek, 1997

Integrated U.O.F. Inst. course, HITMAN Inc., 1997

DPSST Defensive Tactics Instructor School, 1996

## Schools and Courses (Military)

United States Army Sergeant Major's Academy (Class 33)

Joint Psychological Planners Course

U.S. Army Psychological Operators Course

U.S. Army Civil Affairs Operators Course

U.S. Army Special Forces Operations and Intelligence School:

U.S. Army Special Operations and Tactics Course:

U.S. Army Advanced Marksmanship/Sniper:

U.S. Army Special Forces Instructor Training course:

U.S. Army Advanced Noncommissioned Officers Course:

U.S. Army Special Forces Communications and Intelligence:

U.S. Army Special Forces Military free-fall:

U.S. Army Special Forces Combat diving:

U.S. Army Special Forces Combat Dive Supervisor Course:

U.S. Army Special Forces Waterborne Infiltration Course:

**Expert Witness listing (Fed. R. Civ. P, 26 (a)(2)(B)(v))**

1. Expert in Use of Force (Civilian on Civilian) and related investigations & Police Practices, related decision-making, & and related forensic video analysis at the request of Mr. Bracken McKey & King County Department of Public Defense for K. Jimerson. Analysis and testimony in December 2025. State of Washington v. K'Shawn Jimerson, Case# 24-1-03560-1 KNT (Murder in the 2nd degree). Trial-Acquitted via self-defense.

2. Expert in Use of Force (Civilian on Civilian) and related investigations & Police Practices, related decision-making, & and related forensic video analysis at the request of Mr. Bracken McKey & Drew Anderson(Defense) of Gilroy, Napoli & Short Law Group for R. Horning. Analysis and testimony in November 2025. State of Oregon vs. Robert David Horning Case# 24CR38658 (Murder in the 2nd degree). Mistrial-Hung Jury.

3. Expert in Police Practices, Internal Affairs Investigations, related decision-making, & training at the request of Mr. Dan Thenell (Defense) of the Thenell Law Group for D. Fraker. Opinion and testimony in October 2025. DONALD RYAN FRAKER, Plaintiff, vs. CITY OF REDMOND, a local municipality incorporated in the state of Oregon, DAVE TARBET, an employee of the City of Redmond in his official and personal capacities et. al., Defendants. Case No. 21CV04425. (Retaliation for protected conduct/whistleblowing, ORS 659A. l 99, and ORS 659A.203; negligence). Mistrial-Hung jury.

4. Expert in Police Use of Force, decision-making, & training at the request of Mr. Aaron Hisel (Defense) of the Capital Legal Services for S. Hatcher. Written Expert Report/Opinion and testimony in May 2025. GRANT YOAKUM in the estate of Nicholas Rodin, Plaintiff vs CROOK COUNTY and STEVEN HATCHER, Defendants, 2:23:cv-00001-HL. Case tried; defense prevailed.

5. Expert in Police Use of Force, decision-making, & training at the request of Mr. Dan Thenell (Defense) of the Thenell Law Group for M. Babino. Hatcher. Written Expert Report/Opinion and testimony in March 2025 (Criminal charges dismissed; CJTC subsequent hearing). WASHINGTON STATE OFFICE OF ADMINISTRATIVE HEARINGS FOR THE CRIMINAL JUSTICE TRAINING COMMISSION; OAH No. 322192, CJTC No. R22-105. Case heard, defense prevailed.

6. Expert in Police Use of Force, decision-making, and forensic video at the request of Ms. Paige Chrz (Defense) of the Thenell Law Group for L. Novak. Written Expert opinion with a 104 in-person hearing with testimony November 2024 in the matter of STATE OF OREGON, Plaintiff vs. LOGAN NOVAK, Defendant., 23CR36032. Trial pending.

7. Expert in Use of Force investigations or decision making (Initial-revised) and video analysis at the request of Mr. Blake Johnson for Shaetavia Cooper. Expert opinion (rebuttal only in the video used) and secondary independent investigation in the criminal matter (2nd-degree murder) reduced to felonious assault); In the matter of STATE OF FLORIDA v. SHAETAVIA COOPER, Defendant., 2020-CF-6621. Independent investigation(s) and testimony. Case Tried, State prevailed.

8. Use of Force Expert advising in appeal of Chicago Police Department Officer (Shawn Bryant). Chicago Police Board Case No. 1088719. Retained by the defense as of June 2023. Report rendered and testified (JAN 2024).

9. Use of Force, self-defense, and forensic video expert at the request of Mr. Aaron Brockler, counsel for Timothy Bradley (Defendant). Expert opinion and secondary

independent investigation in the criminal matter (2nd-degree attempted murder reduced to felonious assault); In the matter of State of Ohio (Plaintiff) VS. Timothy Damien Bradley (Defendant), CASE NO. 22 CR 0088. Case Tried; Defendant prevailed (in part; subsequent appeal as a matter of law).

10. Use of Force Expert advising in appeal of Chicago Police Department Officer (Larry Lanier). Chicago Police Board Case No. 21 PB 2990-2. Retained by the defense as of April 2021. Report rendered and testified (MAR 2023).

11. Police Use of Force, training, and policy expert. Initial review and consultation for the defense with further retention for arbitration in the T. Phillips v. University of Oregon matter. Alleged excessive force, wrongful termination, and dishonesty by a police officer; DOI 2018, retained April 2022. Testified (AUG2022): The case is ongoing.

12. Use of Force/Self-defense expert. Initial review and consultation for the defense in the matter of A. Osman. Client is charged with murder in February 2022.

13. Use of Force expert (to include video), initial consultation, and further retained by the Defense for Exposition testimony on Self-defense and additional analysis in the matter of Theodore Edgecomb. October 2021. Charges include First Degree Reckless Homicide. Exposition testimony January 2022.

14. Use of Force expert (to include video), initial consultation, and preliminary report at the request of Mr. Mark Richards, counsel for Kyle H. Rittenhouse (Defendant). Expert opinion in the criminal matter (1st-degree criminal homicide); State of Wisconsin vs. Kyle H. Rittenhouse, DA Case # 2020KN003907.Case Tried; Defendant prevailed.

15. Use of Force Expert advising in appeal of Chicago Police Department Officer (Luigi Sarli). COPA Board Appeal Process; case # 21 PB 2986. Retained by the defense as of April 2021. The case/appeal is ongoing.

16. ESSICA DOMINGUEZ INDIVIDUALLY AND JESSICA DOMINGUEZ AS GUARDIAN AD LITEM FOR JAD (1), JAD (2) AND JAD (3), Plaintiffs, vs. CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, MICHAEL PINA, AND DOE POLICE OFFICERS 2 through 5, Defendants. In the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Case # 5:18-cv-04826. Retained by the defense as of February 2021. The case is on appeal.

**Courses (Instructed, Designed, and Authored)**

### 2018-Present

Oversight and review of courses, administrative reviews of use of force, annual use of force reporting development, expert witness application, and mentoring of other instructors. Associated with all use of force training with primary focus on oversight and future development of subject matter, review of current practice, policy creation, and program professionalization. Instructed on as-needed basis to remain in touch with students. Functioned as primary subject matter expert in use of force for the agency until retirement in 2017. Continue to advise Washington County in UoF matters as a strategy consultant when required.

*2024—Workshop/Online presentation IPICD (AI Prompting for Public Safety: A Guide for Professionals)*

*2023– Workshop presenter for the Annual International Human Factors & Ergonomics Society Conference. Workshop title: Evolving Our Investigative Sensemaking; How to Use Frames, Models, and a Systems Thinking Approach for Inquiry and Understanding.*

> *This workshop was an introductory overview of how to analyze events and outcomes of complex, interrelated systems. Working from a proposed sensemaking-decision-making (SM-DM) framework that includes human factors. The workshop explored the value of visualization and visually represented frameworks that focus on exploring distinctions, systems, relationships, and perspectives (DSRP). Multiple frameworks, including Cynefin and the four truths, demonstrated how to have a greater focus on sensemaking and understanding in contrast to an outcome-centric view.*

*2023 – Guest presenter (Idaho Association of Criminal Defense Lawyers)-Using sensemaking to tell the rest of the story (combining qualitative & quantitative methods to create the greatest understanding in the courtroom with experts).*

*2022 – Guest Lecturer (Washington County-Portland Attorney group); hindsight bias and courtroom impact, mitigation.)*

*2021 – Guest instructor, Decision making, Force Science Institute, Advanced Force Analyst Course*

*2019 – Instruction for the Deschutes County Sheriff's Office (DCSO) for both supervisor and line-level Use of Force, a systems approach to use of force, and review of their current Use of Force Program.*

*2019 – Retained consultant for the WCSO UoF program related to the civil and administrative review process and improvement.*

*2018 – Instruct at the metro academy for Sgt's reference Use of Force. Consult as needed with the WCSO UoF program.*

*2018 – Instruct at the metro academy for Sgt's reference Use of Force. Consult as needed with the WCSO UoF program.*

### **2014-2017**

Oversight and review of courses, administrative reviews of use of force, annual use of force reporting development, expert witness application, and mentoring of other instructors. Associated with all use of force training with primary focus on oversight and future development of subject matter, review of current practice, policy creation, and program professionalization. Instructed on as-needed basis to remain in touch with students. Functioned as primary subject matter expert in use of force for the agency until retirement in 2017. Continue to advise Washington County in UoF matters as a strategy consultant when required.

*2017 – Survival Skill Council Chair/Lead. In-Service Use of force update, policy review, civil investigation protocol development. Instruct at the metro academy for Sgt's reference Use of Force.*

*2016 – Survival Skill Council Chair/Lead. In-Service Use of force update, policy review, civil investigation protocol development. Instruct at the metro academy for Sgt's reference Use of Force.*

*2015 – Survival Skill Council Chair/Lead. In-Service Use of force update, policy review, civil investigation protocol development. Instruct at the metro academy for Sgt's reference Use of Force.*

*2014 – In-Service Use of Force update, policy review, civil investigation protocol development. Instruct at the metro academy for Sgts.*

### **2006-2013**

Shifted to oversight and review of courses, administrative reviews of use of force, annual use of force reporting development, expert witness application, and mentoring of other instructors. Associated with all use of force training at some level, primarily focusing on oversight and future development of subject matter, review of current practice, policy creation, and program professionalization. Instruct on as-needed basis to remain in touch with students. Function as primary subject matter expert in use of force for the agency. Function as the primary reviewer for complex use of force events. Function as mentor and instructor for senior use of force instructors.

*2010 & 2013—Subject and content review/advisement on all Use of Force subject material. Creation of Use of Force review committee, mentorship of future senior and lead instructors/use of force experts. Assist with instruction to maintain currency. Mentor senior instructors as required. Standing instructor for the metro Sgts academy in use of force.*

*2012 – Instructor Development course instructor for adult learning theory for WCSO firearms instructors. Portland Community College (P.C.C.) Criminal Leadership Course author and lead developer.*

*2009 – In-Service Use of Force update, policy review, civil investigation protocol development.*

Publications/ presentations (Instructed, Designed, and Authored)

**2020-Present**

2025 IPICD Annual Conference.

Black, J. R. (2025). A tool for instructional design: "Delta" Agent of change. November (2025).

Black, J. R. (2025). Public Safety AI Prompting Specialist - Certificate Course. November (2025).

Jacksonville Women's Lawyer Association (JWLA) presenter. (2025).

Black, J. R. (2025). Choosing a Sensemaking Frame: Seeing Through the Eyes of the Wayfinder: Better decision making in uncertainty; Our Frames and Being Human, September 2025.

Attorneys On Retainer (Podcast) (2025).

