UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH SHORT and PERNELL JONES, SR.,
In their capacity as administrator of the ESTATE OF TYSHON
JONES,

                Plaintiffs

      -v-

CITY OF ROCHESTER,

                  Defendant

EXHIBIT
DECLARATION

Case No. 6:22-cv-06263

Patrick B. Naylon, an attorney duly admitted to practice before the United States District Court for the Western District of New York, states the following under penalty of perjury:

1. Annexed hereto as Exhibit A is a true and accurate copy of the 911 "CAD" or computer-aided dispatch report generated with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

2. Annexed hereto as Exhibit B and/or submitted herewith is a true and accurate copy of the 911 call and 911 dispatch with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

3. Annexed hereto and/or submitted herewith as Exhibit C is a true and accurate copy of Officer Drake's BWC footage with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

4. Annexed hereto and/or submitted herewith as Exhibit D is a true and accurate copy of Officer Jackson, now known as Officer Wicher, BWC footage with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

5. Annexed hereto and/or submitted herewith as Exhibit E is a true and accurate copy of Officer Carello's BWC footage with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

6. Annexed hereto and/or submitted herewith as Exhibit F is a true and accurate copy of Officer Glynn's BWC footage with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

7. Annexed hereto and/or submitted herewith as Exhibit G is a true and accurate copy of surveillance footage obtained from 210 W. Main St with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

8. Annexed hereto as Exhibit H is a true and accurate copy of the photo of the knife which Plaintiff's decedent had in his hand at the time he was shot as he ran towards Officer Drake.

9. Annexed hereto as Exhibit I is a true and accurate copy of Officer Jones' Investigative Action Report with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

10. Annexed hereto as Exhibit J is a true and accurate copy of Officer Glynn's Investigative Action Report with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

11. Annexed hereto as Exhibit K is a true and accurate copy of the Major Crimes Investigative Action Report of Inv. Cassidy with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

12. Annexed hereto as Exhibit L is a true and accurate copy of a Major Crimes Supplemental Investigative Action Report with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

13. Annexed hereto as Exhibit M is a true and accurate copy of the written deposition of witness Mr. Woodruff with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

14. Annexed hereto as Exhibit N is a true and accurate copy of the written deposition of witness Mr. Rodriquez with respect to the call for service at 210 W. Main St., Rochester N.Y., on March 10, 2021.

15. Annexed hereto as Exhibit O is a true and accurate copy of BWC from the Gates N.Y. Police Department with respect to their interaction with Plaintiffs' decedent, Tyshon Jones, on March 9, 2010.

16. Annexed hereto as Exhibit P is a true and accurate copy of the deposition transcript of Plaintiff Kennetha Short.

17. Annexed hereto as Exhibit Q is a true and accurate copy of the deposition transcript of Plaintiff Pernell Jones.

18. Annexed hereto as Exhibit R is a true and accurate copy of the deposition transcript of City 30(b)(6) witness, Lt. Jason Barton.

19. Annexed hereto as Exhibit S is a true and accurate copy of the deposition transcript of City 30(b)(6) witness Lt. Michael Ciulla.

20. Annexed hereto as Exhibit T is a true and accurate copy of RPD General Order 335

21. Annexed hereto as Exhibit U is a true and accurate copy of RPD General Order 337

22. Annexed hereto as Exhibit V is a true and accurate copy of RPD General Order 340

23. Annexed hereto as Exhibit W is a true and accurate copy of RPD General Order 502

24. Annexed hereto as Exhibit X is a true and accurate copy of RPD General Order 517

25. Annexed hereto as Exhibit Y is a true and accurate copy of RPD General Order 560

26. Annexed hereto as Exhibit Z is a true and accurate copy of RPD General Order 561

27. Annexed hereto as Exhibit AA is a true and accurate copy of RPD General Order 575

28. Annexed hereto as Exhibit BB is a true and accurate copy of RPD Training Bulletin L 58 - 15

29. Annexed hereto as Exhibit CC is a true and accurate copy of RPD Training Bulletin L 71-21

30. Annexed hereto as Exhibit DD is a true and accurate copy of RPD Training Bulletin P 08-97

31. Annexed hereto as Exhibit EE is a true and accurate copy of RPD Training Bulletin P 39-01

32. Annexed hereto as Exhibit FF is a true and accurate copy of RPD Training Bulletin P 47-04

33. Annexed hereto as Exhibit GG is a true and accurate copy of RPD Training Bulletin P 62-10

34. Annexed hereto as Exhibit HH is a true and accurate copy of RPD Training Bulletin P 67-11

35. Annexed hereto as Exhibit II is a true and accurate copy of RPD Training Bulletin P 72-17

36. Annexed hereto as Exhibit JJ is a true and accurate copy of RPD Training Bulletin P 90-22

37. Annexed hereto as Exhibit KK is a true and accurate copy of RPD SWAT SOP

38. Annexed hereto as Exhibit LL is a true and accurate copy of RPD TASER SOP

39. Annexed hereto as Exhibit MM is a true and accurate copy of the RPD Professional Standards Section Annual Report 2016

40. Annexed hereto as Exhibit NN is a true and accurate copy of the RPD Professional Standards Section Annual Report 2017

41. Annexed hereto as Exhibit OO is a true and accurate copy of the RPD Professional Standards Section Annual Report 2018

42. Annexed hereto as Exhibit PP is a true and accurate copy of the RPD Professional Standards Section Annual Report 2019

43. Annexed hereto as Exhibit QQ is a true and accurate copy of the RPD Professional Standards Section Annual Report 2020

44. Annexed hereto as Exhibit RR is a true and accurate copy of the RPD Professional Standards Section Annual Report 2021

45. Annexed hereto as Exhibit SS is a true and accurate copy of the RPD Professional Standards Section Annual Report 2022

46. Annexed hereto as Exhibit TT is a true and accurate copy of the RPD Rules & Regulations

47. Annexed hereto as Exhibit UU is an Investigative Action report CR 21-043307 with respect to the Tower 280 incident on March 10, 2021.

48. Annexed hereto or submitted herewith as Exhibit VV is a true and accurate copy the NYS DOT footage from a camera at Main St. and Broad St. from March 10, 2021.

49. Annexed hereto or submitted herewith as Exhibit WW is a true and accurate copy of the 210 W. Main St. Surveillance video from March 10, 2021.

50. Annexed hereto as Exhibit XX is a copy of the Check Sheet of required academy training for the Basic Course for Police Officers when Officer Drake attended the academy, as provided by the MCC Regional Training Academy.

51. Annexed hereto as Exhibit YY is a copy of the Course Curriculum sheet with hours provided versus hours taught when Officer Drake attended in 2007, as provided by the MCC Regional Training Academy.

52. Annexed hereto as Exhibit ZZ is the Professional Standards Section Investigative Summary for No. 2021 – 0368, the subject incident.

53. Annexed hereto as Exhibit AAA is the RPD command staff review and recommendations with respect to PSS No 2021 – 0368.

Dated:   July 17, 2026

s/ *Patrick B. Naylon*

Patrick B. Naylon