| Page 1 of 4 | ROCHESTER POLICE DEPARTMENT<br>INVESTIGATIVE ACTION REPORT<br>CASE UPDATE | 2021-00043317<br>Ex I |
| --- | --- | --- |

**DETAIL**

| Victim's Name (Last, First, Middle) or Name of Business | Location of Offense | Beat |
| --- | --- | --- |
| Drake, Matthew | 210 W Main ST   Rochester | 209 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
| --- | --- |
| 03/10/2021 02:55 | Menacing, Att Assault |

| Classification After Investigation (Include Law Section Number) | BWC |
| --- | --- |
| | Yes |

**SUSPECT / MISSING PER**

| Suspect Type   S | Suspect Name (Last, First, Middle) | Nickname |
| --- | --- | --- |
| Suspect | JONES, Tyshon | |

| Address | | Date of Birth | Age | Sex | Race | Ethnicity | MoRIS / JCR # |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11 Shadywood DR<br>Rochester, NY 14606 | | 04/10/1991 | 29 | M | B | N | |

| Height | Weight | Hair Color | Hair Length | Eye Color | Glasses | Complexion | Build | Facial Hair | Gang Affiliation |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5' 10 | 200 | Black | | Brown | | | | | |

| Clothing, Jewelry, Distinguishing Features | Offender Conditon | Scars, Marks, Tattoos |
| --- | --- | --- |
| | | |

| Missing Person Code | Missing Person Mothers Maiden Name | Missing Person Place of Birth | School ID Number |
| --- | --- | --- | --- |
| | | | |

**VEHICLE RECOVERY**

| Year | Make | Model | Style | Color |
| --- | --- | --- | --- | --- |
| | | | | |

| State | Registration # | VIN # | Towed to -<br>Towed by - |
| --- | --- | --- | --- |

| Location Recovered | Date | Time | Owner Notified by: |
| --- | --- | --- | --- |

| Evidence of Damage / Method of Theft | Time Radio Notified of Recovery |
| --- | --- |

**NARRATIVE**

On the 3/10/2021, around 0300 hrs, I responded to the area of 210 W Main Street for the report of a man who just stole a knife from the Open Door Mission. At the time this call came in, I was parked in front of the West Side Office at 1099 Jay Street.

While I was en route, officers who were already on scene were updating dispatch that they made contact with the suspect, and he was now cutting himself with a knife. Officers then added that (S) told officers he would kill them, and that he is dangerous. These officers soon requested cars coming to the scene to start blocking traffic.

Upon my arrival, I saw a group of officers quickly backing away from a single large male on Main Street who seemed to be quickly advancing on them. One of those officers was flashing their flashlight at me while saying on the radio something to the effect of, "stop your car right there". I then parked my patrol car with its emergency lights engaged right where I was, in the area of Main Street and Ford Street, blocking eastbound traffic.

**INVESTIGATION**

| Continuance of | Changed to | Closed by |
| --- | --- | --- |
| Exceptional Clearance | Bias Type | Victim Relationship to Suspect |

| Property Recovered | Value of Property | # Arrested | SRR | Multiple Clearup | Teletype Status |
| --- | --- | --- | --- | --- | --- |

| Additional Techwork Performed | Further Investigation Conducted By |
| --- | --- |

| Reporting Officer | IBM # | Date | Reviewed By |
| --- | --- | --- | --- |
| JONES                    TREVOR | 2715 | 03/16/2021 | JOSEPH, DAVID A. 03/17/2021 |

**ROCHESTER POLICE DEPARTMENT**
**INVESTIGATIVE ACTION REPORT**
**CASE UPDATE**

CR #
2021-00043317

NARRATIVE

I then exited my patrol car and confirmed that I had a beanbag gun in the trunk. At this same, time an officer on scene requested a beanbag gun, for which I responded on the radio: "291, I have the beanbag gun". I then took the beanbag gun out of the protective case and made sure there were beanbag rounds in the side saddle carrier. I then started running to the officers as I began to load the beanbag rounds. Once I got to the general area of Main Street and Cascade Drive, I heard about 5 gunshots and saw a few muzzle flashes. I stopped loading the beanbag gun, called "shots fired" on the radio, and proceeded running to the officers.

Once I made it to the officers, they had already began providing first aid to (S). I located gauze and started working with the officers on what they had not treated yet. Two officers were treating 3 chest wounds. The officers said (S) had been shot a total of 5 times. I then located 2 gunshot wounds in (S)'s left hip/waist area that were not actively bleeding. I put the gauze and pressure on his lower wounds. While we were treating (S), RFD eventually arrived on scene, and helped put (S) on a spine board. Once AMR arrived on scene we all loaded (S) onto the gurney and into the ambulance. After speaking with another officer, I confirmed there was an officer following the AMR rig.

I went back to my patrol car to secure my beanbag gun. While on the way back to my car, I observed a male standing at the corner of W Broad Street and Main Street. I identified this male as Roberto J. Rodriguez(W1). (W1) stated he came to the Open Door Mission tonight for a place to sleep. When (W1) arrived to the Open Door Mission, (W1) observed (S) walking out with a "big ass Mike Myers looking knife" in one hand, and "a bucket of knives" in the other hand. (W1) stated a little time later he watched (S) start cutting his arm while screaming, then pointed officers to where (S) was. (W1) was completely cooperative throughout my time with him. I later transported (W1) to the 4th floor of the PSB. (W1) was further interviewed by MCU investigators.

I had no further contact with (S) or (W1).

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| JONES | TREVOR | 2715 | 03/16/2021 | JOSEPH, DAVID A. 03/17/2021 |

Case 6:21-cv-06263-EAW-MJP   Document 263-3   Filed 07/17/26   Page 3 of 4

**ADDITIONAL PROPERTY**

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| **Seized** | **BWC Video** | | |

| Item Type and Description | Color |
|---|---|
| **Video Recorded by IBM: 2715** | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| **1** | **Item(s)** | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| | | | |

| Item Type and Description | Color |
|---|---|
| | |

| Quanity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| | | | |

| Reporting Officer | | IBM # | Date | Reviewed By |
|---|---|---|---|---|
| **JONES** | **TREVOR** | **2715** | **03/16/2021** | **JOSEPH, DAVID A. 03/17/2021** |

# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### CASE UPDATE

CR #
2021-00043317

Case 6:21-cv-06263-EAW-MJP    Document 263-3    Filed 07/17/26    Page 4 of 4

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | | NI = Not Interviewed | |
| W | Rodriguez, Roberto | 04/05/1991 | M | W | H | 149 N Union ST Rochester, NY 14621 | (585)284-7730 |
| | | | | | | | |
| | | | | | | | |

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | | NI = Not Interviewed | |

**ADDITIONAL PERSONS**

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | R = Reporting Person | W = Witness | | PK = Person w/Knowledge | | NI = Not Interviewed | |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| JONES           TREVOR | 2715 | 03/16/2021 | JOSEPH, DAVID A. 03/17/2021 |