

**Ex RR**

# ANNUAL REPORT
# 2021

# ROCHESTER POLICE DEPARTMENT

## David M. Smith, CHIEF OF POLICE

### 185 Exchange Boulevard

### Rochester, NY  14614

### http://www.CityofRochester.gov/police

# Rochester Police Department
## Office of the Chief

The Rochester Police Department (RPD) is commanded by Interim Chief of Police David M. Smith, who was promoted to lead the Department on October 13, 2021, by Rochester Mayor Lovely A. Warren. Chief Smith, has served within the ranks of the Rochester Police Department since 1992, where he started as a patrol officer on midnights in the Genesee Section. He worked as an Officer in the Genesee Section for his first ten years, and during that time he was assigned as a Field Training Officer, and a Recruit Class Counselor at the Public Safety Training Center. The Chief is a strong advocate of building relationships in the community through foot and bicycle patrol, as well as encouraging officers to participate in voluntary community programs in their area of assignment.

In 2015, the City of Rochester officially implemented the RPD Reorganization Plan, returning officers to neighborhood Sections and Patrol beats to effectively engage in community policing efforts.

Patrol services are directed over five geographical patrol Sections, giving officers smaller patrol areas which enables them to spend more time interacting with citizens. The primary benefit of Reorganization is a closer and more harmonious relationship with the community, while achieving a more effective policing concept.



# Rochester Police Department
## Office of the Chief



<u>About the Rochester Police Department (RPD)</u>

Our diverse and exceptional staff is comprised of 815 sworn and non-sworn civilian employees who serve the greater of 210,500 City of Rochester residents and thousands of others who work and attend special events in our rejuvenated Center City. Rochester police officers patrol a total geographical area of 37.1 square miles located within the County of Monroe, bordering Lake Ontario and the Finger Lakes Region of western New York State. The RPD takes great pride in staffing a professional organization that reflects the moral values and cultural backgrounds of the residents of our diverse and vibrant community.

The RPD is proudly accredited through the New York State Law Enforcement Accreditation Program (NYSLEAP). The Rochester Police Department (RPD) has been accredited with New York State since 1990, and was re-accredited in January 2020. Accreditation is granted for a five-year period. In the interim, an annual NYSLEAP Compliance Survey is submitted to the NYS Division of Criminal Justice Services (DCJS) attesting to continued standard compliance. At the end of each accreditation period, law enforcement agencies undergo a thorough, on-site assessment by DCJS assessors to verify compliance for re-accreditation. The RPD is recognized in New York State as a leading law enforcement agency. RPD members are proud of the high quality of service they provide and their on-going pursuit of police service excellence.

The RPD values your feedback. You can contact the RPD by calling (585) 428-6720 or by email: RPD.Chief@CityofRochester.gov.

3

# Rochester Police Department
## Office of the Chief



The **Mission** of the Rochester Police Department (RPD):

❖ To Reduce Crime

❖ To Protect and Serve the Citizens of Rochester

❖ To Uphold the Constitution of the United States of America and the Constitution of the State of New York

The **Values** of the Rochester Police Department – ***PRIDE***:

➢ **Professionalism** – RPD Employees will perform their duties with the highest level of ***Professionalism***.

➢ **Respect** – RPD employees will treat one another with the highest level of ***Respect***, to include those that we are sworn to protect and serve.

➢ **Integrity** – RPD employees will serve with the highest level of ***Integrity***.

➢ **Dedication** – RPD employees will fulfill their duties with the distinction of ***Dedication***.

➢ **Excellence** – RPD employees will commit to a standard of ***Excellence*** in all that we do.

4

# Rochester Police Department
## Code of Ethics

***AS A LAW ENFORCEMENT OFFICER***, my fundamental duty is to serve humankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation and the peaceful against violence or disorder; and to respect the Constitutional rights of all persons to liberty, equality and justice.

