UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH SHORT and PERNELL JONES, SR.,
In their capacity as administrator of the ESTATE OF TYSHON            MATTHEW DRAKE
JONES,                                                               DECLARATION
                                        Plaintiffs

          -v-                                                        Case No. 6:22-cv-06263

CITY OF ROCHESTER,
                                        Defendant

Mathew Drake, under penalty of perjury of the laws of the United States declares as follows:

1.  On April 6, and April 7, 2026, I was interviewed by John Black concerning the incident which is the subject of this lawsuit.

2.  The interviews by Mr. Black were the most thorough and comprehensive interviews or questioning I have had concerning the incident which is the subject of this lawsuit, allowing me to give my perspective versus providing answers to leading questions such as occurred at my deposition in this matter.

3.  The interviews were not conducted under oath. However, all of the information I provided to Mr. Black was honest and truthful.

4.  As such, annexed hereto is a copy of the transcript of such interviews and I declare under penalty of perjury that the answers and information I provided to Mr. Black were honest and truthful when given.

DATED: _____7/7_____, 2026

_____
Mathew Drake