AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of NY

KENNETH SHORT AND PERNELL JONES, SR.,
In their capacity as administrator of the ESTATE OF
TYSHON JONES,
*Plaintiff*
v.
CITY OF ROCHESTER,
*Defendant*

Civil Action No. 6:22-cv-06263

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☒ other: Defendant will pay Plaintiffs' reasonable expenses incurred amounting to $20,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge Mark W. Pedersen on a motion for n/a
in favor of Plaintiff in the amount of $20,000.00

Date: 10/06/2026

CLERK OF COURT

[signature]

*Signature of Clerk or Deputy Clerk*