Black, J. R. (2025) The Secrets to Case Analysis You Never Knew!(YouTube podcast, https://www.youtube.com/watch?v=TDyW4XQIoJE, September 2025.

TechnoSecurity East-2025 presenter. (2025).

Black, J. R. (2025). Forensic Video Analysis in a Self-Defense Murder Trial: A Case Study: Integrating Amped FIVE into Investigative Inquiry, June 2025.

Annual NW Fraternal Order of Police (FOP) conference keynote speaker. (2025).

Black, J. R. (2025). Enhancing Investigative Inquiry through Sensemaking, AI, and Systems Thinking in Modern Policing, April 2025.

2025 AI Symposium hosted by IPICD-presenter.

Black, J. R. (2025). Companion vs. Assistant Elevating PS through AI collaboration, February 2025.

Black, J. R. (2025). Our Choice in Understanding AI Moving from Surface to Depth, February 2025.

2024 Annual Oregon County Counsel Association (OCCA) and Conference OCC (2024).

Black, J. R. (2024). Scott v Smith Case review (The science, law, and video inquiry), Co-Speaker-Presenter, November 2024

Human Factors & Ergonomics Society (HFES), Practitioners Technical Group Speaker (2024).

Black, J. R. (2024). The Mindset of Inquiry, Human Factors, systems thinking-a conversation, Speaker-Presenter, November 2024

Institute for Prevention of In-Custody Death (IPICD) Annual Conference (2024).

Black, J. R. (2024). AI in Law Enforcement; Opportunities, Challenges, & Critical Thinking, November 2024

Americans for Effective Law Enforcement Conference; Expert Witness Conference (2024).

> Black, J. R. (2024). What is Expert Inquiry & What it is not, Speaker-Presenter, October 2024

> Black, J. R. (2024). Interrogating the Evidence and Telling its Story, Speaker-Presenter, October 2024

Society of Police & Criminal Psychologists (SPCP) Annual Conference.

> Black, J. R. (2024). Choose a Sensemaking-Decision Making (SM-DM) Frame of Inquiry; A Needed Requirement to Better Understand Police Use of Force, Speaker-Presenter, September 2024

Americans for Effective Law Enforcement Conference; Public Safety Internal Investigations and Discipline Seminar (AELE IA 2024).

> Black, J. R. (2024). The Value of Qualitative Inquiry in Internal Affairs Investigations, Speaker-Presenter, September 2024

> Black, J. R. (2024). The Intersection of AI and Internal Affairs Investigations, Speaker-Presenter, September 2024

Police Association of New South Wales (PANSW), Australia, Annual Conference.

> Black, J. R. (2024). How we think about video evidence; An inquiry mindset for understanding Use of Force, Speaker-Presenter, 2024

Americans for Effective Law Enforcement Conference; Use of Force Management (AELE UoF 2024).

> Black, J. R. (2024). Choosing the Mindset of Inquiry; Seeing and Listening in Complexity: A Systems Thinking Approach for Understanding Use of Force, Speaker-Presenter, 2024

2023 International Human Factors & Ergonomics Society (HFES) Annual Conference.

> Black, J. R. (2023). Evolving Our Investigative Sensemaking; How to Use Frames, Models, and a Systems Thinking Approach for Inquiry and Understanding., Workshop presenter/instructor (HFES International Annual Conference), October 2023

2023 Society of Police & Criminal Psychologists (SPCP) Annual Conference.

> Black, J. R. (2023). Exploring Use of Force (UoF) Sensemaking-Decision making "Thinking about the SM-DM Dialectic," Paper presenter (SPCP International Annual Conference), September 2023

2023 National Tactical Officer's Association (NTOA) Annual Conference.

> Black, J. R. (2023). Creating the System 3 Thinker "Thinking about Thinking": A Sensemaking and Systems thinking approach, Workshop presenter (NTOA International Annual Conference), August 2023

2023 Invited speaker (Podcast), Left of Greg; Arcadia Cognerati.

Black, J. (2023). #220: Complexity with Dr. John Black. The Left of Greg Podcast with Greg Williams and Brian Marren. August 2023.

2023 91st MORS (Military Operational Research Society) Symposium.

Black, J. R. (2023). The SOF System III Thinker: A System's Thinking approach using Sensemaking-Decision (SM-DM) Paradigm, 91st Symposium Speaker-Presenter (WG32 Irregular Warfare), 2023

2023 National Tactical Officer's Association (NTOA).

Black, J. R. (2023). System 3 Sensemaking; Thinking about thinking, Guest Speaker-presenter (NTOA Monthly Podcast; Tac-Talk), 2023

2023 Police Federation of Australia (PFA), Australia, Annual Conference.

Black, J. R. (2022). An examination of the Zachary Rolfe case from a sensemaking-decision making (SM-DM) paradigm, Speaker-Presenter, 2024

2023 Americans for Effective Law Enforcement Conference; Use of Force (AELE UoF 2023).

Black, J. R. (2023). System 3 Thinking; Sensemaking and the Sense-maker, AELE 2023 Speaker-Presenter, 2023

2023 Annual Idaho Association of Criminal Defense Lawyers Conference (IACDL 2023).

Black, J. R. (2023). Using Experts to Tell the Rest of the Story; Thinking About How We Make Sense of the World and its Truths, Speaker-Presenter, 2023

2023 Scientific Association of Forensic Examiners (SAFE) March Educational Seminar.

Black, J. R. (2023). Evolving Our Investigative Sensemaking; Using Frames, Models, and Systems Thinking Approach, Virtual.2023

2022 Annual International Law Enforcement Training Summit (ILET 2022).

Black, J. R. (2022). Creating the System 3 Thinker; Effective & Accurate. Sensemaking and Systems thinking approach. ILET 2022, Virtual.2022

2022 Annual Illinois Homicide Investigator's Association (ILHIA) Conference (ILHIA 2022).

Black, J. R. (2022). Investigating Use of Force in Hindsight: How Do We Get to the Truth(s). ILHIA 2022.

2022 Lecturer, FBI NA (Oregon Chapter).

Black, J. (2022, 9/15/2022). Evolving our Models.

2022 Invited speaker (Webinar), Human Factors and Ergonomics Society.

Black, J. (2022, 9/8/2022). Forensic Professionals Technical Group in HF consulting/expert testimony in law enforcement.

2022 Invited speaker (Podcast), The Winning Mind.

Black, J. (2021, 8/17/2022). The Winning Mind in Understanding and Training Sensemaking, The Precursor to Decision Making. B. Willis.

2022 Annual Force Science International Conference (FSI 2022).

Black, J. R. (2022). Changing the Frames of LE Decision-making; A Sensemaking Systems Approach. FSI 2022.

Black, J. R. (2022). Presenting the Objective and Subjective Truths of the UoF Event. FSI 2022.

2022 Third annual Input Ace Video Evidence Symposium (Plenary speaker).

Black, J. R. (2022). The Role of Video Evidence in the Kyle Rittenhouse Trial. InputAce 2022.

2021 Annual International Law Enforcement Training Summit (ILET 2021).

Black, J. R. (2021). Cross-Disciplinary Thinking for Law Enforcement (Speaker and Moderator). ILET 2021, Virtual.

2021 Annual Society for Decision Professionals Conference (SDP-DAAG 2021).

Black, J. R. (2021). Evolving Decision-making in Law Enforcement; Looking at all sides of the Coin. SDP-DAAG 2021, Virtual.

2021 Invited speaker (Podcast), The Winning Mind.

Black, J. (2021, 7/8/2021). The Winning Mind in Exploring Systems Thinking. B. Willis.

2021 Annual Society for the Advancement of Management (SAM) Conference.

Black, J. R., Taylor, P. L., Lewinski, W., & Wallentine, K. (2021, March 2021). An Exploration of Sensemaking, Decision-making, and Management in Policing; The Value of Management Research(ers) in Law Enforcement. SAM 2021 International Business Annual Conference, Virtual.

2020 Annual Society of Police and Criminal Psychologist (SPCP) Conference.
Black, J. R. (2020). *Evolving Decision-Making for the Law Enforcement Officer (LEO)*. Paper presented at the Police & Criminal Psychology During Challenging Times; SPCP 2020 Annual Conference.

Black, J. R. (2020 November 06, 2020). *A Visual Exploration of Decision-Making and Discretion; Evolving the Law Enforcement Frame.* Paper presented at the Police & Criminal Psychology During Challenging Times; SPCP 2020 Annual Conference.

## Authored Publications

Peters, John G. (Jr.) & Black, J. R. (2024) Managing the Risks of Public Safety Artificial Intelligence. P*olice & Security News (P&SN,)* NOV/DEC 2024.

Black, J. R., & Kliem, V. (2020). Honest But Not Accurate. *Force Science News, 6*. https://www.forcescience.org/2020/11/honest-but-not-accurate/

14th Annual Institute for Prevention of in-custody Death (IPICD) Society Conference. Black, J. R. (2019). The value of a systems perspective: seeking to understand complexity, systems, and how we can interact with them better... Paper presented at the 14th Annual Institute for Prevention of In-custody Death (IPICD) Conference, Las Vegas, NV.

Annual Society for Advanced Management (S.A.M.) regarding decision making, insight generation, and visualization.
Black, J. R. (2019). Data Visualization, Insight, and Critical Thinking: Looking Towards Heuristics. Paper presented at the Society for Advanced Management (S.A.M.) Annual Conference, Orlando, FL.

Black, J. R. (2018). The Relationship Between Data Visualization and Insight; An Examination Through the Lens of Critical Thinking. (Doctor of Business Administration (D.B.A.) Doctoral Dissertation), Capella University, Minneapolis, MN.

Suicidal response training aid  (2016) (To be integrated into future Oregon State police, WCSO, and Portland Police Bureau strategies and response to those in mental crisis). Designed to assist first-line supervisors with related decision-making.

Black, J. R., Jess, D. J. (2015, March). Visualization and Insight in Business Intelligence (B.I.): The Changing Paradigm. Paper presented at the Society for Advancement of Management (S.A.M.) 2015 International Business Conference, Las Vegas, NV, 19-C15024

**Accreditation (Current & Prior) and professional activities**

- Member of Gray Swan Guild International; Co-project lead on Sensemaking Pedagogy project. Executive principal.

- Member of the Systems Dynamics Society (SDS).

- Member of the Naturalistic Decision Making Association (NDMA).

- Member of the Institute for Prevention of In-Custody Death (IPICD). Board member.

- Member of the Human Factors and Ergonomics Society (HFES). Peer reviewer.

- Member of the American Evaluation Association (AEA).

- Member of Cynefin Association-Haunt.

- Member of the Society for SDP (Society of Decision Professionals).

- Member of the Academy of Criminal Justice Sciences (ACJS).

- Member of the American Society of Evidence-based Policing (ASEBP).

- Member of ASSI&T (Association for Information Science and Technology).

- Member of DMDU (Decision-making in Deep Uncertainty).

- Member of S.A.M. (Society for the Advancement of Management).

- Member of the Society for Police and Criminal Psychologists (SPCP).

- Member of AELA (Americans for Effective Law Enforcement). Instructor.