***I WILL*** keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my Department. Whatever I see or hear of a confidential nature or that is confided in me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

***I WILL*** never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

***I RECOGNIZE*** the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession...law enforcement.

# Rochester Police Department
## Table of Organization





# Rochester Police Department
## Command Staff



- ➢ **Chief of the Rochester Police Department David M. Smith**
- ➢ **Deputy Chief of the Operations Bureau Commander  Thomas Shaw \***
- ➢ **Deputy Chief of the Administration Bureau Debra Dwyer**
- ➢ **Commander of the Patrol Division Captain Gabriel Person \***
- ➢ **Commander of Special Operations Division Captain John Koonmen \***
- ➢ **Commander of the Administration Bureau Jeffrey LaFave II**
- ➢ **Captain of the Central Investigation Section Frank Umbrino**
- ➢ **Captain of the Special Investigation Section John Koonmen**
- ➢ **Captain of the Special Operations Section Raymond W. Dearcop**
- ➢ **Captain of the Community Affairs Bureau Mark S. Mura**
- ➢ **Captain of the Central Section Gabriel Person**
- ➢ **Captain of the Clinton Section Brian Marone**
- ➢ **Captain of the Genesee Section Michael Jones**
- ➢ **Captain of the Goodman Section Jason A. Elwood**
- ➢ **Captain of the Lake Section Nathan M. Cornell**
- ➢ **Captain of Staff Duty First Platoon Ryan Tauriello**
- ➢ **Captain of Staff Duty Third Platoon Steven Swetman**
- ➢ **Captain of Staff Duty Relief Samuel Lucshyn**
- ➢ **Lieutenant of the Research and Evaluation Section Joseph Hayes**

**\*Denotes Temporary Assignment**

# Rochester Police Department
## Patrol Sections

The RPD operates under a neighborhood-based, five-Section patrol model with police officers assigned to patrol beats to effectively engage in true community policing. This model gives officers smaller geographical areas to patrol which enables them to focus on citizen engagement and a closer, more harmonious relationship with the community.

The RPD Patrol Division consists of five patrol Sections, each commanded by a police Captain.

**Central Section** – Downtown and adjacent Downtown neighborhoods
Sibley Building
30 N. Clinton Avenue
Rochester, NY 14604
http://www.CityofRochester.gov/RPDCentralSection/



**Clinton Section** – Northeast Rochester
630 N. Clinton Avenue
Rochester, NY 14605
http://www.CityofRochester.gov/RPDClintonSection/

**Genesee Section** – Southwest Rochester
1099 Jay Street
Rochester, NY 14611
http://www.CityofRochester.gov/RPDGeneseeSection/

**Goodman Section** – Southeast Rochester
630 N. Clinton Avenue
Rochester, NY 14605
http://www.CityofRochester.gov/RPDGoodmanSection/

**Lake Section** – Northwest Rochester
1099 Jay Street
Rochester, NY 14611
http://www.CityofRochester.gov/RPDLakeSection/

# Rochester Police Department Patrol Sections



# Rochester Police Department
## Professional Standards Section (PSS)

The RPD recognizes the significance of earning and maintaining the public trust, while providing courteous and professional police services to the City and citizens of Rochester. To further this effort, the Professional Standards Section (PSS) is responsible for receiving, processing and investigating complaints of police action or misconduct in a thorough, yet objective manner. The primary goal of PSS is to assure the City and public that police misconduct will not be tolerated, while at the same time providing a review process by which officers unjustly accused can be vindicated. PSS conducts civil claim investigations for the City's Corporation Counsel, administrative review involving fleet accident investigations and other investigations directed by the Chief of Police. PSS is also responsible for maintaining the RPD's official disciplinary records.

The PSS Annual Report provides a variable review of statistics and reports regarding complaint allegations, subject resistance/use of force incidents and investigative case findings. It is of the utmost importance that the RPD remains transparent to the community in which it has the responsibility to protect and serve. PSS Annual Reports can be found on the City of Rochester website at the following link: https://www.cityofrochester.gov/PSSAnnualReports/.



# Rochester Police Department
# Operations Bureau



The **Operations Bureau**, commanded by the Deputy Chief of Operations (DCO), is responsible for providing direct police services to the public, including protecting life, property and the constitutional guarantees of all people, reducing opportunities for the commission of crime, and the identification and apprehension of criminal offenders. The DCO is responsible for planning responses to emergency incidents in the City. The Operations Bureau is comprised of three Divisions: *Patrol*, *Special Operations* and *Special Events.*

The **Patrol Division** is responsible for providing general police services throughout the City, including vehicle, bicycle and directed patrols. Patrol services are directed over the five geographical patrol Sections – *Central*, *Clinton*, *Genesee*, *Goodman* and *Lake*.