- Member of the Western States Hostage Negotiators (WSHNA) *(prior)*

- Member of the Oregon State Sheriffs Association (OSSA)

- Member of the Oregon Peace Officers Association (OPOA)

- Member of the International Association of Counterterrorism and Security Professionals (IACSP)

- Member of the International Association of Law Enforcement Intelligence Analysts (IALEIA) *(prior)*

- Member of the International Association of Threat Assessment Professionals (ATAP) *(prior)*

- Member of the International Association of Criminal Analysts (IACA) *(prior)*

- Member of the International Association of Law Enforcement Intelligence Units (LEIU) *(prior)*

- Member of the International Association of Undercover Officers *(prior)*

- HITMAN Systems Inc., Certified Instructor (*Prior*)

- TASER International Inc., Certified Instructor *(Inactive)*

- O/C (Pepper) Spray, Aerotek, Certified Instructor (*Inactive*)

- SIMUNITION International Inc., Certified Instructor (*Inactive*)

- A.S.P. Inc., Certified Instructor (*Inactive*)

- RIPP Inc., Certified Instructor (Hobble restraints / positional asphyxia) *(Inactive)*

- DPSST Use of Force Certified Instructor (*Inactive*)

- DPSST Defensive Tactics certified instructor (*Inactive*)
- DPSST Firearms certified instructor (*Inactive*)
- DPSST Vehicle Stops certified instructor (*Inactive*)
- DPSST Confrontational Simulation certified instructor (*Inactive*)
- DPSST Building clearing certified instructor (*Inactive*)
- DPSST Advanced Police certification (*Inactive*)
- PFS Ground fighting, Certified law enforcement instructor
- Study/student of Savate, Stick fighting, Tai-Chi, Aikido, Karate, Jiu-Jitsu
- Member of United States Aikido Federation *(Prior)*
- Member of the International Association of Chiefs of Police (IACP)
- Member of National Tactical Officers Association (NTOA) *(Prior)*
- Prior Executive board member of ALEMA (Association of Law Enforcement Martial Artists)
- Prior member and trainer for the U.S. Army 5th Special Forces Group hand-to-hand demo team.
- Instructor for Analyst Notebook (I2), AXIS Pro, and intelligence analysis (*Prior*)
- Familiar with and user of NVivo, SPSS, Smart-PLS, and Tableau
- Familiar with Biometric data capture (Iris scan, fingerprints, and facial recognition)
- Familiar with Open-Source data mining programs and procedures
- Familiar with Horizontal Fusion Initiatives within DoJ, D.H.S., and DoD

**Awards**

- Highest combat-related military award; Awarded Bronze Star Medal/M for service in Afghanistan.

- Awarded Legion of Merit for Distinguished Service and support culminating with USAFRICOM, USCENTCOM, and USSOCOM missions.

- Awarded Defense Meritorious Service Medal for exceptional service while in Bosnia-Herzegovina.

- Highest police award; Recipient of Sheriff's Distinguished Service Award (numerous additional ribbons and awards)

- Primary team member of Joint Concept Technology Demonstration (JCTD) of the year 2010 (Mapping the Human Terrain); single selection/award for all the Department of Defense (DoD)

- DPSST class 186 top academic award

- DPSST class 186 top defensive tactics award

- Completed seven military job-producing schools: Conventional Communications, Special Forces communications, Special Forces Operations and Intelligence; Civil Affairs N.C.O., Aidmen, Preventive medicine specialist, and Psychological Operations. All are in the Top 10% or with honors.

- Expert marksman, both long gun and pistol

- 1st D.A.N. Kami-Bushi-Kai with Sensei certification

- PADI Dive Master

- Awarded Foreign parachute wings / Halo wings for Egypt, Saudi Arabia, and Jordan

- Awarded German Psychological Operations badge (Bronze award)

*Numerous additional awards and citations from both U.S. and foreign governments, including multiple awards of Meritorious Service Medal*

**<u>Exhibit B-Evidence reviewed or relied upon</u>**

| Name | Size KiB | Extension |
|---|---|---|
| **\01.Expert Witness\Jones v City of Rochester\** | | |
| 01.Complaint, charge, similar\ | | |
| 02.Reports\ | | reports |
| 03.Laws, policy, similar\ | | |
| 04.Interviews-transcripts\ | | interviews-transcripts |
| 05.Evidence\ | | evidence |
| 05a.ME & Medical\ | | |
| 06.Photos\ | | photos |
| 07.Audio\ | | audio |
| 08.Video\ | | video |
| 08a.Video (Working)\ | | |
| 09.Expert Reports\ | | |
| 10.Training Records\ | | |
| 10a.IA investigations\ | | |
| 10b.Discipline\ | | discipline |
| 11.Prior Related Records\ | | |
| 12.Court Production\ | | |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\01.Complaint, charge, similar\** | | |
| 2024-06-07 Memorandum of Law.pdf | 547.71 | pdf |
| 2024-06-27 Notice of Motion.pdf | 9.66 | pdf |
| 2024-06-27 Statement of Undisputed Facts.pdf | 128.11 | pdf |
| 2024-07-26 Memo of Law in Opposition.pdf | 336.14 | pdf |
| 2024-07-26 More Declaration in Opposition.pdf | 1,856.21 | pdf |
| 2024-07-26 Response to COR Statement of Uncontested Facts.pdf | 227.13 | pdf |
| 2024-08-19 Reply Memorandum of Law.pdf | 716.20 | pdf |
| 2024-08-26 Reply Declaration draft.pdf | 230.23 | pdf |
| 2024-08-26 Reply Declaration.pdf | 2,186.44 | pdf |
| 2024-08-26 Reply to Response to Statement of Uncontested Facts.pdf | 710.54 | pdf |
| Counterstatement to Plaintiff's Statement of Facts.pdf | 180.99 | pdf |
| Drake Reply Affirmation.pdf | 185.85 | pdf |
| ltr to Dr. Black.pdf | 226.93 | pdf |
| Summons and Complaint.pdf | 761.09 | pdf |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\02.Reports\** | | |
| 01. Incident Report, Sgt. Joseph.pdf | 161.75 | pdf |
| 1. IAR Narrative Only, Officer Drake.pdf | 86.38 | pdf |
| 2. IAR Narrative Only, Officer  Jackson.pdf | 31.45 | pdf |
| 3. IAR Narrative Only, Officer  Carello.pdf | 53.54 | pdf |
| 4. IAR Narrative Only, Officer  Glynn.pdf | 31.61 | pdf |

| Name | Size KiB | Extension |
|------|----------|-----------|
| 5. IAR Case Update, Officer  Jones.pdf | 215.38 | pdf |
| 6. IAR Case Update, Inv. Cassidy.pdf | 1,702.12 | pdf |
| 2024-06-27 Carello Declaration.pdf | 282.07 | pdf |
| 2024-06-27 Drake Declaration.pdf | 1,081.35 | pdf |
| 2024-06-27 Wicher Declaration.pdf | 262.31 | pdf |
| Carello SRR.pdf | 450.60 | pdf |
| Drake SRR.pdf | 2,441.80 | pdf |
| Jackson SRR.pdf | 356.94 | pdf |

**\01.Expert Witness\Jones v City of Rochester\03.Laws, policy, similar\**

| Name | Size KiB | Extension |
|------|----------|-----------|
| _TASER SOP - 2017 (1).pdf | 2,993.93 | pdf |
| 335, Subject Resistance Report.pdf | 332.69 | pdf |
| 340, Use of Deadly Physical Force.pdf | 113.93 | pdf |
| BWC_Manual.pdf | 1,899.89 | pdf |
| General_Order_(GO)_Index.pdf | 221.73 | pdf |
| GO_101_Organization.pdf | 302.71 | pdf |
| GO_105_Police_Service_Area_Boundaries.pdf | 26,453.73 | pdf |
| GO_320_Civilian_Review_Board.pdf | 174.04 | pdf |
| GO_336_Duty_to_Intervene.pdf | 71.75 | pdf |
| GO_337_Use_of_Force (Later Version).pdf | 299.72 | pdf |
| GO_340_Deadly_Physical_Force.pdf | 111.72 | pdf |
| GO_561_Crisis_Intervention_Team.pdf | 78.50 | pdf |
| GO_575_De-Escalation.pdf | 80.94 | pdf |
| New York State Penal Law Article 35.pdf | 142.70 | pdf |
| Professional_Standards_Section_Manual_2014.pdf | 1,358.06 | pdf |
| Taser_SOP (Later version).pdf | 242.90 | pdf |

**\01.Expert Witness\Jones v City of Rochester\04.Interviews-transcripts\**

CogInt(s)\

| Name | Size KiB | Extension |
|------|----------|-----------|
| Allen Woodruff depo.pdf | 124.94 | pdf |
| Arden MD, Jonathan.pdf | 645.16 | pdf |
| Carello Transcript (1).PDF | 2,618.37 | pdf |
| Carello Transcript (HL).PDF | 2,618.37 | pdf |
| Officer Audrey Wicher - 09-30-2025_Condensed (HL).pdf | 1,181.91 | pdf |
| Officer Audrey Wicher - 09-30-2025_Condensed.PDF | 2,978.64 | pdf |
| Officer Matthew Drake - 09-15-2025 (HL).pdf | 1,749.94 | pdf |
| Officer Matthew Drake - 09-15-2025_Condensed.PDF | 3,860.23 | pdf |
| Roberto Rodriguez depo.pdf | 120.36 | pdf |
| Sir Glynn - 10-14-2025_Condensed.PDF | 3,478.92 | pdf |

**\01.Expert Witness\Jones v City of Rochester\04.Interviews-transcripts\CogInt(s)\**

| Name | Size KiB | Extension |
|------|---------:|-----------|
| Interview of Audrey Wicher 2026-04-06_full.pdf | 1,948.14 | pdf |
| Interview of Jared Carello 2026-04-06_full.pdf | 1,936.77 | pdf |
| Interview of Matthew Drake 2026-04-06_full.pdf | 2,438.58 | pdf |
| Interview of Matthew Drake Day 2 2026-04-07_full.pdf | 1,739.85 | pdf |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\05.Evidence\** | | |
| petten street in rochester ny - Search.pdf | 657.94 | pdf |
| Tech package.pdf | 16,797.51 | pdf |
| VL_CITE_M1G3_UserGuide_Rev5.pdf | 2,531.24 | pdf |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\05a.ME & Medical\** | | |
| ME Report.pdf | 9.24 | pdf |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\06.Photos\** | | |
| DSC_0001.JPG | 7,218.89 | jpg |
| DSC_0002.JPG | 6,910.63 | jpg |
| DSC_0003.JPG | 6,933.89 | jpg |
| DSC_0004.JPG | 7,293.47 | jpg |
| DSC_0005.JPG | 6,664.05 | jpg |
| DSC_0006.JPG | 7,153.10 | jpg |
| DSC_0007.JPG | 7,042.06 | jpg |
| DSC_0008.JPG | 6,716.98 | jpg |
| DSC_0009.JPG | 6,948.30 | jpg |
| DSC_0010.JPG | 7,141.88 | jpg |
| DSC_0011.JPG | 6,865.71 | jpg |
| DSC_0012.JPG | 6,740.97 | jpg |
| DSC_0013.JPG | 6,774.24 | jpg |
| DSC_0014.JPG | 6,585.79 | jpg |
| DSC_0015.JPG | 6,087.73 | jpg |
| DSC_0016.JPG | 6,320.55 | jpg |
| DSC_0017.JPG | 6,750.87 | jpg |
| DSC_0018.JPG | 5,433.49 | jpg |
| DSC_0019.JPG | 6,385.21 | jpg |
| DSC_0020.JPG | 6,566.98 | jpg |
| DSC_0021.JPG | 5,316.40 | jpg |
| DSC_0022.JPG | 6,873.57 | jpg |
| DSC_0023.JPG | 7,061.66 | jpg |
| DSC_0024.JPG | 5,868.41 | jpg |
| DSC_0025.JPG | 6,174.78 | jpg |
| DSC_0026.JPG | 5,866.46 | jpg |
| DSC_0027.JPG | 7,143.38 | jpg |
| DSC_0028.JPG | 6,999.29 | jpg |
| DSC_0029.JPG | 6,684.80 | jpg |