The **Special Operations Division (SOD)** is comprised of the *Special Investigations Section (SIS)*, *Special Operations, Criminal Investigations Section, all special teams, and the Community Affairs Bureau* in which RPD personnel work in conjunction with other City departments in each of the City's designated planning sectors to address quality-of-life concerns.

The **Special Investigations Section (SIS)** consists of Narcotics, Intelligence, Firearms Suppression and Surveillance, Electronic Support, Violent Crime and the Greater Rochester Area Narcotics Enforcement Team (GRANET). SIS is responsible for the suppression of illegal narcotics trafficking, organized crime, illegal gambling, organized prostitution and pornography and the illegal sale and distribution of liquor, tobacco and firearms.

11

# Rochester Police Department
## Operations Bureau



The **Special Operations Section (SOS)** includes the *Canine*, *Mounted*, *Tactical* and *Traffic Enforcement* units.

- ❖ The **Canine Unit** provides canine services for visiting dignitary protection, tracking and building, narcotic, nitrate and explosive searches. K-9 dogs are German Shepherds and undergo intensive training with their handlers in compliance with NYS standards.

- ❖ The **Mounted Unit** provides specialized horse patrol services in the City. Mounted Officers on horseback provide high visibility patrol for specialized details and are an integral part of City special event details and crowd control. The Mounted Patrol rides throughout the Center City and can be seen leading parades and ceremonial Honor Guard details.

- ❖ The **Tactical Unit** augments and assists patrol operations in covert surveillance, saturation patrol, and coordinates specialized crime details, such as robbery prevention and suspect apprehension. TACT Officers also provide ceremonial Honor Guard services.

- ❖ The **Traffic Enforcement Unit (TEU)** are specially trained, radar-certified Officers in NYS Vehicle and Traffic Law enforcement that patrol City streets in vehicles or on motorcycle who help reduce traffic-related accidents, injuries and fatalities. TEU provides specialized City-wide enforcement to combat incidences of DWI, proactive traffic enforcement and neighborhood speed-watch details. TEU provides accident and enforcement data to the City's Traffic Control Board. TEU Officers provide escorts for dignitary details and provide valuable support during City parades, marathons and other on-road special events. The TEU Sergeant also coordinates the School Crossing Guard Program.

# Rochester Police Department
## Operations Bureau



**Specialized Teams** include the *Bomb Squad*, *Hostage Negotiation* Team (HNT), *Special Weapons and Tactics (SWAT)*, *Crisis Intervention Team (CIT)*, *Mobile Field Force* and the *SCUBA Squad*.

- The **Bomb Squad** is a specially-trained and equipped team that responds to incidents involving bombs, explosive devices and chemicals, bombings and military ordnances. Members also respond to nuclear or biological terrorist threats and conduct post-blast investigations.

- The **Hostage Negotiation Team (HNT)** is a specially-trained team that intervenes in volatile situations involving hostages, suicidal threats and barricaded armed subjects.

- **Special Weapons and Tactics (SWAT)** is a specially-trained and equipped team that responds to dangerous incidents involving barricaded armed subjects, high-risk warrant execution and suspect apprehension, hostage rescue and dignitary protection.

- The **Crisis Intervention Team (CIT)** is a specially-trained team that deals with the various needs of the mental health community in situations dealing with homeless and suicidal persons, psychiatric patients and persons exhibiting irrational behavior.

- The **Mobile Field Force (MFF)** is a specially-trained and equipped team providing a rapid, organized and disciplined response to civil disorder, crowd control and other tactical situations.

- The **SCUBA** (Self-Contained Underwater Breathing Apparatus) **Squad** is a specially-trained and equipped underwater search and rescue team, including drownings and evidence recovery from Rochester's waterways.

13

# Rochester Police Department
## Operations Bureau



The **Central Investigation Section (CIS)** conducts investigations and provides investigative support necessary for the effective operation of the RPD. CIS functions include:

- The **Major Crimes Unit (MCU)** investigates cases of homicide and incidences of suspicious or unexplained death, undetermined or incendiary fires, bank robberies and some cases of missing persons and child abuse, including the sexual exploitation of children and maintaining the *Sex Offender Registry* and files on known sex offenders.