| Name | Size KiB | Extension |
|---|---|---|
| DSC_0030.JPG | 6,592.41 | jpg |
| DSC_0031.JPG | 7,253.23 | jpg |
| DSC_0032.JPG | 6,553.11 | jpg |
| DSC_0033.JPG | 6,557.40 | jpg |
| DSC_0034.JPG | 6,731.48 | jpg |
| DSC_0035.JPG | 6,549.85 | jpg |
| DSC_0036.JPG | 6,611.68 | jpg |
| DSC_0037.JPG | 7,332.09 | jpg |
| DSC_0038.JPG | 6,541.02 | jpg |
| DSC_0039.JPG | 6,575.08 | jpg |
| DSC_0040.JPG | 6,514.10 | jpg |
| DSC_0041.JPG | 6,476.43 | jpg |
| DSC_0042.JPG | 6,975.10 | jpg |
| DSC_0043.JPG | 6,699.68 | jpg |
| DSC_0044.JPG | 7,372.47 | jpg |
| DSC_0045.JPG | 7,087.40 | jpg |
| DSC_0046.JPG | 6,543.69 | jpg |
| DSC_0047.JPG | 6,574.05 | jpg |
| DSC_0048.JPG | 6,576.91 | jpg |
| DSC_0049.JPG | 6,633.57 | jpg |
| DSC_0050.JPG | 6,799.58 | jpg |
| DSC_0051.JPG | 6,526.10 | jpg |
| DSC_0052.JPG | 6,882.04 | jpg |
| DSC_0053.JPG | 6,674.44 | jpg |
| DSC_0054.JPG | 6,588.76 | jpg |
| DSC_0055.JPG | 6,137.48 | jpg |
| DSC_0056.JPG | 6,587.82 | jpg |
| DSC_0057.JPG | 6,652.33 | jpg |
| DSC_0058.JPG | 6,629.36 | jpg |
| DSC_0059.JPG | 7,295.20 | jpg |
| DSC_0060.JPG | 6,538.42 | jpg |
| DSC_0061.JPG | 6,583.46 | jpg |
| DSC_0062.JPG | 7,388.91 | jpg |
| DSC_0063.JPG | 6,580.20 | jpg |
| DSC_0064.JPG | 6,347.04 | jpg |
| DSC_0065.JPG | 6,592.42 | jpg |
| DSC_0066.JPG | 6,579.99 | jpg |
| DSC_0067.JPG | 6,268.73 | jpg |
| DSC_0068.JPG | 6,536.77 | jpg |
| DSC_0069.JPG | 6,577.45 | jpg |
| DSC_0070.JPG | 7,157.22 | jpg |
| DSC_0071.JPG | 6,567.58 | jpg |
| DSC_0072.JPG | 6,642.14 | jpg |

| Name | Size KiB | Extension |
|------|----------|-----------|
| DSC_0073.JPG | 6,457.56 | jpg |
| DSC_0074.JPG | 6,507.88 | jpg |
| DSC_0075.JPG | 6,419.40 | jpg |
| DSC_0076.JPG | 7,148.88 | jpg |
| DSC_0077.JPG | 6,550.00 | jpg |
| DSC_0078.JPG | 6,562.87 | jpg |
| DSC_0079.JPG | 6,863.25 | jpg |
| DSC_0080.JPG | 6,432.62 | jpg |
| DSC_0081.JPG | 7,432.40 | jpg |
| DSC_0082.JPG | 6,606.40 | jpg |
| DSC_0083.JPG | 6,454.83 | jpg |
| DSC_0084.JPG | 6,534.40 | jpg |
| DSC_0085.JPG | 6,603.50 | jpg |
| DSC_0086.JPG | 7,090.92 | jpg |
| DSC_0087.JPG | 6,537.46 | jpg |
| DSC_0088.JPG | 6,528.13 | jpg |
| DSC_0089.JPG | 6,713.38 | jpg |
| DSC_0090.JPG | 6,633.00 | jpg |
| DSC_0091.JPG | 6,548.68 | jpg |
| DSC_0092.JPG | 7,200.95 | jpg |
| DSC_0093.JPG | 6,511.30 | jpg |
| DSC_0094.JPG | 2,173.03 | jpg |
| DSC_0095.JPG | 6,651.78 | jpg |
| DSC_0096.JPG | 6,643.60 | jpg |
| DSC_0097.JPG | 7,403.64 | jpg |
| DSC_0098.JPG | 7,467.83 | jpg |
| DSC_0099.JPG | 6,654.50 | jpg |
| DSC_0100.JPG | 6,572.69 | jpg |
| DSC_0101.JPG | 7,215.49 | jpg |
| DSC_0102.JPG | 7,543.56 | jpg |
| DSC_0103.JPG | 6,455.17 | jpg |
| DSC_0104.JPG | 6,502.88 | jpg |
| DSC_0105.JPG | 6,592.44 | jpg |
| DSC_0106.JPG | 6,582.21 | jpg |
| DSC_0107.JPG | 6,447.79 | jpg |
| DSC_0108.JPG | 6,644.00 | jpg |
| DSC_0109.JPG | 7,278.47 | jpg |
| DSC_0110.JPG | 7,394.05 | jpg |
| DSC_0111.JPG | 7,511.73 | jpg |
| DSC_0112.JPG | 7,482.86 | jpg |
| DSC_0113.JPG | 6,625.37 | jpg |
| DSC_0114.JPG | 7,510.74 | jpg |
| DSC_0115.JPG | 6,593.44 | jpg |

| Name | Size KiB | Extension |
|---|---|---|
| DSC_0116.JPG | 6,574.54 | jpg |
| DSC_0117.JPG | 7,096.52 | jpg |
| DSC_0118.JPG | 6,465.23 | jpg |
| DSC_0119.JPG | 6,569.84 | jpg |
| DSC_0120.JPG | 6,588.12 | jpg |
| DSC_0121.JPG | 6,614.46 | jpg |
| DSC_0122.JPG | 6,520.43 | jpg |
| DSC_0123.JPG | 6,515.31 | jpg |
| DSC_0124.JPG | 6,890.89 | jpg |
| DSC_0125.JPG | 7,104.22 | jpg |
| DSC_0126.JPG | 7,210.48 | jpg |
| DSC_0173.JPG | 6,125.13 | jpg |
| DSC_0174.JPG | 7,298.29 | jpg |
| DSC_0175.JPG | 7,531.84 | jpg |
| DSC_0176.JPG | 7,372.47 | jpg |
| DSC_0177.JPG | 7,487.33 | jpg |
| DSC_0178.JPG | 6,659.08 | jpg |
| DSC_0179.JPG | 6,503.15 | jpg |
| DSC_0180.JPG | 7,219.52 | jpg |
| DSC_0181.JPG | 6,704.73 | jpg |
| DSC_0182.JPG | 5,818.00 | jpg |
| DSC_0183.JPG | 6,637.63 | jpg |
| DSC_0184.JPG | 6,654.70 | jpg |

**\01.Expert Witness\Jones v City of Rochester\07.Audio\**

| Name | Size KiB | Extension |
|---|---|---|
| 210 West Main Street.pdf | 127.23 | pdf |
| 911 Call - 210 W. Main.wav | 40,760.39 | wav |

**\01.Expert Witness\Jones v City of Rochester\08.Video\**

| Name | Size KiB | Extension |
|---|---|---|
| 210 W. Main - Audio - Channel 2.wav | 156,134.71 | wav |
| 210 W. Main - Audio - Channel 4.wav | 8,934.89 | wav |
| 210 W. Main Surveillance.mp4 | 672,195.38 | mp4 |
| 00888_MD195620210310030319_0004.MP4 | 225,776.25 | mp4 |
| 00896_AJ263420210310030346_0006.MP4 | 307,888.00 | mp4 |
| 00942_SG222720210310030339_0004.MP4 | 143,648.00 | mp4 |
| 01602_8179412021031003.MP4 | 164,192.00 | mp4 |
| NVR_ch2_main_20210310030000_20210310032200.dav | 673,863.00 | dav |
| NVR_ch2_main_20210310030000_20210310032200.dav-AFI- | 82.90 | log |

**\01.Expert Witness\Jones v City of Rochester\08a.Video (Working)\**

| Name | Size KiB | Extension |
|---|---|---|
| 210 W. Main Surveillance.mp4-AFI-GopAnalysis.log | 82.90 | log |
| FA-BWC-Drake-export-20260404131544.xlsx | 5,422.93 | xlsx |
| FA-export-20260404111020.xlsx | 6,366.05 | xlsx |

| Name | Size KiB | Extension |
|------|----------|-----------|
| FA-SURV-export-20260404111020.xlsx | 6,366.04 | xlsx |

**\01.Expert Witness\Jones v City of Rochester\09.Expert Reports\**

| | | |
|------|----------|-----------|
| Arden MD, Jonathan.pdf | 645.16 | pdf |
| DeFoe, Scott.pdf | 941.60 | pdf |
| Terpstra, Toby.pdf | 3,882.87 | pdf |

**\01.Expert Witness\Jones v City of Rochester\10.Training Records\**

| | | |
|------|----------|-----------|
| Edge weapon awareness.pdf | 14,697.53 | pdf |

**\01.Expert Witness\Jones v City of Rochester\10a.IA investigations\**

| | | |
|------|----------|-----------|
| Executive Summary PSS 2021-0368.pdf | 134.72 | pdf |
| Investigative Summary 2021-0368 (Final).pdf | 204.77 | pdf |
| Notice of Finding to Officer Drake.pdf | 1,314.24 | pdf |

**\01.Expert Witness\Jones v City of Rochester\10b.Discipline\**

**\01.Expert Witness\Jones v City of Rochester\11.Prior Related Records\**

| | | |
|------|----------|-----------|
| 2024-06-07 Memorandum of Law.pdf | 469.36 | pdf |
| 2024-06-27 Declaration of Exhibits.pdf | 8,174.38 | pdf |
| 2024-07-26 Kleban Declaration in Opposition (With Exhibits).pdf | 116,963.99 | pdf |
| D.A. Doorely - No Cause for Action.pdf | 78.37 | pdf |
| Email from DAs Office.pdf | 10.16 | pdf |
| Justified Release.pdf | 289.61 | pdf |
| Letter from DA.pdf | 79.58 | pdf |

**\01.Expert Witness\Jones v City of Rochester\12.Court Production\**
Exhibit F-AF5 (Report)\
Exhibit G-AF5-Stillshots & Bookmarks\

| | | |
|------|----------|-----------|
| Exhibit A-Black-CV_DEC25 (V61-F26).pdf | 381.15 | pdf |
| Exhibit C-Timeline.pdf | 75.02 | pdf |
| Exhibit D-Goggle Earth Distances (Validated).pdf | 4,108.38 | pdf |
| Exhibit E-MEAS-11617.pdf | 768.64 | pdf |
| Multi view (29.9736FPS).mp4 | 739,391.04 | mp4 |