- **Investigative Support Services (ISS)** provides investigative support in license, firearms and economic crime investigations, and administers polygraph and voice-stress analyzer examinations. ISS includes Police Evidence Technicians, Family and Victim Services and FACIT (Family Crisis Intervention Team).

The **Special Events Section** liaisons with the City's Office of Cultural Affairs and Special Events and is responsible for coordination and supervision of various special events held in Rochester each year. This includes developing contingency plans to address any potential issues that may arise and assigning police coverage for traffic and crowd control at City venues such as the St. Patrick's Day Parade, Lilac Festival, Rochester International Jazz Festival, Corn Hill Arts Festival, Fringe Festival, Park Avenue Festival and Puerto Rican Festival, as well as the Rochester Marathon and sporting events and concerts at the Blue Cross Arena at the War Memorial and Frontier Field.

# Rochester Police Department
## Operations Bureau



The **Crime Research Unit** is an active partner in the **Monroe Crime Analysis Center (MCAC)**.

The Mission of MCAC is to assist law enforcement agencies in Monroe County by providing analysis and intelligence services to help improve the capacity of law enforcement to more effectively prevent and reduce Part I crime in the City and County.

MCAC is a partnership with the RPD, Monroe County Sheriff's, District Attorney's and Probation offices, NYS Department of Criminal justice Services (DCJS), NYS Police and Rochester Institute of Technology. MCAC is based in the City Public Safety Building and includes a staff of 21 technicians who analyze crime trends and patterns throughout Monroe County. MCAC also has five, full-time field intelligence officers whose responsibility is to develop new intelligence on emerging crime trends or assisting investigators on cultivating additional intelligence on patterns or other crimes of interest.

# Rochester Police Department
## Administration Bureau



The **Administration Bureau** is commanded by the Deputy Chief of Administration (DCA) and is responsible for providing the administrative support services necessary for the effective operation of the RPD. The DCA is liaison to the City's Department of Human Resource Management (DHRM) regarding personnel matters, including employee hiring, promotions and labor relations, as well as liaison for building maintenance. The DCA also oversees the Officer Assistance Program (OAP) for crisis intervention and stress counseling services for RPD members and their families. The Administration Bureau is comprised of *Police Budget* and *Personnel*, and the *Professional Development* (including the *Background Unit*), *Technical Services* and *Research and Evaluation* Sections.

**Police Budget** is responsible for overseeing RPD purchasing and accounting, and monitoring RPD revenues and expenditures.

**Police Personnel** is responsible for maintaining RPD personnel and payroll records, and RPD hiring procedures.

The **Professional Development Section (PDS)** develops, coordinates and administers RPD in-service and recruit training programs, including firearms, defensive tactics and field training. PDS also includes volunteer services and the assignment of volunteer civilians and interns, and monitors various programs within the RPD, including the development of new ones as needed. PDS works in partnership with the Monroe County Public Safety Training Facility for recruit and advanced training programs. The Citizen's Police Academy is also coordinated by PDS.

The **Background Unit** is responsible for conducting background research into the reliability of statements made by candidates on pre-employment applications and undertakes an independent review of the personal, financial and educational histories of prospective employees, including their moral character and other related background matters pertinent to their suitability for sworn and non-sworn positions within the RPD. It also assists DHRM with the administration of entry-level examinations.

16

# Rochester Police Department
## 2021 Background Statistics



Total number of applicants for the 2021 written exam Sept **18, 2021**:     742

Total number that participated in the written exam:     270

Total number that passed the written exam:     264

Total number that participated in the physical agility exam:     ( 264 were invited)

Total number that passed the physical agility exam:     90

Total number of sworn background investigations:     81

 Number hired.     22

17

# Rochester Police Department
## Administration Bureau



The **Technical Services Section (TSS)** is responsible for providing technical support to field personnel and public access to RPD records. TSS includes *Headquarters and Records*, *Juvenile Records*, Identification, *Warrants*, *Court Liaison*, *Call Reduction (311)*, *Property Clerk*, *Firearms Investigations*, *Quartermaster*, *Auto Pound*, *Photo Lab* and *Police Overt Digital Surveillance System (PODSS)/Violence Cameras*, as well as coordinating fleet vehicle purchasing and maintenance.