**\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit F-AF5 (Report)\**

| | | |
|------|----------|-----------|
| Jones Matter (Courtroom).pdf | 9,687.17 | pdf |
| Jones Matter (Courtroom)-bookmark5-5-9566.jpg | 698.61 | jpg |
| Jones Matter (Courtroom)-bookmark5-12-11528.jpg | 673.17 | jpg |
| Jones Matter (Courtroom)-bookmark5-13-11617.jpg | 694.46 | jpg |
| Jones Matter (Courtroom)-bookmark5-13-11627.jpg | 694.69 | jpg |

| Name | Size KiB | Extension |
|------|---------|-----------|
| Jones Matter (Courtroom)-bookmark5-13-11638.jpg | 686.18 | jpg |
| Jones Matter (Courtroom)-bookmark5-13-11647.jpg | 659.92 | jpg |
| Jones Matter (Courtroom)-bookmark5-13-11657.jpg | 655.50 | jpg |
| Jones Matter (Courtroom)-bookmark6-6-5824.jpg | 87.51 | jpg |
| Jones Matter (Courtroom)-bookmark6-6-6574.jpg | 65.91 | jpg |
| Jones Matter (Courtroom)-bookmark6-15-6660.jpg | 96.62 | jpg |
| Jones Matter (Courtroom)-bookmark6-15-6717.jpg | 66.77 | jpg |
| Jones Matter (Courtroom)-bookmark6-15-6721.jpg | 63.13 | jpg |
| Jones Matter (Courtroom)-bookmark6-15-6725.jpg | 65.20 | jpg |
| Jones Matter (Courtroom)-bookmark6-15-6735.jpg | 74.94 | jpg |
| Jones Matter (Courtroom)-bookmark6-16-6698.jpg | 81.48 | jpg |
| Jones Matter (Courtroom)-bookmark6-16-6706.jpg | 71.72 | jpg |
| Jones Matter (Courtroom)-bookmark6-22-6689.jpg | 90.05 | jpg |
| Jones Matter (Courtroom)-bookmark6-22-6690.jpg | 85.09 | jpg |
| Jones Matter (Courtroom)-bookmark6-22-6691.jpg | 88.00 | jpg |
| Jones Matter (Courtroom)-bookmark6-22-6692.jpg | 84.85 | jpg |
| Jones Matter (Courtroom)-bookmark6-22-6721.jpg | 69.60 | jpg |
| Jones Matter (Courtroom)-bookmark7-7-983.jpg | 92.40 | jpg |
| Jones Matter (Courtroom)-bookmark7-7-1079.jpg | 88.75 | jpg |
| Jones Matter (Courtroom)-bookmark7-7-1446.jpg | 83.10 | jpg |
| Jones Matter (Courtroom)-bookmark7-7-2046.jpg | 106.88 | jpg |
| Jones Matter (Courtroom)-bookmark7-7-4974.jpg | 72.17 | jpg |
| Jones Matter (Courtroom)-bookmark7-17-5068.jpg | 121.09 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1004-970.jpg | 115.57 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1005-1470.jpg | 106.35 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1005-1494.jpg | 123.64 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1006-1506.jpg | 128.90 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1006-1575.jpg | 139.77 | jpg |
| Jones Matter (Courtroom)-bookmark1004-1006-2393.jpg | 130.95 | jpg |
| Jones Matter (Courtroom)-bookmark1016-1021-167.jpg | 390.33 | jpg |
| Jones Matter (Courtroom)-bookmark1016-1021-1787.jpg | 499.40 | jpg |
| Jones Matter (Courtroom)-bookmark1016-1021-5784.jpg | 462.47 | jpg |
| Jones Matter (Courtroom)-bookmark1016-1021-5871.jpg | 468.70 | jpg |
| Jones Matter (Courtroom)-bookmark1016-1021-5901.jpg | 462.75 | jpg |
| logo_five.png | 12.52 | png |

**\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\**
Attentional Focus\
BWC -Drake (Arrival)\
BWC-Drake\
BWC-Wicher\
Multiview\

| Name | Size KiB | Extension |
| --- | --- | --- |
| SURV\ | | |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\Attentional Focus\** | | |
| Annotate, frame 6689.jpg | 90.05 | jpg |
| Annotate, frame 6690.jpg | 85.09 | jpg |
| Annotate, frame 6691.jpg | 88.00 | jpg |
| Annotate, frame 6692.jpg | 84.85 | jpg |
| Annotate, frame 6721.jpg | 69.60 | jpg |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\BWC -Drake (Arrival)\** | | |
| Annotate, frame 1506.jpg | 128.90 | jpg |
| Annotate, frame 2393.jpg | 130.95 | jpg |
| Init. Dist. FR1575.jpg | 139.77 | jpg |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\BWC-Drake\** | | |
| Dont...Dont...Dont...Video Loader, frame 6574.jpg | 65.91 | jpg |
| Exposure, frame 6660.jpg | 96.62 | jpg |
| SH1-Contrast Brightness, frame 6698.jpg | 81.48 | jpg |
| SH2-Contrast Brightness, frame 6706.jpg | 71.72 | jpg |
| SH3-Exposure, frame 6717.jpg | 66.77 | jpg |
| SH4-Exposure, frame 6725.jpg | 65.20 | jpg |
| SH5-Exposure, frame 6735.jpg | 74.94 | jpg |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\BWC-Wicher\** | | |
| Gun up-Video Loader, frame 4974.jpg | 72.17 | jpg |
| Im dangerous-Video Loader, frame 1446.jpg | 83.10 | jpg |
| Just shoot me-Video Loader, frame 2046.jpg | 106.88 | jpg |
| Video Loader, frame 983.jpg | 92.40 | jpg |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\Multiview\** | | |
| 3xOfc (High Ready) frame 11613.jpg | 482.06 | jpg |
| SH1-MV-Change Frame Rate, frame 11617.jpg | 485.03 | jpg |
| | | |
| **\01.Expert Witness\Jones v City of Rochester\12.Court Production\Exhibit G-AF5-Stillshots & Bookmarks\SURV\** | | |
| 3xOFF-Intersection- frame 9566.jpg | 698.61 | jpg |
| AN-Curb Step up - frame 11528.jpg | 673.17 | jpg |
| SH1-Exposure, frame 11617 [27.535].jpg | 694.46 | jpg |

| Name | Size KiB | Extension |
|------|----------|-----------|
| SH2-Exposure, frame 11627 [27.869].jpg | 694.69 | jpg |
| SH3-Exposure, frame 11638 [28.236].jpg | 686.18 | jpg |
| SH4-Exposure, frame 11647 [28.536].jpg | 659.92 | jpg |
| SH5-Exposure, frame 11657 [28.869].jpg | 655.50 | jpg |

Exhibit C-Timeline

| ID | Description | Bookmark Label | Time (NCH mm:ss.00) | Running Time (Sync to BWC) hh:mm:ss.00) | Segments (mm:ss.00) | Running Time (mm:ss.00) | Segment Description (Goal Orientation)* |
|---|---|---|---|---|---|---|---|
| 0 | Start time synchronization time stamp taken from 00888_MD195620210310030319_0004.mp4 | First frame | 3:03:21 | | | | |
| 1 | Cascade and Industrial, I've located that individual | 37 | 0:00:32.13 | **03:03:21.00** | | | |
| 2 | He's holding a butcher knife | 38 | 0:00:35.32 | 03:03:24.19 | | | **Locate Individual/** |
| 3 | He is actively cutting himself. | 49 | 0:00:36.53 | 03:03:25.40 | 00:13.75 | | Potential self harm situation |
| 4 | I will need the air. | 50 | 0:00:38.82 | 03:03:27.69 | | | |
| 5 | Exiting the vehicle | 39 | 0:00:45.88 | 03:03:34.75 | | 00:13.75 | |
| 6 | Boss, I need you to drop that knife right now. | 51 | 0:00:47.46 | 03:03:36.33 | | | |
| 7 | Drop the knife right now. | 52 | 0:00:50.69 | 03:03:39.56 | 00:07.20 | | **Get Help for the Individual** |
| 8 | Put the knife down right now | 36 | 0:00:54.66 | 03:03:43.53 | | 00:22.53 | |
| 9 | Drop the knife and stop walking towards me | 40 | 0:01:02.68 | 03:03:51.55 | | | |
| 10 | Back up | 53 | 0:01:05.02 | 03:03:53.89 | | | |
| 11 | Attempt to return to car/enter | 42 | 0:01:07.06 | 03:03:55.93 | | | Individual may be trying to harm us-mental crisis |
| 12 | Boss, I need you to drop the knife right now | 44 | 0:01:12.16 | 03:04:01.03 | 00:16.75 | | Self harm>Threat to others |
| 13 | Gonna kill you for Jesus (Jones) | 45 | 0:01:15.12 | 03:04:03.99 | | | **Make the situation safe** |
| 14 | Okay, I need you to not kill me for Jesus. | 54 | 0:01:16.68 | 03:04:05.55 | | | |
| 15 | And I need you to drop that knife right now. | 55 | 0:01:19.43 | 03:04:08.30 | | 00:47.30 | |
| 16 | Back the cars out | 46 | 0:01:22.21 | 03:04:11.08 | | | |
| 17 | Detail 09 He is still advancing on-toward us with the knife | 47 | 0:01:26.13 | 03:04:15.00 | | | |
| 18 | We are trying to back out of the area. | 56 | 0:01:29.81 | 03:04:18.68 | | | |
| 19 | Boss, we need you to drop that knife right now | 57 | 0:01:34.01 | 03:04:22.88 | | | |
| 20 | Vehicle Accleration | 58 | 0:01:37.16 | 03:04:26.03 | | | |
| 21 | Back...back...back | 59 | 0:01:37.99 | 03:04:26.86 | | | |
| 22 | I'm dangerous (Jones) | 61 | 0:01:39.84 | 03:04:28.71 | | | |
| 23 | Drop the knife (ongoing) | 60 | 0:01:40.82 | 03:04:29.69 | | | |
| 24 | Im dangerous (Jones) | 48 | 0:01:42.26 | 03:04:31.13 | | | |
| 25 | Detail 09. Individual has stated he does wish to kill us, and he's dangerous | 62 | 0:01:44.16 | 03:04:33.03 | | | |
| 26 | Back up, get in the car, and go. | 63 | 0:01:49.78 | 03:04:38.65 | | | **Contain the individual** |
| 27 | Boss, Drop the knife (DTK) right now | 1 | 0:01:58.15 | 03:04:47.02 | 01:31.92 | | Establish control-Get resources |
| 28 | Just Shoot me | 2 | 0:02:02.03 | 03:04:50.90 | | | Suicidal subject-armed |
| 29 | Drop the knife. | 3 | 0:02:02.84 | 03:04:51.71 | | | |
| 30 | Shoot me (Jones) | 4 | 0:02:04.98 | 03:04:53.85 | | | |
| 31 | Shoot me (Jones) | 5 | 0:02:06.40 | 03:04:55.27 | | | |
| 32 | Drop the knife right now | 6 | 0:02:07.89 | 03:04:56.76 | | | |
| 33 | Back-@00210.28 | 7 | 0:02:10.28 | 03:04:59.15 | | | |
| 34 | Glynn Block traffic | 8 | 0:02:15.41 | 03:05:04.28 | | | |
| 35 | Drop the knife right now | 9 | 0:02:23.23 | 03:05:12.10 | | | |
| 36 | We're backing out onto Main St | 10 | 0:02:30.66 | 03:05:19.53 | | | |
| 37 | Guys go this way | 11 | 0:02:35.67 | 03:05:24.54 | | | |
| 38 | Go-Behind me | 12 | 0:02:40.54 | 03:05:29.41 | | | |
| 39 | Guys behind me, so we can loop around the block. | 13 | 0:02:49.66 | 03:05:38.53 | | | |
| 40 | Boss, Drop the knife | 14 | 0:02:54.13 | 03:05:43.00 | | 02:22.00 | |
| 41 | Boss, what's your name? | 64 | 0:02:59.10 | 03:05:47.97 | 00:02.43 | | **Change the Channel** |
| 42 | What's your name? | 65 | 0:03:01.53 | 03:05:50.40 | | | |
| 43 | Shut down the street right there. | 15 | 0:03:07.25 | 03:05:56.12 | | | Subject/Indv-No change in behavior |
| 44 | Guys behind me this way. | 16 | 0:03:10.93 | 03:05:59.80 | 00:12.26 | | Focus directed @ Drake |
| 45 | Drop the knife right now | 17 | 0:03:14.25 | 03:06:03.12 | | | |
| 46 | Tire squeal. | 66 | 0:03:19.51 | 03:06:08.38 | | 02:47.38 | **>>Self Defence** |