The **Research and Evaluation Section (R&E)** is responsible for developing, revising and maintaining RPD policies and procedures, including Administrative and General Orders. R&E is liaison to Monroe County's Office of Emergency Preparedness, coordinating RPD's emergency response with outside agencies, as well as overseeing the Department's compliance with NYS Law Enforcement Accreditation Program (NYSLEAP) standards. R&E is also responsible for managing special projects, such as the research, procurement and administration of grant funding and assessing compliance with RPD rules, regulations and directives. R&E develops analytic and status reports, coordinates staff and field inspections and field-tests new products, equipment and technologies for potential Departmental use.

# Rochester Police Department
## Community Affairs Bureau



The **Community Affairs Bureau** is commanded by the Captain of Community Affairs (CCA) and is the Chief Public Information Officer (PIO) and Recruitment Officer for the RPD. The CCA commands the Recruitment and Community Policing units, which includes the Department's Crime Prevention Officers (CPOs) assigned to City Neighborhood Service Centers (NSC).

As the RPD upholds its motto of "Serving with Pride" to forge a stronger bond with the community, the CCA gives the Chief a viable means of fully engaging with its citizens. Typical duties of the CCA include:

➤ Developing strategies related to communications and community engagement;

➤ Meeting with community, business, educational, human service and civic action groups regarding their interaction with the RPD;

➤ Implementing new programs, procedures and policies designed to improve the community's perception and appreciation for the RPD;

➤ Reviewing investigations into alleged or apparent discrimination or misconduct by RPD personnel and recommending discipline and/or remedial training;

➤ Directing recruitment efforts to solicit and encourage prospective police officer candidates to seek employment with the RPD;

➤ Developing and coordinating crime prevention programs with NSC offices, including neighborhood PAC-TAC (Police and Citizens-Together Against Crime).

➤ Developing and implementing youth-related educational programs with YSU to help prevent juvenile delinquency and reduce youth-related violence. SROs serve as liaisons between the RCSD, Monroe County Family Court and other social agencies in Rochester.

➤ Coordinating and directing all RPD initiatives regarding social media.

19

# Rochester Police Department
# Body Worn Camera (BWC) Program



- On January 19, 2016, City Council authorized for the City to enter into an agreement with this vendor. This began the implementation phase of the project, through February 2017, with an refresh of BWC hardware in 2018.

- 

- **2021** Updates:

- RPD currently has 496 M1G3 Body-Worn Cameras (BWC) assigned to all patrol personnel in the following ranks: Officer, Sergeant and Lieutenant.

- The BWC Team was reorganized under the Chief's office and not part of OBI – Office of Business Intelligence.

- The Team will now be responsible for all technology that the department accesses.

- An RFP began to research and upgrade the system.

- OBI Team as a whole will increase team members as it expands workload.

- City job postings began July 2021 and interviews/hiring process continued through end of December 2021.

- The RPD BWC Program continues to plan for all digital evidence to be stored on our servers and managed using Digital Evidence Management

- System (DEMS) and we began planning to store and catalog all video evidence from cameras placed around the City of Rochester.

# Rochester Police Department
## 2021 Budget Statistics



### Yearly Budget Comparisons

| Bureaus | 2020-2021 Budget | 2021-2022 Budget | Change | Percent Change |
|---|---|---|---|---|
| Office of the Chief | 6,429,400 | 7,176,300 | +746,900 | +11.6 % |
| Operations | 70,862,300 | 65,377,600 | -5,484,700 | -7.7 % |
| Administration | 15,749,800 | 15,361.400 | -388,400 | -2.5 % |
| Community Affairs | 2,824,500 | 2,887,500 | -63,000 | -2.2 % |
| Total | 95,866,000 | 90,802,800 | -5,063,200 | -5.2 % |

### Assignment of Authorized Positions

| Year | Office of the Chief and Administration | | | Operations | | | Department Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sworn | Non-Sworn | Total | Sworn | Non-Sworn | Total | Sworn | Non-Sworn | Total |
| 2021-22 | 71 | 67.5 | 138.5 | 655 | 22 | 677 | 726 | 89.5 | 815.5 |
| 2020-21 | 69 | 63 | 132 | 659 | 55 | 710 | 728 | 118 | 846 |