Page 1 of 2

Exhibit C-Timeline

| ID | Description | Bookmark Label | Time (NCH mm:ss.00) | Running Time (Sync to BWC) hh:mm:ss.00 | Segments (mm:ss.00) | | Segment Description (Goal Orientation)* |
|----|-------------|----------------|---------------------|----------------------------------------|---------------------|--------|-----------------------------------------|
| 47 | Boss, I need you to drop the knife right now (slower/lower volume). | 18 | 0:03:22.67 | 03:06:11.54 | | | Behavior shift = Aggressive/Assult/ >>Lethal Threat |
| 48 | Come on, man, we Ain't gotta go down this road | 19 | 0:03:25.61 | 03:06:14.48 | | | |
| 49 | Per Drake = Sound of his equipment and him jogging backwards | 67 | 0:03:30.42 | 03:06:19.29 | 00:14.34 | | |
| 50 | Boss, you need to stop. | 20 | 0:03:35.67 | 03:06:24.54 | | | |
| 51 | Per Drake, sound of him and his equipment jogging backwards for the second time. | 68 | 0:03:37.01 | 03:06:25.88 | | 03:04.88 | |
| 52 | Don't... don't... don't...don't...don't | 21 | 0:03:39.27 | 03:06:28.14 | 00:01.93 | | Don't shoot to others |
| 53 | Back off right now (pitch change) | 22 | 0:03:41.20 | 03:06:30.07 | | 03:09.07 | Final Cmds |
| 54 | SH1@0:03:43.33 | 23 | 0:03:43.33 | 03:06:32.20 | | | |
| 55 | SH2@0:03:43.70 | 24 | 0:03:43.70 | 03:06:32.57 | | | |
| 56 | SH3@0:03:44.06 | 25 | 0:03:44.06 | 03:06:32.93 | 00:01.34 | | Deadly Force Response |
| 57 | SH4@0:03:44.34 | 26 | 0:03:44.34 | 03:06:33.21 | | | |
| 58 | SH5@0:03:44.67 | 27 | 0:03:44.67 | 03:06:33.54 | | 03:12.54 | |
| 59 | "God Dammit" | 28 | 0:03:45.55 | 03:06:34.42 | | | |
| 60 | Tell 09 shots fired. | 29 | 0:03:47.15 | 03:06:36.02 | | | |
| 61 | Step up AMO. | 30 | 0:03:48.89 | 03:06:37.76 | 00:10.04 | | Immediate Aftermath/ FAid started |
| 62 | Stop....stop...stop... | 31 | 0:03:52.63 | 03:06:41.50 | | | |
| 63 | Metal sound? | 32 | 0:03:54.14 | 03:06:43.01 | | 03:22.01 | |
| 64 | Stop...Holster | 33 | 0:03:55.59 | 03:06:44.46 | | | Initial contact till "Holster" = mm:ss.00 |
| 65 | 5 shots | 34 | 0:05:03.24 | 03:07:52.11 | | | |
| 66 | "Five shots, at least four hits, three to the chest, one to the stomach." | 35 | 0:05:48.43 | 03:08:37.30 | | | 03:23.46 |
| *Per recounting, cognitive interview, and analysis/case review - from the perspective of Officer Drake. | | | | | | | |







DRAFT Product
Sensitive work product
Not Releasable

ARAGON
NATIONAL

**Choice | Decision**

*Recognition*
*Choice narrowing*
Time to decide-act

Time (Reverse flow-Hindsight)

Time (Actor)

*Impossible,* Won't ever happen, but should still be considered

*Possible,* Might've happened, should have done

*Plausible,* Could've happened, should have done X

*Actual,* This happened

*Preferrable,* This is what should've happened

*Impossible,* won't ever happen

*Possible,* might happen

*Plausible,* could happen

*Preferrable,* Want/should happen

*Probable,* (Recognition) Likely to happen (**The Default**)

**DRAFT Product**
Sensitive work product
Not Releasable

ARAGON
NATIONAL

**Choice | Decision**

Sensemaking—Decision Making (SM-DM) Paradigm

Recognition
Choice narrowing
Time to decide-act

INVESTIGATION & REVIEW

OUTCOMES

PERCEPTION / HUMAN FACTORS

SCHEMA

MENTAL MODELS

Hindsight — Time (Reverse flow–Hindsight) Decision

Judgement

That which precedes the Choice | Decision

Time (Actor)

Sensemaking

*Impossible,* Won't ever happen, but Z should still be considered

*Possible,* Might've happened, should have done Y

*Plausible,* Could've happened, should have done X

**Actual,** This happened

*Preferrable,* This is what should've happened

Being Human

Training

Ethics

Thinking

Laws-policy

Culture

Societal Expectations

*Impossible,* won't ever happen

*Possible,* might happen

*Plausible,* could happen

*Preferrable,* Want/should happen

*Probable,* (Recognition) Likely to happen (**The Default**)



# Amped FIVE Report



Report Generation:     2026-04-18 10:12:07
Case:
Author:
Description:

- Software version info:
  - Build date: 20260225
  - Revision: 39967
- Platform:
  - Operating System: Microsoft Windows, 64 bit
  - CPU Model: Intel(R) Xeon(R) w7-2495X

**Project File:** Jones Matter (Courtroom).afp

---

- Input File Details:
  - Filename: ../../08.Video/00888_MD195620210310030319_0004.MP4-sc-converted.mkv
    - MD5 Hash Code: 705c98a950c64dc776ce8bb9d8164e68
    - File Size (bytes): 221214166
    - Format: matroska,webm
    - Width (pixels): 1280
    - Height (pixels): 720
    - Fps: 29.9736
    - Length (frames): 16854
    - Duration (time): 00:09:22.294
  - Filename: ../../08.Video/00896_AJ263420210310030346_0006.MP4-sc-converted.mkv
    - MD5 Hash Code: cc6b43d17247bc0b20403d31292b9d90
    - File Size (bytes): 306022098
    - Format: matroska,webm
    - Width (pixels): 1280
    - Height (pixels): 720
    - Fps: 29.9726
    - Length (frames): 23406
    - Duration (time): 00:13:00.913
  - Filename: ../../08.Video/01602_81794120210310030409_0007.MP4-sc-converted.mkv
    - MD5 Hash Code: aff246ff2bc41a74566e11996e86a6cf
    - File Size (bytes): 155343389
    - Format: matroska,webm
    - Width (pixels): 1280
    - Height (pixels): 720
    - Fps: 29.9752
    - Length (frames): 11757
    - Duration (time): 00:06:32.224
  - Filename: ../../08.Video/210 W. Main Surveillance.mp4
    - MD5 Hash Code: c3813084fa95004e4894a473ce5eeccd
    - File Size (bytes): 688328064
    - Format: mov,mp4,m4a,3gp,3g2,mj2
    - Width (pixels): 2304
    - Height (pixels): 1296
    - Fps: 29.9766
    - Length (frames): 39719
    - Duration (time): 00:22:05.000

- Output File Details:
  - Filename: ../Multi view (29.9736FPS).mp4
    - MD5 Hash Code: d9404beb69688942be65ebfc323621a1
    - File Size (bytes): 757136427
    - Format: mov,mp4,m4a,3gp,3g2,mj2
    - Width (pixels): 2560
    - Height (pixels): 1440
    - Fps: 29.9736
    - Length (frames): 6435
    - Duration (time): 00:03:34.688
  - Filename: ../../Working/Multi view (29.9736FPS)-260418094346.wav
    - MD5 Hash Code: 071456d78770952f0b8d8be74e1459e8
    - File Size (bytes): 41235558
    - Format: wav
    - Codec: pcm_s16le
    - Duration (time): 00:03:34.768

2026/04/18

**Bookmarks:**

**SURV**

**SURV / 3xOFF-Intersection- frame 9566**



Chain: 210 W. Main Surveillance, Filter: Video Loader, Position: 9566

**SURV / AN-Curb Step up - frame 11528**



Chain: 210 W. Main Surveillance, Filter: Annotate, Position: 11528

**SURV / SH1-Exposure, frame 11617 [27.535]**



27.535

Chain: 210 W. Main Surveillance, Filter: Exposure, Position: 11617

**SURV / SH2-Exposure, frame 11627 [27.869]**

2026/04/18



Chain: 210 W. Main Surveillance, Filter: Exposure, Position: 11627

**SURV / SH3-Exposure, frame 11638 [28.236]**



Chain: 210 W. Main Surveillance, Filter: Exposure, Position: 11638

**SURV / SH4-Exposure, frame 11647 [28.536]**



Chain: 210 W. Main Surveillance, Filter: Exposure, Position: 11647

**SURV / SH5-Exposure, frame 11657 [28.869]**



Chain: 210 W. Main Surveillance, Filter: Exposure, Position: 11657

**BWC-Drake**

**BWC-Drake / DTNx6-Video Loader, frame 5824**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Video Loader, Position: 5824

**BWC-Drake / Dont...Dont...Dont...Video Loader, frame 6574**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Video Loader, Position: 6574

**BWC-Drake / Exposure, frame 6660**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Exposure, Position: 6660

**BWC-Drake / SH1-Contrast Brightness, frame 6698**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Contrast Brightness, Position: 6698

**BWC-Drake / SH2-Contrast Brightness, frame 6706**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Contrast Brightness, Position: 6706

**BWC-Drake / SH3-Exposure, frame 6717**

2026/04/18



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Exposure, Position: 6717

**BWC-Drake / Knife-Exposure, frame 6721**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Exposure, Position: 6721

**BWC-Drake / SH4-Exposure, frame 6725**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Exposure, Position: 6725

**BWC-Drake / SH5-Exposure, frame 6735**

2026/04/18



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Exposure, Position: 6735

**BWC-Wicher**

**BWC-Wicher / Video Loader, frame 983**



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Video Loader, Position: 983

**BWC-Wicher / Video Loader, frame 1079**



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Video Loader, Position: 1079

**BWC-Wicher / Im dangerous-Video Loader, frame 1446**

2026/04/18



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Video Loader, Position: 1446

**BWC-Wicher / Just shoot me-Video Loader, frame 2046**



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Video Loader, Position: 2046

**BWC-Wicher / Gun up-Video Loader, frame 4974**



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Video Loader, Position: 4974

**BWC-Wicher / Exposure, frame 5068**

2026/04/18



Chain: Wicher-00896_AJ263420210310030346_0006.MP4, Filter: Exposure, Position: 5068

## Multiview

**Multiview / Cascade/Industrial..Out with...**



Chain: Chain, Filter: Video Writer, Position: 167

**Multiview / Still advancing on us...trying to back out of area...**



Chain: Chain, Filter: Video Writer, Position: 1787

**Multiview / Don't...Don't...Don't...**



Chain: Chain, Filter: Video Writer, Position: 5784

**Multiview / Guns (All) rising upward**



Chain: Chain, Filter: Video Writer, Position: 5871

**Multiview / SH1-Multiview**



Chain: Chain, Filter: Video Writer, Position: 5901

## Attentional Focus

**Attentional Focus / Annotate, frame 6689**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Annotate, Position: 6689

**Attentional Focus / Annotate, frame 6690**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Annotate, Position: 6690

**Attentional Focus / Annotate, frame 6691**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Annotate, Position: 6691

**Attentional Focus / Annotate, frame 6692**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Annotate, Position: 6692

**Attentional Focus / Annotate, frame 6721**



Chain: Drake-00888_MD195620210310030319_0004.MP4, Filter: Annotate, Position: 6721

**BWC -Drake (Arrival)**

**BWC -Drake (Arrival) / Video Loader, frame 970**



Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Video Loader, Position: 970

**BWC -Drake (Arrival) / Exposure, frame 1470**



Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Exposure, Position: 1470

**BWC -Drake (Arrival) / Exposure, frame 1494**



Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Exposure, Position: 1494

**BWC -Drake (Arrival) / Annotate, frame 1506**



Measures: Lightpoles 116' apart, Hydrant approx. 6' twd vehicle. Vehicle apprx 198" length. Mid door pos. approx 108" fm rear bumber. Rear bumper in line with second ligt pole.

Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Annotate, Position: 1506

**BWC -Drake (Arrival) / Init. Dist. FR1575**

2026/04/18



Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Annotate, Position: 1575

**BWC -Drake (Arrival) / Annotate, frame 2393**



Chain: Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact), Filter: Annotate, Position: 2393

## Summary:

**210 W. Main Surveillance**

| | |
|---|---|
| Video Loader: | *Loads a video from file.* |
| Annotate: | *Draws annotations over the image.* |
| Exposure: | *Adjusts the image exposure.* |
| Annotate: | *Draws annotations over the image.* |

**Drake-00888_MD195620210310030319_0004.MP4**

| | |
|---|---|
| Video Loader: | *Loads a video from file.* |
| Exposure: | *Adjusts the image exposure.* |
| Annotate: | *Draws annotations over the image.* |
| Contrast Brightness: | *Adjusts the contrast and brightness values of the image.* |
| Annotate: | *Draws annotations over the image.* |

**Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact)**

| | |
|---|---|
| Video Loader: | *Loads a video from file.* |
| Exposure: | *Adjusts the image exposure.* |
| Annotate: | *Draws annotations over the image.* |

**Wicher-00896_AJ263420210310030346_0006.MP4**

| | |
|---|---|
| Video Loader: | *Loads a video from file.* |
| Exposure: | *Adjusts the image exposure.* |
| Laplacian Sharpening: | *Sharpens the image using a Laplacian filter algorithm.* |

**Carello-01602_81794120210310030409_0007.MP4**

| | |
|---|---|
| Video Loader: | *Loads a video from file.* |
| Exposure: | *Adjusts the image exposure.* |

**Canvas**

**Canvas / 210 W. Main Surveillance MV (copy)**

Video Loader:  *Loads a video from file.*
Change Frame Rate: *Changes the frame rate of the video.*

**Canvas / Drake-00888_MD195620210310030319_0004.MP4-MV (copy)**

Video Loader: *Loads a video from file.*

**Canvas / Wicher-00896_AJ263420210310030346_0006.MP4-MV copy**

Video Loader:  *Loads a video from file.*
Change Frame Rate: *Changes the frame rate of the video.*

**Canvas / Carello-01602_81794120210310030409_0007.MP4 MV (copy)**

Video Loader:  *Loads a video from file.*
Change Frame Rate: *Changes the frame rate of the video.*

## Chain

Multiview:  *Displays multiple chains (including their individual filters) simultaneously on a grid. Supports synchronization of streams.*
Exposure:  *Adjusts the image exposure.*
Range Selector: *Selects a range of frames in a video. Supports the trimming of the original video stream with no transcoding.*
Annotate:  *Draws annotations over the image.*
Video Writer: *Writes the current video to a file. Supports the writing of variable frame durations.*
Audio Writer: *Writes the current audio to a file.*

2026/04/18

**210 W. Main Surveillance**

**Video Loader**

> *Loads a video from file.*

**Details:**

> The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/210 W. Main Surveillance.mp4
  *Path of the video to load.*
- **Video Engine**: FFMS
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: None
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**:
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 0
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Annotate**

> *Draws annotations over the image.*

**Details:**

> *Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - Spotlight (Ellipse (inscribed), Contrast: 50, Brightness: 50)
    - Colors: Border None
    - from frame 11528 (Center: [1032, 218], Rotation: 0°, Width: 445px, Height: 382px)
    - to frame 11774 (Center: [924, 785], Rotation: 0°, Width: 1327px, Height: 967px)

**Additional Information:**

> This filter has no additional information.

---

**Exposure**

> *Adjusts the image exposure.*

**Details:**

> The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 1
  *Adjusts the exposure of the image.*
- **Offset**: -0.1000

2026/04/18

*Adds or subtracts an offset to the pixel values.*
- **Recover**: 1.2589
*Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
*The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

---

**Annotate**

*Draws annotations over the image.*

**Details:**

*Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - Text ("~11'-13'
  (-) hand extension(s)")
    - Colors: Text #FF0000 ●, Background None, Border None
    - at frame 11617 (Center: [1153, 397], Rotation: 360°, Width: 207px, Height: 52px)
  - Arrow (Arrow Annotate: Arrow, Tail: Arrow, Thickness: 3)
    - Colors: #FF0000 ●
    - at frame 11617 (Head: [1355, 458], Tail: [1090, 320])

**Additional Information:**

This filter has no additional information.

---

2026/04/18

**Drake-00888_MD195620210310030319_0004.MP4**

**Video Loader**

> *Loads a video from file.*

**Details:**

> The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/00888_MD195620210310030319_0004.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/00888_MD195620210310030319_0004.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Exposure**

> *Adjusts the image exposure.*

**Details:**

> The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 0.5000
  *Adjusts the exposure of the image.*
- **Offset**: 0.0300
  *Adds or subtracts an offset to the pixel values.*
- **Recover**: 1
  *Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

> This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

---

**Annotate**

> *Draws annotations over the image.*

**Details:**

2026/04/18

*Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - ○ Spotlight (Ellipse (inscribed), Contrast: 50, Brightness: 50)
    - ▪ Colors: Border None
    - ▪ at frame 3881 (Center: [227, 274], Rotation: 0°, Width: 247px, Height: 243px)

**Additional Information:**

This filter has no additional information.

---

### Contrast Brightness

*Adjusts the contrast and brightness values of the image.*

**Details:**

*Contrast Brightness* maps input image values to output image values according to a linear transformation. The mapping involves two operations: multiplication and addition with constants respectively controlled by the *Contrast* and *Brightness* parameters. Increasing (or reducing) the *Contrast* makes the difference between light and dark areas appears sharper (or smoother). Similarly, increasing (or decreasing) the *Brightness* makes the overall image appear lighter (or darker). These changes can improve the definition of excessively dark or light areas in the image, but will tend to saturate the image if used in excess.

**Parameters:**

- **Contrast**: 4
  *Extends the intensity difference among pixels (linear gain).*
- **Brightness**: -6
  *Adds or subtracts an offset to image pixels (bias).*
- **Mode**: Linear
  *The domain in which the image is mapped to. The Linear mode is the standard mode. The Logarithmic mode retains the black and white points and therefore prevents saturation.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.
- Vasile Pătraşcu and Vasile Buzuloiu, "The affine transforms for image enhancement in the context of logarithmic models", in Proceedings of the International Conference on Computer Vision and Graphics, Vol. 2, pp. 596–601, September 2002.

---

### Annotate

*Draws annotations over the image.*

**Details:**

*Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - ○ Arrow (Arrow Annotate: Line, Tail: Line, Thickness: 1)
    - ▪ Colors: #FF0000 ●
    - ▪ at frame 6689 (Head: [760, 223], Tail: [352, 392])
  - ○ Spotlight (Ellipse (inscribed), Contrast: 50, Brightness: 50)
    - ▪ Colors: Border None
    - ▪ from frame 6689 (Center: [531, 41], Rotation: 0°, Width: 202px, Height: 161px)
    - ▪ to frame 6692 (Center: [459, 52], Rotation: 0°, Width: 217px, Height: 184px)
  - ○ Spotlight (Ellipse (inscribed), Contrast: 50, Brightness: 50)
    - ▪ Colors: Border None
    - ▪ at frame 6721 (Center: [596, 164], Rotation: 16°, Width: 324px, Height: 197px)

**Additional Information:**

This filter has no additional information.

---

2026/04/18

**Drake-00888_MD195620210310030319_0004.MP4 (ARR-Initial Contact)**

**Video Loader**

> *Loads a video from file.*

**Details:**

The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/00888_MD195620210310030319_0004.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/00888_MD195620210310030319_0004.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Exposure**

> *Adjusts the image exposure.*

**Details:**

The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 1.8000
  *Adjusts the exposure of the image.*
- **Offset**: -0.0300
  *Adds or subtracts an offset to the pixel values.*
- **Recover**: 0.9901
  *Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

---

**Annotate**

> *Draws annotations over the image.*

**Details:**

2026/04/18

*Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - Arrow (Arrow Annotate: Line, Tail: Line, Thickness: 3)
    - Colors: #FF0000 ●
    - from frame 1503 (Head: [857, 637], Tail: [513, 137])
    - to frame 1508 (Head: [789, 633], Tail: [515, 151])
  - Text ("~95")
    - Colors: Text #FF0000 ●, Background None, Border None
    - at frame 1506 (Center: [593, 415], Rotation: 0°, Width: 58px, Height: 41px)
  - Spotlight (Ellipse (inscribed), Contrast: -19, Brightness: -33)
    - Colors: Border None
    - at frame 1506 (Center: [460, 114], Rotation: 13°, Width: 166px, Height: 103px)
  - Text ("~95")
    - Colors: Text #FF0000 ●, Background None, Border None
    - at frame 1575 (Center: [612, 353], Rotation: 0°, Width: 52px, Height: 35px)
  - Arrow (Arrow Annotate: Line, Tail: Line, Thickness: 3)
    - Colors: #FF0000 ●
    - at frame 1575 (Head: [435, 152], Tail: [797, 649])
  - Spotlight (Ellipse (inscribed), Contrast: -19, Brightness: -33)
    - Colors: Border None
    - at frame 1575 (Center: [452, 130], Rotation: 13°, Width: 159px, Height: 102px)
  - Spotlight (Ellipse (inscribed), Contrast: 50, Brightness: 50)
    - Colors: Border None
    - at frame 3881 (Center: [227, 274], Rotation: 0°, Width: 247px, Height: 243px)

**Additional Information:**

This filter has no additional information.

2026/04/18

**Wicher-00896_AJ263420210310030346_0006.MP4**

**Video Loader**

> *Loads a video from file.*

**Details:**

> The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/00896_AJ263420210310030346_0006.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/00896_AJ263420210310030346_0006.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Exposure**

> *Adjusts the image exposure.*

**Details:**

> The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 2
  *Adjusts the exposure of the image.*
- **Offset**: 0.0100
  *Adds or subtracts an offset to the pixel values.*
- **Recover**: 0.9752
  *Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

> This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

---

**Laplacian Sharpening**

> *Sharpens the image using a Laplacian filter algorithm.*

**Details:**

2026/04/18

The *Laplacian Sharpening* filter convolves the image with a 3x3 Laplacian kernel and then adds the resulting high-passed image onto the original image. More specifically, the amount of high-passed information added to original image is proportional to the Strength of sharpening. The end result of this sharpening operator is to increase the contrast between each pixel and its neighbors. The Laplacian-based unsharp masking is sensitive to noise due to the nature of the Laplacian operator.

**Parameters:**

- **Strength**: 0.4000
  *Strength of the sharpening effect; larger values provide increasing amounts of sharpening.*
- **Mode**: Intensity
  *Type of adjustment to be performed.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 249–250, 1989. ISBN: 0-13-336165-9.