# Rochester Police Department
## 2021 Budget Statistics



<u>Authorized Sworn Positions</u>

| Positions | 2021-2022 | 2020-2021 |
|---|---:|---:|
| Chief | 1 | 1 |
| Executive Deputy Chief | 1 | 0 |
| Deputy Chief | 2 | 3 |
| Commander | 3 | 3 |
| Captain | 14 | 14 |
| Lieutenant | 31 | 31 |
| Sergeant | 96 | 95 |
| Investigator | 80 | 81 |
| Police Officer | 498 | 500 |
| | | |
| **Total** | **726** | **728** |

22

# Rochester Police Department
# Calls for Service and Responses by Units

The RPD tracks all services to the community by *Calls for Service*, *Police Responses* and *Self-Initiated Activities*. *Calls for Service* are 911 calls dispatched by the Office of Emergency Communications (OEC). A *Police Response* occurs each time an additional unit provides service at a given scene. As one *Call for Service* may result in multiple units responding to the scene, the number of responses is likely to be greater than the actual number of *Calls for Service*. *Self-Initiated Activity* is an event an Officer comes across while on patrol or is self-initiated.

OEC assigns a Crime Report (CR) number to each specific incident. The CR number is a unique number assigned to each event by which all arrests, reports, tickets, etc. can be traced. When an incident requires review, searches are conducted by entering the CR number, date of occurrence or incident location.

| Calls for Service | | |
| --- | --- | --- |
| **2019** | **2020** | **2021** |
| 318,401 | 302,896 | 308,134 |



| Response by Units | | |
| --- | --- | --- |
| **2019** | **2020** | **2021** |
| 609,823 | 574,321 | 430,158 |

# Rochester Police Department
## Operations Bureau – Patrol Division Statistics

| 2021 Patrol Division Statistics | Total |
|---|---|
| Investigations – Field, Closed or Warrant Advised | 6,378 |
| Investigations – Office | 9,844 |
| Crimes Cleared | 3857 |
| Percentage of Crimes Cleared | 21.00% |
| Arrests | 6,312 |
| Handguns Confiscated | 715 |
| Long Guns Confiscated | 285 |
| Field Information Forms (FIF) Completed | 2530 |



24

# Rochester Police Department
## Crime Statistics

Part I and Part II Offenses are defined in accordance with the *Uniform Crime Reporting (UCR) Program*, a cooperative statistical effort of more than 17,000 City, County and State law enforcement agencies. Administered by the Federal Bureau of Investigation (FBI) since 1930, the primary purpose of the UCR is to generate reliable statistics for use in law enforcement administration, operation and management. The data, which is one of the leading social indicators in the nation, is reported by the RPD to the Division of Criminal Justice Services (DCJS) in Albany and forwarded to the FBI in Washington, DC.

The official annual Crime Statistics for the RPD can be found on the DCJS website:
http://www.criminaljustice.ny.gov/crimnet/ojsa/stats.htm

The official annual National and State Crime Statistics can be found on the FBI website: https://www.fbi.gov/about-us/cjis/ucr.



# Rochester Police Department
## Part I Crime Statistics



2021 Part I Offenses – Yearly Comparisons

| Crime Category Description | 2019 | 2020 | 2021 |
|---|---:|---:|---:|
| Homicide | 32 | 52 | 81 |
| Rape | 47 | 54 | 51 |
| Robbery | 488 | 500 | 502 |
| Aggravated Assault | 934 | 1,113 | 1,060 |
| Burglary | 1,310 | 1,479 | 962 |
| Larceny | 5,322 | 4,809 | 4,287 |
| Motor Vehicle Theft | 593 | 829 | 991 |
| **Part I Totals** | **8,726** | **8,868** | **7,934** |

# Rochester Police Department
## Part II Crime Statistics



<u>2021 Part II Offenses – Yearly Comparisons</u>

| Crime Category Description | 2019 | 2020 | 2021 |
|---|---:|---:|---:|
| Arson | 93 | 159 | 163 |
| Kidnapping | 19 | 19 | 19 |
| Controlled Substances | 582 | 313 | 208 |
| Dangerous Weapons | 433 | 775 | 920 |
| Bribery | 1 | 1 | 0 |
| Sex Offenses | 39 | 24 | 44 |
| Extortion | 7 | 3 | 4 |
| Forgery/Counterfeit | 55 | 44 | 26 |
| Prostitution | 46 | 0 | 44 |
| Stolen Property | 28 | 26 | 11 |
| Coercion | 2 | 0 | 1 |
| Criminal Mischief | 3,352 | 3,718 | 3,341 |