2026/04/18

**Carello-01602_81794120210310030409_0007.MP4**

**Video Loader**

> *Loads a video from file.*

**Details:**

> The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/01602_81794120210310030409_0007.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/01602_81794120210310030409_0007.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Exposure**

> *Adjusts the image exposure.*

**Details:**

> The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 1
  *Adjusts the exposure of the image.*
- **Offset**: 0.0200
  *Adds or subtracts an offset to the pixel values.*
- **Recover**: 0.7943
  *Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

> This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

## Canvas

### Canvas / 210 W. Main Surveillance MV (copy)

**Video Loader**

*Loads a video from file.*

**Details:**

The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/210 W. Main Surveillance.mp4
  *Path of the video to load.*
- **Video Engine**: FFMS
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: None
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**:
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 0
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Change Frame Rate**

*Changes the frame rate of the video.*

**Details:**

The *Change Frame Rate* tool changes the update frequency of a video during playback.

**Parameters:**

- **Frame Rate**: 29.9766
  *Frame rate of the output video.*
- **Total Time**: 00:22:05.000
  *Total time of the output video.*
- **Frame Rate Mode**: Constant
  *Select Constant to null out any variability of frame durations and to set a constant frame rate. Select Variable to retain any existing variability of frame durations, which will increase or decrease proportionally based on the newly assigned frame rate value.*

**Additional Information:**

This filter has no additional information.

---

### Canvas / Drake-00888_MD195620210310030319_0004.MP4-MV (copy)

**Video Loader**

*Loads a video from file.*

**Details:**

The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/00888_MD195620210310030319_0004.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/00888_MD195620210310030319_0004.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

### Canvas / Wicher-00896_AJ263420210310030346_0006.MP4-MV copy

**Video Loader**

> *Loads a video from file.*

**Details:**

> The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/00896_AJ263420210310030346_0006.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/00896_AJ263420210310030346_0006.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Change Frame Rate**

*Changes the frame rate of the video.*

**Details:**

The *Change Frame Rate* tool changes the update frequency of a video during playback.

**Parameters:**

- **Frame Rate**: 29.9726
  *Frame rate of the output video.*
- **Total Time**: 00:13:00.913
  *Total time of the output video.*
- **Frame Rate Mode**: Constant
  *Select Constant to null out any variability of frame durations and to set a constant frame rate. Select Variable to retain any existing variability of frame durations, which will increase or decrease proportionally based on the newly assigned frame rate value.*

**Additional Information:**

This filter has no additional information.

---

## Canvas / Carello-01602_81794120210310030409_0007.MP4 MV (copy)

**Video Loader**

*Loads a video from file.*

**Details:**

The *Video Loader* decodes a standard-format video file into a sequence of frames that can be displayed and processed.

**Parameters:**

- **File**: ../08.Video/01602_81794120210310030409_0007.MP4-sc-converted.mkv
  *Path of the video to load.*
- **Video Engine**: FFMS with Audio
  *Video decoder to use.*
- **Video Stream**: 0
  *Select one specific video stream, when multiple streams are available from the input file.*
- **Color Range**: Full
  *Uses the color range specified in the video file or force it to full or limited (16-235). Works only with the FFMS Video Engine.*
- **Chroma Upsampling**: Accurate Rounding (Slower)
  *Selects the chroma upsampling method. Use Accurate Rounding for a more robust interpolation of color information and Standard Rounding or Nearest for faster decoding. Applies only to FFMS-based video engines.*
- **Audio Stream**: 1
  *Audio Stream selection, useful when multiple streams are available.*
- **Add Video Frames**: false
  *Adds video frames at the beginning or end of the clip to retain sync with the audio stream.*
- **Added Frames Color**: #000000
  *The color of the frames added at the beginning or end of the clip.*
- **Frames added at the beginning**: 0
  *Number of video frames to be added at the beginning of the clip in order to retain audio sync.*
- **Frames added at the end**: 0
  *Number of video frames to be added at the end of the clip in order to retain audio sync.*
- **Original File**: ../08.Video/01602_81794120210310030409_0007.MP4
  *Original video file that has been converted from a proprietary DVR format or otherwise imported.*
- **Concatenate File List**:
  *List of files that were concatenated as part of the conversion process*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*
- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Change Frame Rate**

*Changes the frame rate of the video.*

**Details:**

The *Change Frame Rate* tool changes the update frequency of a video during playback.

**Parameters:**

- **Frame Rate**: 29.9752
  *Frame rate of the output video.*
- **Total Time**: 00:06:32.224
  *Total time of the output video.*

2026/04/18

- **Frame Rate Mode**: Constant

*Select Constant to null out any variability of frame durations and to set a constant frame rate. Select Variable to retain any existing variability of frame durations, which will increase or decrease proportionally based on the newly assigned frame rate value.*

**Additional Information:**

This filter has no additional information.

2026/04/18

**Chain**

**Multiview**

*Displays multiple chains (including their individual filters) simultaneously on a grid. Supports synchronization of streams.*

**Details:**

The *Multiview* filter displays multiple chains simultaneously on a grid.

**Parameters:**

- **Columns**: 2
  *The number of columns in the grid layout.*
- **Rows**: 2
  *The number of rows in the grid layout.*
- **Inputs**:
  Canvas - Wicher-00896_AJ263420210310030346_0006.MP4-MV copy - Change Frame Rate - 1008
  Canvas - 210 W. Main Surveillance MV (copy) - Change Frame Rate - 1015
  Canvas - Carello-01602_81794120210310030409_0007.MP4 MV (copy) - Change Frame Rate - 1014
  Canvas - Drake-00888_MD195620210310030319_0004.MP4-MV (copy) - Video Loader - 27,
  *The list of filters to display in a grid (NB this list can also be populated by dragging individual filters from the history panel directly into this window)*
- **Input Delay**: 6535 / 0 / 6711 / 4923
  *Two specific positions in the mixed videos to compare.*
- **Output Size**: Minimum Width and Height
  *The size of each cell in the output grid.*
- **Output Mode**: Resize with Aspect Ratio
  *Available options if the cell has a different size than the input.*
- **Interpolation**: Area
  *Interpolation algorithm used when the image is resized.*
- **Line Color**: #000000
  *The color of the optional line separating the cells.*
- **Line Thickness**: 0
  *The thickness of the optional line separating the cells.*
- **Audio Source**: Canvas - Drake-00888_MD195620210310030319_0004.MP4-MV (copy) - Video Loader - 27
  *Selects the audio (if available) played in the output video.*
- **Background Color**: #000000
  *Selects the Color of the area outside of the original clip.*

**Additional Information:**

This filter has no additional information.

---

**Exposure**

*Adjusts the image exposure.*

**Details:**

The *Exposure* tool performs a non-linear mapping of the input image values. It adjusts the image gamma applying a power function that has three parameters: *Exposure*, *Offset* and *Recover*. *Exposure* modifies the pixel values in the midtone-to-white range with minimal effect on the shadows. Decreasing (respectively increasing) the *Offset* darkens (resp. lightens) the pixel values in the midtone-to-black range with minimal effect on the highlights. *Recover* controls the overall brightness of the image.

**Parameters:**

- **Exposure**: 1
  *Adjusts the exposure of the image.*
- **Offset**: 0.0200
  *Adds or subtracts an offset to the pixel values.*
- **Recover**: 1.0822
  *Recovers the saturated pixels of the image.*
- **Selection**: Whole Image
  *The selection where the filter is applied to. It may be the whole image, a static region, or a region containing a tracked object of interest.*

**Additional Information:**

This filter has no additional information.

**References:**

- Anil. K. Jain, "Fundamentals of Digital Image Processing", Prentice Hall, pp. 234–241, 1989. ISBN: 0-13-336165-9.

---

**Range Selector**

*Selects a range of frames in a video. Supports the trimming of the original video stream with no transcoding.*

**Details:**

The *Range Selector* tool outputs a range of frames from the input clip.

**Parameters:**

- **First Frame**: 5716
  *First frame of the selection of interest.*
- **Last Frame**: 12150
  *Last frame of the selection of interest.*
- **Step**: 1
  *Outputs only one frame every Step frames.*

**Additional Information:**

- **Lossless Trim**:
  *Copies the selected range of data from the video stream to a new file wrapped by the same container. The user will be prompted to choose the location and name of the new file.*

---

**Annotate**

*Draws annotations over the image.*

**Details:**

*Annotate* draws annotations over the image: shapes, arrows, lines. It can also add texts, images, as well as hiding and magnifying a selected area.

**Parameters:**

- **Annotation Tool**:
  - Text ("Time: $POSITIONTIME
    Frame: $POSITIONFRAMES")
    - Colors: Text #FFFFFF   , Background None, Border None
    - from frame 0 (Center: [173, 1372], Rotation: 0°, Width: 325px, Height: 109px)
    - to frame 6434
  - Text ("Drake")
    - Colors: Text #80FF80 ●, Background None, Border None
    - from frame 0 (Center: [2475, 760], Rotation: 0°, Width: 128px, Height: 35px)
    - to frame 6434
  - Text ("Carello")
    - Colors: Text #80FF80 ●, Background None, Border None
    - from frame 0 (Center: [673, 1395], Rotation: 0°, Width: 122px, Height: 61px)
    - to frame 6434
  - Text ("Wicher")
    - Colors: Text #80FF80 ●, Background None, Border None
    - from frame 0 (Center: [96, 44], Rotation: 0°, Width: 129px, Height: 54px)
    - to frame 6434

**Additional Information:**

This filter has no additional information.

---

**Video Writer**

*Writes the current video to a file. Supports the writing of variable frame durations.*

**Details:**

The *Video Writer* tool encodes all frames of the current clip to the specified video file format.

**Parameters:**

- **Container and Video Codec**: mp4 - H264
  *Container used to store, and codec used to encode/compress the media stream(s).*
- **Audio Codec**: Raw PCM (Uncompressed)
  *Codec used to copy or encode/compress the audio stream. Select "None" to omit the audio stream from writing.*
- **Timing Source**: From Average FPS
  *The source to be used for computing output video stream's PTS values.*
- **File**: ../12.Court Production/Multi view (29.9736FPS).mp4
  *Path of the file to save.*
- **Quality**: Default
  *When a lossy codec has been selected, the following options can be customized:*
  *Default: Uses a Constant Rate Factor of 18*
  *High: Uses a Constant Rate Factor of 12*
  *Visually Lossless: Uses a Constant Rate Factor of 1*
- **HW Acceleration**: None
  *Offers the ability to use a GPU (Graphic Processing Unit) or the CPU chipset to speed up the outputting of frames during conversion. Output speed will directly depend on the specific make and model of the hardware in use. This option is not available (or greyed out) unless the Output Video Codec selected is either H264 or H265.*
- **GOP Size**: Default (same as Frame Rate)
  *Sets the Group of Picture size for the encoding of the video (i.e. how frequently a new keyframe should be used). When set to default, videos of over 25fps will be limited to a GOP of 25.*
- **Use B Frames**: Yes
  *Sets the option to encode frames using bidirectional prediction for the encoding the video.*

**Additional Information:**

- **Video Streams**: 1
  *Number of video streams in the video*

2026/04/18

- **Audio Streams**: 1
  *Number of audio streams in the video*
- **Subtitle Streams**: 0
  *Number of subtitle streams in the video*

---

**Audio Writer**

*Writes the current audio to a file.*

**Details:**

The *Audio Writer* encodes all samples of the current audio to the specified audio file format.

**Parameters:**

- **Format**: WAV
  *Format used to encode the audio file.*
- **File**: Multi view (29.9736FPS)-260418094346.wav
  *Path of the file to save.*

**Additional Information:**

This filter has no additional information.

---

2026/04/18