27

# Rochester Police Department
## Part II Crime Statistics – Continued



| Crime Category Description | 2019 | 2020 | 2021 |
| --- | ---: | ---: | ---: |
| Fraud | 434 | 385 | 328 |
| Gambling | 5 | 3 | 12 |
| Simple Assault | 4,488 | 4,076 | 3,635 |
| Liquor Law Offenses | 8 | 0 | 0 |
| Disorderly Conduct | 124 | 67 | 29 |
| Loitering | 0 | 1 | 0 |
| Other Offenses | 2,088 | 1,208 | 1,063 |
| **Part II Totals** | **11,804** | **11,804** | **9,848** |

# Rochester Police Department
# Police and Citizens-Together Against Crime
# PAC-TAC



<u>About the Program</u>

Rochester's Police Officers are on the front lines every day doing their best to combat crime. Many law-abiding citizens want to help the police  and their community in helping to prevent crime. By working together, police and citizens can have a great impact in keeping Rochester safe. Police and Citizens-Together Against Crime (PAC-TAC) needs your help in order to make a difference in our community.

Mayor Lovely A. Warren and Rochester Police Chief have put a high priority on crime prevention to improve the safety of our neighborhoods, moving forward towards the goal of making Rochester the best mid-sized city in America.

# Rochester Police Department
## PAC-TAC – Continued

Increasing neighborhood safety is not only the role of law enforcement, but also involves concerned citizens who feel empowered to work effectively with the police in crime prevention initiatives.

How You Can Help

As a PAC-TAC Volunteer, you will work with on-duty patrol and Crime Prevention Officers (CPOs) as you walk with PAC-TAC partners in your neighborhood, interacting with other citizens and local merchants along the way in an effort to prevent crime. All volunteers receive extensive training and are issued distinctive clothing, along with a portable police radio containing the channels of Rochester's Patrol Officers. This is your chance to make a real difference in your neighborhood.

How to Sign-Up

Contact the local Neighborhood Service Center (NSC) office within the City Patrol Section in which you live:

❑ City Northwest: Lake Section – 71 Parkway; (585) 428-7620

❑ City Northeast: Clinton Section – 500 Norton Street; (585) 428-7660

❑ City Southwest: Central and Genesee Sections – 923 Genesee Street; (585) 428-7630

❑ City Southeast: Goodman Section – 320 N. Goodman Street; (585) 428-7640



# Rochester Police Department
# Do the Right Thing Awards Program



The Do the Right Thing Awards Program has been a part of the RPD since 1995 and aims to foster positive relationships between the RPD, other area police agencies and youth of Monroe County. Area youth are recognized for their community involvement, bravery, courage and valor, for acts such as volunteering in the community, aiding law enforcement and other first responders, acts of heroism, leadership and role model behavior. The award recognizes school-aged children who strive to make good choices, do well in school, give back to their communities or demonstrate an improved "turn-around" in their behavior, and to showcase these students and their stories in the media showing that good kids are newsworthy.

# Rochester Police Department
# Do the Right Thing Awards Program



Who is Eligible for Award Nomination?

Any student enrolled in K-12th grade from any Monroe County School District is eligible to be nominated. The incident for which the student is nominated must have occurred in Monroe County within one year of the nomination.

How is a Child Nominated?

Nomination forms can be completed and submitted electronically or print the PDF of the form and email or fax it to:

DoTheRightThing@CityofRochester.gov; Fax: (585) 428-6093; Questions, call (585) 428-7863.

**\*Do the Right Thing Nominations are accepted throughout the year\***

What Happens After an Award Nomination is Submitted?

A committee comprised of Executive Board Members and employees of program sponsors reviews nominations and together, selects students to receive the Do the Right Thing Award or a letter of recognition. Students selected as award recipients are celebrated at a public ceremony at the City Public Safety Building, 185 Exchange Boulevard. Award winners receive several rewards and prizes generously donated by program sponsors.

Do the Right Thing Executive Board Members and Program Sponsors

The RPD's Do the Right Thing Award is a 501(c)(3) non-profit entity governed by a Board of Directors and operated under the auspice of the Rochester Police Department. Sponsorship and donations help to make the program possible, and recipients benefit from the generosity of program sponsors. View a list of Board Members and Sponsors.

# Rochester Police Department
# Do the Right Thing Awards Program



*View the newsletter of the DTRT Program Virtual Ceremony – 6.4.2020

*View the DTRT Program Virtual Ceremony – 12.10.2020



33

# Rochester Police Department
# Do the Right Thing Awards Program

Do the Right Thing Award Recipients

✓ View the names of recent and past award recipients.

Do the Right Thing Newsletters

✓ View the Do the Right Thing Newsletter.

Do the Right Thing Annual Reports

✓ View past Do the Right Thing of Rochester Annual Reports.





# Rochester Police Department
## 2021 Promotions in Rank

**To the Rank of Police Commander:**     **Laura Grande**

**To the Rank of Police Commander:**     **Jeffery J. LaFave II**

**To the Rank of Police Captain:**     **Ryan Tauriello**

**To the Rank of Police Lieutenant:**     **Nicole Tamburello – Conway**

**Timothy Hall**

**Kara Anglin**

**Bing Reaves Jr.**

35

# Rochester Police Department
## 2021 Promotions in Rank

**To the Rank of Police Sergeant:**

John Clinkhammer
Michael Dimauro
Kevin Cummings
Edward Fratangelo
Steven Slowik
Joshua Kelly

**To the Rank of Police Investigator:**

Paul Helfer
Peter Minurka
Brandon Glodowski
Karyn Bower
Danielle DiGaspari

# Rochester Police Department
## 2021 Retirements



Officer Mike Krause
Officer Cory Kleinman
Officer Roy Adukhalil
Officer Matthew Balch
Officer Joanne Woodworth
Officer Carlos Santory
Officer Carla Hovey
Officer Patrick Carney
Officer William Mason
Officer Laurie Robinson
Officer Brian Trombley
Officer Andrew DiMaria III
Officer Frank Coriddi
Officer Kevin Schoenl
Officer Ronald Slapelis
Officer Ruben Padilla
Officer John Briggs
Officer Michael Grabowski
Officer Onasis Socol
Officer Edwin Morelli
Officer Albert Santiago

Officer Orlando Rivera
Officer John Woods
Officer Josue Traverzo
Officer Samuel Choates
Officer Antonio Gonzalez
Officer Dion Miglioratti
Officer Joseph Trovato
Officer Stacey Winter

# Rochester Police Department
## 2021 Retirements



Investigator Cynthia Muratore
Investigator Jacqueline Shuman
Investigator Wilfredo Carbonel
Investigator John Brennan
Investigator Kimberly Rasbeck
Investigator Thomas Tasick
Sergeant William Spath
Sergeant Daniel Zimmerman
Sergeant Darlene Rogers
Sergeant Andrew McPherson
Sergeant Henry Rivera
Sergeant Charles Zlotkus
Lieutenant David Gebhardt
Commander Laura Grande
Commander Elena Correia

# Rochester Police Department
## Police Officers Who Made the Ultimate Sacrifice



**Louis Gomenginger**
*EOW* July 4, 1876

**William P. O'Neil**
*EOW* December 30, 1888

**Charles E. Twitchell**
*EOW* August 7, 1910

**Frank Ford**
*EOW* May 29, 1912

**James Upton**
*EOW* March 19, 1919

**William O'Brien**
*EOW* May 2, 1919

**John Mallet**
*EOW* June 22, 1931

**Daryl R. Pierson**
*EOW* September 3, 2014

**Victor Woodhead**
*EOW* November 17, 1932

**James T. Volz**
September 15, 1942

**Harold V. Shaw**
*EOW* December 11, 1959

**Leo L. Kerber**
*EOW* December 10, 1961

**John J. Jenkins**
*EOW* January 3, 1979

**Ronald J. Siver**
*EOW* August 19, 1984

**Thomas Clark**
*EOW* January 17, 2006